United States District Court
Northern District of Texas
Dallas Division



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 31 2023

CLERK, U.S. DISTRICT COURT
By_____
Deputy

Jerris M. Blanks, Plaintiff

3-23CV2438-N

v.                                    Case #: None Assigned

Federal Correctional Institution Seagoville;
Bureau of Prisons; United States, Defendant

Complaint For Deliberate Indifferance, Medical Negligence

Mr. Blanks, Plaintiff, has sufferd physically and mentally, due to the
deliberate indifferance and negligence of the Bureau of Prisons
(hereon "B.O.P.") and their medical staff, which resulted into injuries,
some irreversable. Mr. Blanks has filed multiple grevences and
complaints, placed the BOP on notice; but continues to be ignored,
therefore, now brings legal suit before the court, to recieve
compensation for his injuries (physical, mental, emotional, constitutional,
and financial). See attached Affidavit and full complaint.
This facility has a reputation for poor health care, corrupted staff
members, and a disregard for the safety and care of the inmates;
which is why Mr. Blanks has kept a writen daily journol, that
records and documents the daily events and occurences.
Because of the injuries and conditions of confinment, Mr. Blanks'
sentence has been harsher, than the sentence prescribed by the
trial and sentencing judge.

-1-

I. Grounds For Complaint Claims

A. Deliberate Indifference

The BOP's deliberate indifference has caused Mr. Blanks injury, mental anguish and emotional distress, and unnecessary pain and suffering. Mr. Blanks has also noticed and took note, that sex offenders, such as himself, are treated differently by BOP staff members, which includes medical staff, as several witnesses have seen, experienced, and wrote in their affidavits. This deliberate indifference to serious medical needs should be corrected; but continues to occur.

1.) Medical Staff continues to allow blood sugar to run high, without making attempts to find out why.
Injury sufferd: It worsens Mr. Blanks' vision and neuropathy nerve damage.

2.) Medical Staff's failure to have medical specialist do follow ups after Mr. Blanks' multiple COVID-19 infections.
Injury sufferd: newly developed post COVID chronic health issues (asthma, chronic cough, reduced lung volume, sleep apnea); and newly developed post COVID cognitive issues (memory loss, trouble focusing, brain fog, hallusinations, dizziness, frequent headaches, and long-haul COVID-19 symptoms.

-2-

3.) It took 6 months to have a sleep study, after several complaints, related to sleep apnea symptoms. Which after being diagnosed with Sleep Apnea in December 2021, which a doctor prescribed treatment for Mr. Blanks. He did not recieve his medical device (CPAP Machine) to treat his Sleep Apnea until August 2023, which the BOP left a life threatining chronic disorder go untreated for about a year and a half from dignosis and recommendation, after several complaints.

Injuries sufferd; internal is unknown, because Mr. Blanks has not been seen by a specialist yet, however, according to reliable medical resources (pubmed, CDC, lung and heart association) untreated sleep apnea causes heart problems, strokes, and worsens diabetes, which Mr. Blanks alread haves heart disease. However, Mr. Blanks' untreated sleep apnea has caused fatigue, hallusinations, worsen his anxiety, lack of sleep for long periods of time, pain and suffering, and mental anguish, emotional distress.

4.) The BOP has done nothing to treat his depression, and very little to treat his anxiety disorder. The medical provider prescribed FLUoxetine for anxiety, and Ibuprofen for chronic back pain. However, these two medications taken together cause "stomach bleeding" according to the medication's warning lable. When Mr. Blanks brought this to his medical provider's attention, she disregarded it and continues to advise him to take it, with no concern for his safety.

-3-

injuries sufferd: symptoms of stomach bleeding, but medical staff will not have Mr. Blanks examined by a specialist, and continues to prescribe this dangerous combination.

5.) Mr. Blanks' medical records contain multiple inconsistencies and false deliberate perjued information. The health care provider went out of her way to deliberatly record false information from a fictitious medical exam, more than once, as well as other BOP medical staff members have recorded false information, they know or should have known to be false. Injuries sufferd: inaccurate and perjurd medical records has a great and signifigant effect on Mr. Blanks' over all progress, and effectiveness of his health care, and well being, because the records that Medical staff and future health care providers rely on, are not accurate. This also caused mental anguish, pain and suffering.

6.) While in the Special Housing Unit (hereon referred to as the S.H.U.), during the summer months, with an average of over one-hundred degrees, Mr. Blanks was housed without air condition, which is dangerous to his asthama and high blood pressure. Additionally, during temperatures of extreme heat, there was no ice water provided, because the ice machine remains broken, with no repair orders. Also, there are no cups provided, so Mr. Blanks drank water from a used urine sample collection cup. These conditions are inhumane. Injuries Sufferd: mental anguish, emotional distress, pain and suffering.

-4-

7.) Medical Staff is familiar and trained about HIPA, however, they disregard the laws and violate HIPA, by discussing Mr. Blanks' personal and private medical and mental health information in front of his cell mate in the SHU, and surrounding inmates. Injuries suffered: this effects his treatment, because he does not wish to address certain medical issues in front of other inmates. Also, this caused mental anguish and imbaresment.

8.) The BOP's deliberate indifference and neglect, has placed Mr. Blanks inside of unhealthy and dangerous cycles:
Untreated Sleep Apnea causes lack of sleep, which causes fatigue and loss of energy, which leads to lack of exercise, which worsens obesity, which worsens his asthma and his diabetes, which worsens neuropathy nerve damage and eye vision. The worsen diabetes worsens the Sleep Apnea. According to pubmed, CDC, lung and heart association.

The poor, carb based diet provided by the BOP (bread, rice, pasta, noodles, cakes and pastries), affects and worsens diabetes, which worsens neuropathy nerve damage, eye vision, and the ability to heal. According to pubmed, CDC, NCBI, Mayo clinic and other repitable medical and government websites.

Medical's failure to issue insulin worsens diabetes, which worsens neuropathy, and so on, et cetera.

-5-

Injuries suffered: This cycle and pattern, combined with not being seen by various medical specialist, and lack of preventive actions, has lead to a rapid decline in his health, injuries that are irreversable; a worst quality of life; and a shorter life exspectensy, which eventually leads to a premature death. Age, race, and gender, are significant factors. It has also caused pain and suffering, mental anguish, and emotional distress.

B. Negeligence

The BOP has also caused harm, and injury through their continued negeligence

1.) Frequent failure to issue diabetic, diabetic snack, and insulin. Injuries suffered: unable to properly manage diabetes, and high blood sugar, which worsens other conditions.

2.) BOP's mismangement of Covid-19 from 2020 to 2023, which involved a disregard for CDC recomindations; staff not wearing mask and bringing in COVID to the inmates; inability to social distance inmates; and no follow up after infections. Injuries suffered: long haul Covid symptoms, asthma, sleep apnea, Covid pneumonia, and a chronic cough that has not gone away, pain and suffering and mental anguish.

-6-

3.) Diabetics are required and or recommended to have eye exams and to be seen by an optomotrist and optomoligist, one to two times a year, because diabetes is known to cause loss of vision. Mr. Blanks' vision is rapidly declining in both eyes, and after being in custody since 2019, he has only seen an eye doctor once, which is below standard. The BOP has done nothing to prevent his vision loss, which has noticibly declined in the past year. He has made multiple request and complaints, but have been ignored.
Injuries sufford: vision loss, decline in quality of life, mental anguish.

4.) The BOP shows no regard for Mr. Blanks' chronic back pain, other than prescribing him Ibuprophen, which combined with his other medicatino causes stomach bleeding. The BOP issues damaged and worn mattrasses and no pillow.
Injuries sufford: increased back, sholder and neck pain, pain and suffering, mental anguish.

5.) Medical staff has recommended a particular diet for Mr. Blanks' diabetes, but the BOP does not offer the recommended foods, but instead, only provides a diet high in carbs and sugar (potatoes, rice, noodles, pasta, chips, cakes and pastories), which are all bad for diabetics. Mr. Blanks did not have diabetes when he came to the BOP, and began this unhealthy diet.
Injuries sufford: diabetes, advancement of diabetes, nearopathy,

-7-

vision loss, pain and suffering, mental anguish, shortened life span, worsening of his other chronic health issues.

II. Request For Compensation For Injuries

A. Treatment

Mr. Blanks will need to buy good health insurance, and be seen by multiple health specialist, and will need a substantial amount of money to: maintain his diabetes, manage his neuropathy, asthma, sleep apnea, vision, anxiety and chronic pain. Mr. Blanks is requesting the sum of $10,000,000.⁰⁰ for treatments insurance, therapy, pain and suffering, mental anguish, irreversable damages physically and mentally, loss of future wages, and the violation of his Constitutional 8th Amendment rights.

III. Statement of Jurisdiction

A. Court

Mr. Blanks currently is held in Seagoville Texas, were the injuries occurred, given this District Court in Dallas jurisdiction to resolve this matter.

-8-

Mr. Blanks respectfully asks this Court, to resolve this complaint and Grant compensation.

Respectfully Submitted: _[signature]_ Date: October 17, 2023

Certificate of Service

I, Jerris M. Blanks, certify, that on October 17, 2023, the foregoing was sent by mail, to the clerk of court to be filed and distributed to all relevant parties.

_[signature]_
Jerris M. Blanks
Reg# 45953-044
FCI SEA
P.O. Box 9000
Seagoville, TX 75159

-9-

Clerk of Court                          10 / 23 / 2023

Please file documents, and return a notice of filing, or
a docket sheet, with recent activity reflecting its been filed.
Please alert me if any further actions need to be taken by
me. Thank you for your time and service.

RECEIVED

OCT 3 1 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Sincerely,

Jerris M. Blanks
# 45953-044
FCI SEA
P.O. Box 9000
Seagoville, TX 75159



Jerris Blanks
Reg # 45953-044
Federal Correctional Institution
P.O. Box 9000
Seagoville, Texas 75159

U.S. District Court
Office of the Clerk
1100 Commerce St.
Dallas, TX 75242