**3 - 23 CV 2438 - N**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT 31 2023

CLERK, U.S. DISTRICT COURT
By _____
Deputy

Jerris M. Blanks' Unsworn Decleration Affidavit and Complaint Against The BOP and FCI Seagoville Texas Medical

   The BOP and FCI Seagoville and its medical staff has shown a steady pattern of deliberate indifferance and neglect toward me, my medical needs, and health (Hypertensive Heart Disease, Hyperlipidemia, Type-2 Diabetes, Diabetic Neuropathy, Sleep Apnea, Obesity, Orthopedic Rheumatology, Anxiety Disorder, Asthma, Fatigue, Memory Loss, Frequant Headaches, and Hallusinations) (see Exhibit A). This neglect and deliberate indifferance has directly resulted into the progression of my health issues, irreversable physical and mental health damages, mental anguish, emotional distress, and unnecessary pain and suffering by doing the following, but not limited to:

1.) Frequantly failing to issue diabetic supplies necessary to check my blood sugar levels; frequantly failing to bring insulin to me in the SHU (that I'm dependant on); frequantly failing to bring my diabetic snack (which is important to save me, if my blood sugar drops too low); continuing to allow my blood sugar to run abnormolly high, without consern or attempting to discover the cause, and this long term un-regulated high blood sugar, has directly caused my diabetic neuropathy nerve damage to progress and spread to my legs causing pain, discomfert, a burning sinsation and numbness.

-1-

2.) Due to the BOP's neglect and known mismanagement of COVID-19 from 2020 till the national emergency was lifted, and medical staff's failure to have a medical specialist follow up after I had been infected with COVID-19 multiple times while in custody, and COVID-19 related Pneumonia, I now suffer from Asthma, memory loss, dizziness, frequent headaches, trouble focusing, brain fog, fatigue, sleep apnea, and reduced lung volume, which these conditions are all post COVID-19. I have recently discoverd that these are all symptoms releated to, and associated with Long-Haul Covid-19, according to NCBI, PubMed, CDC, and other reputable medical and government websites (see Exhibit B). These post Covid conditions have greatly affected my quality of life, state of mind, and physical/mental health and creates limitations I did not have before.

3.) I was diagnosed with Sleep Apnea, and suspocred Narcolepsy, In December 2021, by Malcolm A. Smith, M.D., after complaining of symptoms, (lack of sleep, snoring, apneas, hallucinations, excessive daytime sleepiness, and sleep paralysis) for nearly a year (see Exhibit C), in which it took 6 months to have a sleep study performed, and after being diagnosed with Sleep Apnea, it continued to go

-2-

untreated from December 16, 2021 until August 22, 2023, dispite that according to repitable medical resources, untreated Sleep Apnea may cause Stroke or Sudden Death, and the chances of Sudden Death increases with patients that suffer from Heart Disease or Diabetes, which I suffer from both. Also, according to these same medical resources, there is enternal health damage that is unseen, and caused by untreated Sleep Apnea. However, the BOP has not sent me to an expert or specialist, so its unknown if I suffer from these enternal damages.

Even though I was given a CPAP machine, after a 2 year wait, medical continues to fail to bring me 250 mL bottles of sterile water to the SHU, dispite my daily request. From August 22, 2023 to the current date, September 30, 2022, medical has only supplied me with a total of 3 250 mL bottles of sterile water. It takes 1 250 mL bottle for one night of sleep. I was told by the nurse that "there are 1800 inmates, and only one pharmisit so deal with it." I'm not sure how important it is to use sterile water, but concluded it came with sterile water for a reason. I'm also unsure if Im properly using the CPAP, as it was just dropped

-3-

off to me by Lieutenant Montgomery on 8/22/2023 about 7 or 8 P.M., without instructions or directions from medical. The untreated Sleep Apnea has caused fatigue, dizziness, falling, and hallusinations, which put my life and safety in danger and at risk, and also causes sleep deprevation (which is an old form of torture in some contries), I've gasped for air and have been deprived of effective sleep for 2 years, but medical staff ignored and disregarded my complaints and grievances (see Exhibit B). [Note: Exhibt B contains two errors (1) COVID-19 was in 2020, not 2019, and the asthma came afterwards (2) I was diagnosed with Sleep Apnea in 2021, not in 2020.]

4.) My eye sight is rapidly declining, which diabetes can contribute to this, which is why the BOP should exam my vision frequently, and not ignore my complaints about vision loss, headaches, and dizziness. I've been in BOP custody since 2019, and have only been seen by an eye doctor once, dispite my request and having diabetes. My medical provider even noted this in my medical records, and said I'd be referced to the eye doctor a year ago, but still have not, and my vision continues to decline without any prevention from the BOP.

-4-

5.) The BOP has left my Depression and Anxiety untreated. I was prescribed "Xanex" before becoming incarcerated, but the BOP will not prescribe it to me. At first, the BOP prescribed me "Buspar", but it did not help. These mental disorders gone untreated effectively increases my mental anguish, emotional distress and quality of life. However, I was late prescribed "FLUoxetine HCl", which does not help my anxiety, and is dangerous to me, because it conflicts with the ibuprofen. The FLUoxetine warning lable says: "Patients regularly taking NSAIDS (e.g. ibuprofen) and this drug may be at a greater risk for stomach bleeding." (see Exhibit D). After bringing this to my medical provider's attention, she still orders me to take the medication, and further said not taking it could be the cause of my hallusinations. This is another clear demonstration of deliberate indifference, and disregard for my safety and well being. I fear there may be other medications I am prescribed that conflict with each other.

6.) I have chronic neck/back pain, and I'm prescribed ibuprofen which does not help. I'm in pain every day causing me to not be able to exercise. The living conditions

in the BOP have increased my pain level, such as warn and damaged mattrisses. The pain is unbarable at times, but nothing is done for me, and it is ignored.

7.) My medical records contain multiple inconsistancies and false perjured information, which demonstrates more of the BOP's medical staff's deliberate indifference. The most obvious and undeniable examples of this medical perjury is: (1) page 1 of 3 generated 08/21/2023 13:59 by Dillard, L. FNP-C, Ms. Dillard notes in my medical records, that she encountered me at the Special Housing Unit on 8/21/2023 13:34 for a sick call, chief complaint pulmonary/respiratory, which is not true and did not occur, making this information perjury that she recorded. She even goes as far to say that; I was cooperative; I appeard well, alert and oriented x3 (which I was not, but she would not have known, because she was not there and did not really evaluate me ); and said my pulmonary and cardiovasicular readings were both "within normal limits", which would be impossible for her to determing, without seeing me and evaluating me or performing a medical exam. Instead, she just simply made the information up and recorded it. This is disturbing, because it raises the risk and likely

-6-

possibility that she has made up and perjurd other information related to my chronic health care and well being. I've requested the sign in sheet and SHU Row 1 camera footage from 08/21/2023 as a witness and proof of her perjury on federal medical records, conserning my health care; (2) page 1 of 3 generated 08/21/2023 13:59 by Dillard, L. FNP-C, my blood sugar levels are listed from July 31 to August 20 (except for the days the nurses forgot to bring me insulin), but the majority of the reading are false, inaccurate, and do not reflect that my blood sugar had been running abnormally high as I reported it to the nurses. Correctional Officer Staford, cameras, and the memory from my glucose motor, and my daily writen journal will serve as witnesses and proof.; (3) page 9 of 10 generated 05/25/2022 09:16 by Russell Kenneth MD states: the C-PAP device and equipment was issued to me on 05/25/2022, however, I did not recieve this equipment and device "CPAP", until 08/22/2023 (over a year later). There are multiple other instances of my medical records containing false information conserning my condition, state-of-being, treatment, stability, pain level and request, that are falsely recorded in my medical

-7-

records. This is fraud and further danger to my health, well being, health care, recovery, and future treatment. The BOP's medical staff has sabatoged my health care. (see Exhibit E) (subpoena camera footage from SHU Row 1, 8-21-2023 13:34; and SHU Row 1 sign-in sheet)

8.) While in the SHU (Special Housing Unit), from 07/24/2023 to the present date, 10/17/2023, its been an average of over one-hundred degrees without aircondition or effective ventilation (which these high temperatures without AC is dangerous for my asthma), and we are not provided ice cold water, and we are not provided cups to drink from, which is inhumane and cruel. I drink luke warm water from a used Quest Diagnostics Urine Collection Cup, that I kept after using it to pour my urine sample into a glass vail tube. When I wrote a letter to my Mother, Linda Padgitt, and reported my living conditions, she called the prison, and was told I could buy a cup from commissary. However, this is not an option on the SHU commissary sheet, and was false information (see Exhibit F).

9.) Medical staff discusses my personal and private medical and mental health information in front of my cellmate, in the SHU, from out in the hallway where other inmates can also hear my private medical information. This is clearly a HIPA violation, and also effects my medical care, because I don't want to give certain information to medical staff in front of other inmates.

10.) Medical staff recomended a particular diet that I should be eating as a diabetic, however, I can not comply with the recommended diet, because the BOP food service at FCI Seagoville does not offer these food choices, but instead, only offers a diet high in carbohydrates (bread, rice, pasta noodles, etc.), which turns into sugar, and continues to progress my diabetes and diabetic neuropathy nerve damage, and obesity, which all works together against me and worsens my other health problems. When I came into the BOP and gave blood for medical intake, I did not have diabetes. But after a long term of the high carb diet, I became diabetic. No one in my family is a diabetic, and I believe the BOP is responsible for me becoming a diabetic, and the progression of it.

-9-

11.) I've reported hallusinations since 2021, continue to complain but the BOP has not done anything to help me, which continues to put me in danger. My multiple grevances are ignored.

12.) When I came to the SHU on July 24, 2023, it took 3 weeks for medical to bring my medications and diabetic supplies which includes my rescue inhaler, heart and diabetic medications. I was told there are 1800 inmates and only one pharmist, and she was having problems. I've kept a journal of these events.

13.) I've filed multiple complaints and grevances against medical but continued to be ignored, disregarded, and with no resolution attemps made by the BOP.

Under the penalty of perjury, I Jerris Marlon Blanks, being of sound mind, and being over the age of 18, declare that the foregoing statements are true, accurate, and not intended to mislead.

Name: Jerris M. Blanks

Date: October 17, 2023

10/17/2023

Exhibit A

# Bureau of Prisons
# Health Services
# Health Problems

Reg #: 45953-044          Inmate Name:  BLANKS, JERRIS M

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Type 2 diabetes mellitus with diabetic neuropathy | | | | | | |
| 05/25/2022 10:03 EST  Russell, Kenneth (MAT) MD<br>no recent labs | | ICD-10 | E1140 | 12/13/2019 | Current | |
| 01/14/2021 14:59 EST  Dougan, Jeremy FNP<br>At goal, Current A1c: 6.5 (08/20) | | ICD-10 | E1140 | 12/13/2019 | Current | |
| 06/22/2020 15:25 EST  He, Dandan MD<br>HA1C 6.0 in 04/2020 | | ICD-10 | E1140 | 12/13/2019 | Current | |
| 12/26/2019 14:19 EST  Allen, Garry FNP<br>Increase Insulin to BID 12/26/19 | | ICD-10 | E1140 | 12/13/2019 | Current | |
| 12/13/2019 10:42 EST  Dougan, Jeremy FNP | | ICD-10 | E1140 | 12/13/2019 | Current | |
| Hyperlipidemia, unspecified | | | | | | |
| 05/25/2022 10:03 EST  Russell, Kenneth (MAT) MD<br>will need to check labs | | ICD-10 | E785 | 08/27/2019 | Current | |
| 01/14/2021 14:59 EST  Dougan, Jeremy FNP<br>Not at goal, pt is currently on Atorvastatin 40mg daily. Total chol: 250, LDL: 157 will increase his dose. We discussed diet/exercise | | ICD-10 | E785 | 08/27/2019 | Current | |
| 02/18/2020 09:37 EST  Allen, Garry FNP<br>2/18/2020: Educated on improving diet | | ICD-10 | E785 | 08/27/2019 | Current | |
| 08/27/2019 15:29 EST  He, Dandan MD | | ICD-10 | E785 | 08/27/2019 | Current | |
| Anxiety disorder | | | | | | |
| 05/25/2022 10:03 EST  Russell, Kenneth (MAT) MD<br>stable | | ICD-10 | F419 | 07/16/2019 | Current | |
| 01/14/2021 14:59 EST  Dougan, Jeremy FNP<br>At goal | | ICD-10 | F419 | 07/16/2019 | Current | |
| 10/08/2019 15:41 EST  Allen, Garry FNP<br>Start Buspar 10/8/19 | | ICD-10 | F419 | 07/16/2019 | Current | |
| 07/16/2019 11:08 EST  He, Dandan MD | | ICD-10 | F419 | 07/16/2019 | Current | |
| Sleep apnea | | | | | | |
| 05/25/2022 10:09 EST  Russell, Kenneth (MAT) MD | | ICD-10 | G4730 | 05/25/2022 | Current | |
| Polyneuropathy, unspecified | | | | | | |
| 05/25/2022 10:03 EST  Russell, Kenneth (MAT) MD<br>diabetic neuropathy, will education on good control | | ICD-10 | G629 | 05/25/2022 | Current | |

| Reg #: 45953-044 | Inmate Name: BLANKS, JERRIS M |
|---|---|

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Hypertensive heart disease without heart failure** | | | | | | |
| 05/25/2022 10:03 EST  Russell, Kenneth (MAT) MD stable | | ICD-10 | I119 | 07/03/2019 | Current | |
| 01/14/2021 14:59 EST  Dougan, Jeremy FNP At goal | | ICD-10 | I119 | 07/03/2019 | Current | |
| 07/03/2019 10:47 EST  Allen, Garry FNP | | ICD-10 | I119 | 07/03/2019 | Current | |
| **Allergic rhinitis** | | | | | | |
| 07/22/2021 14:54 EST  Garcia, E. MD | | ICD-10 | J309 | 07/22/2021 | Current | |
| **Asthma** | | | | | | |
| 05/25/2022 10:03 EST  Russell, Kenneth (MAT) MD stable | | ICD-10 | J45909 | 05/07/2021 | Current | |
| 05/07/2021 17:16 EST  Garcia, E. MD | | ICD-10 | J45909 | 05/07/2021 | Current | |
| **Gastro-esophageal reflux disease without esophagitis** | | | | | | |
| 05/25/2022 10:03 EST  Russell, Kenneth (MAT) MD stable | | ICD-10 | K219 | 12/04/2020 | Current | |
| 12/04/2020 16:53 EST  Garcia, E. MD | | ICD-10 | K219 | 12/04/2020 | Current | |
| **Primary osteoarthritis, unspecified site** | | | | | | |
| 05/25/2022 10:15 EST  Russell, Kenneth (MAT) MD cervical spine | | ICD-10 | M1991 | 05/25/2022 | Current | |
| **Flat foot [pes planus] (acquired), unspecified foot** | | | | | | |
| 05/25/2022 10:03 EST  Russell, Kenneth (MAT) MD will need inserts | | ICD-10 | M2140 | 11/23/2021 | Current | |
| 11/23/2021 13:39 EST  Dougan, Jeremy FNP | | ICD-10 | M2140 | 11/23/2021 | Current | |
| **Rash and other nonspecific skin eruption** | | | | | | |
| 10/28/2020 09:43 EST  He, Dandan MD | | ICD-10 | R21 | 10/28/2020 | Current | |
| **Pain, unspecified** | | | | | | |
| 02/18/2020 09:37 EST  Allen, Garry FNP 2/18/20: Increase Cymbalta and Ibuprofen. | | ICD-10 | R52 | 07/16/2019 | Current | |
| 07/16/2019 11:09 EST  He, Dandan MD Neck pain, left shoulder pain, right knee pain. | | ICD-10 | R52 | 07/16/2019 | Current | |
| **Patient's noncompliance with other medical treatment and regimen** | | | | | | |
| 02/18/2020 09:37 EST  Allen, Garry FNP 2/18/20: Pt needs to be more compliant with diet. | | ICD-10 | Z9119 | 01/22/2020 | Current | |
| 01/22/2020 11:46 EST  Allen, Garry FNP Pt is a no show for AM blood glucose check and AM Insulin | | ICD-10 | Z9119 | 01/22/2020 | Current | |

Reg #: 45953-044      Inmate Name: BLANKS, JERRIS M

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Resolved** | | | | | | |
| Cellulitis, unspecified | | | | | | |
| 11/27/2019 11:46 EST He, Dandan MD | | ICD-10 | L0390 | 09/10/2019 | Resolved | 11/27/2019 |
|    abscess noted to the preauricular/parotid area | | | | | | |
| 09/11/2019 14:55 EST Dougan, Jeremy FNP | | ICD-10 | L0390 | 09/10/2019 | Current | |
|    abscess noted to the preauricular/parotid area | | | | | | |
| 09/10/2019 15:46 EST He, Dandan MD | | ICD-10 | L0390 | 09/10/2019 | Current | |
|    left side of face around ear. | | | | | | |
| Headache, unspecified | | | | | | |
| 01/14/2021 14:59 EST Dougan, Jeremy FNP | | ICD-10 | R519 | 10/21/2020 | Resolved | 01/14/2021 |
| 10/21/2020 14:19 EST Dougan, Jeremy FNP | | ICD-10 | R519 | 10/21/2020 | Current | |
| Confirmed case COVID-19 | | | | | | |
| 03/01/2022 12:48 EST Weaver, Bryan RN/IDC/IOP | | ICD-10 | U07.1 | 02/15/2022 | Resolved | 03/01/2022 |
| 02/15/2022 09:14 EST Momoh, Quinnet APP | | ICD-10 | U07.1 | 02/15/2022 | Current | |
| Confirmed case COVID-19 | | | | | | |
| 12/29/2020 10:24 EST He, Dandan MD | | ICD-10 | U07.1 | 12/07/2020 | Resolved | 12/29/2020 |
|    11/30/2020, recovered, no COVID test in the next 90 days | | | | | | |
| 12/07/2020 17:19 EST He, Dandan MD | | ICD-10 | U07.1 | 12/07/2020 | Current | |
|    11/30/2020 | | | | | | |
| Coronavirus COVID-19 test negative | | | | | | |
| 11/27/2020 11:27 EST Garcia, E. MD | | ICD-10 | Z03818- | 11/22/2020 | Resolved | 11/27/2020 |
|    11/19/2020 | | | | | | |
| 11/12/2020 14:27 EST Garcia, E. MD | | ICD-10 | Z03818- | 11/12/2020 | Current | |
|    11/09/2020 | | | | | | |
| Exposure to scabies | | | | | | |
| 02/23/2022 12:08 EST Weaver, Bryan RN/IDC/IOP | | ICD-10 | Z207S | 11/19/2020 | Resolved | 02/23/2022 |
| 11/19/2020 17:26 EST He, Dandan MD | | ICD-10 | Z207S | 11/19/2020 | Current | |
| **Current** | | | | | | |
| ~~Hyperlipidemia, unspecified~~ | | | | | | |
| ~~07/03/2019 10:46 EST Allen, Garry FNP~~ | | ~~ICD-10~~ | ~~E785~~ | ~~07/03/2019~~ | ~~Current~~ | |
|    --wrong code selected | | | | | | |
| 07/03/2019 10:46 EST Allen, Garry FNP | | ICD-10 | E785 | 07/03/2019 | Current | |

**Total:** 21

Generated 08/30/2023 09:44 by Stuckey, Jasmine Health Services Asst      Bureau of Prisons - SEA

Exhibit B

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: BLANKS, JERRIS M | | | Reg #: 45953-044 |
| Date of Birth: 12/24/1979 | Sex: M Race: BLACK | | Facility: SEA |
| Encounter Date: 05/15/2023 11:56 | Provider: Sterett, Justin MD | | Unit: A02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1          Provider:  Sterett, Justin MD

Chief Complaint:  DIABETIC

Subjective:    Has been a DMII since 2020, was started on low dose insulin at that time as well.
Currently taking 15units NPH and 7u reg QHS and doing well. A1C is 6.5. Taking metformin
1000mg BID
-Has not seen optometry in 2 years.
-Does have neuropathy in bilateral feet, notes that DM shoes help the most and wishes to
continue.

Pain:          No

COMPLAINT  2          Provider:  Sterett, Justin MD

Chief Complaint:  PULMONARY/RESPIRATORY

Subjective:    Had childhood asthma that came back after he had COVID, which was in 2019.
Currently on mometasone QD
-albuterol use is about every night, wakes up SOB some nights. Does have sleep apnea, that
was diagnosed in 2020 and notes he is still waiting on a CPAP. Notes he has put in multiple
copouts. Encouraged to f/u with medical.

Plan
-needs CPAP

Pain:          No

COMPLAINT  3          Provider:  Sterett, Justin MD

Chief Complaint:  HYPERTENSION

Subjective:    Takes HCTZ 25mg for HTN and is well controlled, however is also a DM and will start lose
dose ACE-I lisinopril 5mg QD. No h/o CAD, chest pains, etc

Pain:          No

COMPLAINT  4          Provider:  Sterett, Justin MD

Chief Complaint:  ORTHOPEDIC/RHEUMATOLOGY

Subjective:    Has a history of chronic back pain and takes motrin PRN for this. Has had several MVAs.
-Also NSAIDS periodically help with DM neuropathy.

Has a history of headaches for the last two months, but relates this to dental pain. Was taking
tylenol as needed and was helping, advised he f/u with dental, but will write for 30 days of
tylenol.

Pain:          No

COMPLAINT  5          Provider:  Sterett, Justin MD

Chief Complaint:  MENTAL HEALTH

Subjective:    Has a history of anxiety and feels stable and well controlled on 30mg of fluoxetine daily.

Pain:          No

Exhibit C

OneContent: Generated By ECHRISTUS\eml00366

CHRISTUS ST. MICHAEL

SLEEP STUDY REPORT

PATIENT NAME: BLANKS, JERRIS
DATE OF BIRTH: 12/24/1979
MEDICAL RECORD NUMBER: MB00627931
ACCOUNT NUMBER: AB0708395244
LOCATION: AB.SLEEP/
ADMIT DATE: 12/13/2021
DISCHARGE DATE:
ATTENDING PHYSICIAN: GARRY E APRN ALLEN

STUDY DATE: 12/13/2021

REFERRING PHYSICIAN: GARRY E APRN ALLEN

TYPE OF STUDY: Home sleep apnea test.

A 41-year-old male patient of Garry Allen, APRN, underwent unattended home sleep apnea testing 12/13/2021 to evaluate complaints of snoring, apneas, restless sleep, nocturia, night sweats, sleep paralysis, morning headache, cataplexy, nightmares, nocturnal hallucinations, excessive daytime sleepiness in a patient with hypertension, diabetes and congestive heart failure. Epworth score is 14. BMI 36.

The patient was recorded for 458 minutes. A 41 central apneas, 56 obstructive apneas, 25 mixed apneas, and 18 obstructive hypopneas were seen giving respiratory event index (REI) 15.3. For insurance purposes, REI is a surrogate for AHI. Oxygen saturation was abnormal with minimum saturation 75% and only 1 minute with saturation less than 89%. Average heart rate was increased to 115, but there was some artifact in the recording and I suspect his mean heart rate was closer to 80.

IMPRESSION:
1. The patient's sleep complaints suggest narcolepsy.
2. Mild mixed sleep apnea. The patient had significant central and mixed events.

RECOMMENDATIONS:
1. Modify weight if clinically indicated.
2. The best treatment would be nocturnal pressure therapy after a titration study. Auto titrating CPAP 5-20 cm of water could be considered.
3. If the patient continues to have narcolepsy symptoms after treatment of sleep apnea, then multiple sleep latency testing would be indicated.
4. Follow up with Garry Allen, APRN, as scheduled for polysomnography results and further sleep therapy.

DICTATED BY: Malcolm A. Smith, M.D.

MAS / NTS
D: 12/16/2021 07:36:23 AM
T: 12/16/2021 08:02:41 AM
DOC#: 703037632
JOB#: 390637

45953-044

Exhibit D

**Seagoville FCI**
2113 NORTH HWY 175, SEAGOVILLE, TX 75159

SEA-Z01102LAD

90

300668-S+   Sterett, Justin MD    05/15/+
BLANKS, JERRIS                45953-044

\*\*\*NOTE DOSE and
STRENGTH\*\*\* Take three
capsules (30 MG) by mouth
each day \*consent form on
file \*
FLUoxetine HCl 10 MG Cap

(10) R+   09/01/+    NB    Refill Until: 11/11/2023
#21                        Don't Confiscate Before: 11+

⇒ Patients regularly taking NSAIDS (e.g. Ibuprofen) and this drug may be at a greater risk for stomach bleeding.
⇒ Medicine may impair your ability to drive or operate machinery. Use care until you know how it affects you.
May cause drowsiness and dizziness. Alcohol may intensify this effect. Use care when operating a car or dangerous machines.
⇒ Call your doctor immediately if you have mental/mood changes like confusion, new/worsening feelings of sadness/fear, thoughts of suicide, or unusual behavior.

Capsule-shaped
Lt. Blue/Lt.
Orange SG/113

CAUTION Federal/state law prohibits transfer of this drug to any person other than the patient for whom prescribed.

---

**Seagoville FCI**
2113 NORTH HWY 175, SEAGOVILLE, TX 75159

SEA-Z01102LAD

18

300670-S+   Sterett, Justin MD    05/15/+
BLANKS, JERRIS                45953-044

Take two tablets (800 MG)
by mouth three times daily
with food AS NEEDED
"Chronic Care Verified"

Ibuprofen 400 MG Tab

(15) R+   09/01/+    NB    Refill Until: 11/11/2023
#42                        Don't Confiscate Before: 11+

Take with food.
⇒ Medicine should be taken with plenty of water.
⇒ Medicine may impair your ability to drive or operate machinery. Use care until you know how it affects you.
May cause drowsiness and dizziness. Alcohol may intensify this effect. Use care when operating a car or dangerous machines.

Oval White-Off
White 16

CAUTION Federal/state law prohibits transfer of this drug to any person other than the patient for whom prescribed.

Exhibit E

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BLANKS, JERRIS M | | Reg #: | 45953-044 |
| Date of Birth: | 12/24/1979 | Sex:  M  Race: BLACK | Facility: | SEA |
| Encounter Date: | 08/21/2023 13:34 | Provider: Dillard, L. FNP-C | Unit: | Z01 |

Mid Level Provider - Sick Call Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Dillard, L. FNP-C

Chief Complaint:  PULMONARY/RESPIRATORY

Subjective:    inmate is asking for his cpap. inmate had a previous sleep study done and it was not sent with him when he transferred institutions. f

Pain:      No

**OBJECTIVE:**

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 08/20/2023 | 15:11 SEA | 254 | Random | | Moquin, Leon RN |
| 08/19/2023 | 13:46 SEA | 221 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/12/2023 | 13:35 SEA | 189 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/11/2023 | 17:34 SEA | 185 | Random | | Tews, Deborah RN |
| 08/10/2023 | 13:59 SEA | 161 | Random | | Moquin, Leon RN |
| 08/10/2023 | 08:12 SEA | 90 | Random | | Moquin, Leon RN |
| 08/09/2023 | 15:57 SEA | 103 | Random | | Moquin, Leon RN |
| 08/07/2023 | 15:00 SEA | 100 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/06/2023 | 16:08 SEA | 80 | Random | | Moquin, Leon RN |
| 08/05/2023 | 13:32 SEA | 134 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/01/2023 | 16:59 SEA | 134 | Random | | Tews, Deborah RN |
| 07/31/2023 | 16:19 SEA | 170 | Random | | Tews, Deborah RN |
| 07/29/2023 | 13:35 SEA | 125 | Unknown | | Alausa, I RN/QIIC Nurse |
| 07/28/2023 | 13:35 SEA | 123 | Unknown | | Alausa, I RN/QIIC Nurse |

**Exam:**

**General**

   **Affect**

      Yes: Cooperative

   **Appearance**

      Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

   **Observation/Inspection**

      Yes: Within Normal Limits

**Cardiovascular**

   **Observation**

| Inmate Name: | BLANKS, JERRIS M | | Reg #: | 45953-044 |
|---|---|---|---|---|
| Date of Birth: | 12/24/1979 | Sex: M  Race: BLACK | Facility: | SEA |
| Encounter Date: | 08/21/2023 13:34 | Provider: Dillard, L. FNP-C | Unit: | Z01 |

Yes: Within Normal Limits, Normal Rate

## Exam Comments

will reissue the cpap

sn (21) 22221935686
37142 airsense
LOT (10) 220623-014

will place  a consult with the eye doctor

## ASSESSMENT:

Asthma, J45909 - Current

Sleep apnea, G4730 - Current

Type 2 diabetes mellitus with diabetic neuropathy, E1140 - Current

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | INsulin REG - Human | 08/21/2023 13:34 |

**Prescriber Order:** 10ml (100units) Subcutaneously  -   Two Times a Day x 180 day(s) Pill Line Only -- per sliding scale.
151-200 =2units
201-250 =4units
251-300= 6units
301-350= 8units
351-400= 10 units
>400 units give 10units or 12 units and call on provider.

Indication:   Type 2 diabetes mellitus with diabetic neuropathy

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 300672-SEA | Insulin  Reg (10 ML) 100 UNITS/ML Inj | 08/21/2023 13:34 |

**Prescriber Order:** Inject 7 units of regular insulin subcutaneously each evening ***pill line***
Discontinue Type:     When Pharmacy Processes
Discontinue Reason:  new order written
Indication:

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Glucose | BID | 360 days | | Dillard, L. FNP-C |
| | Order Date: | 08/21/2023 | | |

## Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

## Other:

requested pharmacy to process prescriptions.

## Patient Education Topics:

| Inmate Name: | BLANKS, JERRIS M | | | | Reg #: | 45953-044 |
|---|---|---|---|---|---|---|
| Date of Birth: | 12/24/1979 | | Sex: | M   Race:  BLACK | Facility: | SEA |
| Encounter Date: | 05/25/2022 08:35 | | Provider: | Russell, Kenneth (MAT) | Unit: | A02 |

**Renew Medication Orders:**

| Rx# | Medication | | | Order Date |
|---|---|---|---|---|
| | **Prescriber Order:** | ***NOTE DOSE and STRENGTH*** Take one tablet (1000 MG) by mouth twice daily x 360 day(s) | | |
| | Indication: | Type 2 diabetes mellitus with diabetic neuropathy | | |
| 210581-TEX 31 | Glucose Gel  77.4%  GM Insta-Glucose Oral | | | 05/25/2022 08:35 |
| | **Prescriber Order:** | Twist tip off, sqeeze entire contents of tube into mouth and swallow. ( FOR LOW BLOOD SUGAR<70 ) x 180 day(s) | | |
| | Indication: | Type 2 diabetes mellitus with diabetic neuropathy | | |

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-CBC w/diff | One Time | 08/24/2022 00:00 | Routine |
| Chronic Care Clinics-Diabetic-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-Microalbumin, urine random | | | |
| Chronic Care Clinics-Diabetic-TSH | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile (CMP) | | | |
| Labs requested to be reviewed by: | | Border, Twyla FNP-C | |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Spine / Cervical-2 View AP/Lat | One Time | | 06/09/2022 | Routine |
| Specific reason(s) for request (Complaints and findings): | | | | |
| cervical neck pain | | | | |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| WPF - Wright Peak Flow | One Time | | | Russell, Kenneth (MAT) MD |
| | Order Date: | 05/25/2022 | | |

**Devices and Equipment Issued:**

| Device/Equipment | Start Date | Stop Date | Obtained From |
|---|---|---|---|
| C-Pap | 05/25/2022 | | BOP |
| Auto titrating CPAP 5-20 cm of water | | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Diabetic Foot Screen | 06/09/2022 00:00 | Nurse |
| Pneumovax 23 Immunization | 06/29/2022 00:00 | Nurse |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**

BEMR down

**Patient Education Topics:**

# Bureau of Prisons
## Health Services
## Medical Duty Status

| | |
|---|---|
| Reg #:  45953-044 | Inmate Name:   BLANKS, JERRIS M |

**Housing Status**

__ confined to the living quarters except ___meals ___pill line ___treatments     Exp. Date: _____

__ on complete bed rest: ___bathroom privileges only     Exp. Date: _____

X cell: ___cell on first floor ___single cell  X lower bunk ___airborne infection isolation  Exp. Date: 05/15/2024

__ other: _____     Exp. Date: _____

**Physical Limitation/Restriction**

__ all sports     Exp. Date: _____

__ weightlifting: ___upper body ___lower body     Exp. Date: _____

__ cardiovascular exercise: ___running ___jogging ___walking ___softball     Exp. Date: _____
___football ___basketball ___handball ___stationary equipment

__ other: _____ ___ ___     Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| C-Pap | 05/25/2022 | | |
| Auto titrating CPAP 5-20 cm of water | | | |
| Glucose Meter | 01/25/2022 | | |
| Replaced Glucometer: Inmate took apart previous glucometer, informed he does it again he will not get a replacement. New Glucometer SN# S70210 2022-01-12 | | | |
| Alternate Institutional Shoes | 11/23/2021 | | |
| May be able to wear his tennis shoes | | | |
| Arch Supports | 11/23/2021 | | |
| Compression garment - leg | 11/12/2021 | | |
| Medical Shoes | 12/17/2019 | 12/07/2021 | |
| Eye Glasses | 06/27/2019 | | |

**Work Restriction / Limitation:**

Cleared for Food Service:   **Yes** _____

**X**  No Restrictions

Comments:   Care level 2
Low bunk pass for Diabetic Neuropathy
cpap

sn (21) 22221935686
37142 airsense
LOT (10) 220623-014

| | |
|---|---|
| Dillard, L. FNP-C | 08/21/2023 |
| Health Services Staff | Date |

| | | | |
|---|---|---|---|
| Inmate Name: _____ **BLANKS, JERRIS M** _____ | Reg #  **45953-044** | Quarters:  **Z01** |

Exhibit F

## FCI/FDC SEAGOVILLE, TEXAS
### Administrative Detention Shopping List

Name _____

Register No. _____     Cell No. _____

| POSTAGE STAMPS*@ | | | |
|---|---|---|---|
| Addtionional Ounce Stamps | 0.24 | Forever Stamps | 0.63 |
| $1.00 Stamps | 1.00 | Book of Forever Stamps (20) | 12.60 |

**NO WRITE IN ITEMS WILL BE SOLD WITH EXCEPTION OF MEDICALLY APPROVED ITEMS!**

Medical Write-In Items Only

_____

| ELECTRONICS & OTHER | | | |
|---|---|---|---|
| Possession: Radio (1) Headphones (1) Reading Glasses (1) | | | |
| Sangean Radio Self Powered | 71.50 | Skull Candy Ear Bud | 16.90 |
| Reading Glasses (1) | | Strength  (1.0 - 2.75) | 3.90 |
| *Requires Health Service Authorization | | | |

| FOODS - CANDY & SNACKS | | | |
|---|---|---|---|
| Snickers (3) | 1.40 | Cheez-It Crackers (6) | 0.65 |

| HEALTH - MEDICAL | | | |
|---|---|---|---|
| Possession: 1 each 2 Allergy Tabs | | | |
| Aspirin *@ | 1.60 | Hemorrhoid Ointment * | 4.00 |
| Ibuprofen*@ (similar Advil) | 2.00 | Stomach Relief * | 3.05 |
| Non Aspirin*@ (Acetaminophen) | 2.45 | Allergy Tabs 4mg. * (2)@ | 1.50 |
| Hydrocortisone Cream*@ | 1.75 | Triple Antibiotic * | 2.45 |
| Tums* | 2.85 | Loratadine * (Claratin) | 1.60 |
| Clorimazole (Anti-fungal)* | 1.75 | Stool Softener | 4.75 |
| Vitamin C | 3.65 | Milk of Magnesia * | 2.80 |
| Ultra Daily Vitamins * | 5.65 | Carmex | 1.45 |
| Cough Drops | 1.20 | Prilosec Generic | 7.95 |
| Roll-On Deodorant | 1.50 | Colgate Regular | 3.00 |
| Dial Soap | 0.95 | | |

| SUNDRY - WRITE | | | |
|---|---|---|---|
| Possession: | | | |
| Legal Pad (1) | 2.00 | 9 1/2x12" Envelope (5)@ | 0.15 |

**ALLSALES ARE FINAL!**
Lists with INCORRECT REGISTER NUMBERS  will NOT be processed!
No Substitutions will be made.
(NOTE:  Numbers in ( ) are property limits)
Check your order upon receipt. No exchanges or refunds.
ALL ITEMS NOT TRANSFERRABLE. LOCAL USE ONLY
( * ) EXEMPT FROM SPENDING LIMIT
Any alterations to your list WILL VOID YOUR ORDER!

***PRICES & ITEMS MAY CHANGE WITHOUT NOTICE***

_____
Approved by:  Warden Rivers

REVISED March 23, 2023