TRULINCS  45953044 - BLANKS, JERRIS M - Unit: SEA-A-A

-----------------------------------------------------------------------------------------

FROM: 45953044
TO:
SUBJECT: Letter to Court
DATE: 11/13/2024 01:07:43 PM



Jerris M. Blanks
Reg # 45953-044
FCI SEA
P.O. Box 9000
Seagoville, Texas 75159

United States District Court
1100 Commerce Street
Room 1452
Dallas, Texas 75242

November 13, 2024

Subject: Filing Amended Complaint 3:23-CV-02438

Clerk of Court:

Included with this package is: (1) the supporting exhibits for complaint 3:23-cv-02438; (2) subpoena for camera

footage as supporting evidence; and (3) Motion for jury trial.

Please respond with a current docket sheet reflecting the filings.

Respectfully,

Jerris M. Blanks

Exhibit A

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

---

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Blanks Jerris M**    **45953044**    **SHU**    **SEA**

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

I've been hallucinating again lately, reported it to medical twice but nothing is being done. I have a history of hallucinations; memory loss; mental health issues; black outs and night terrors in my medical records. I'm not being treated and my anxiety is so high I'm having trouble saying what I mean to say and speaking up for myself. I can't focus or make clear decissions. leaving me untreated, prolonging treatment, or ignoring it is cruel and inhumane. Please help me.

8-31-2023

DATE    SIGNATURE OF REQUESTER

**Part B– RESPONSE**

---

DATE    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: _____

CASE NUMBER. _____

**Part C– RECEIPT**

Return to: _____

LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE    RECIPIENT'S SIGNATURE (STAFF MEMBER)

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Blanks Jerris M**   **45953044**   **SH11/5**   **FCI SEA**
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A- INMATE REQUEST** _____ Medical staff has shown neglagence and deliberate indifference toward my medical care, which has caused irreversable damages, mental anguish, and pain and suffering by: frequantly failing to bring supplies and give me treatment (insulin), ignoring request, putting me in danger, letting me go untreated for long terms, allowing conditions to become worst and progress, allowing me to remain in pain, allowing me to remain in terror, deprived sleep, and medical records containing perjued, false and inconsistant information. Please resolve the issues.

**9/25/2023**
DATE                                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
WARDEN'S OFFICE

OCT 19 2023

FCI SEAGOVILLE

DATE _____
*istified with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

WARDEN OR REGIONAL DIRECTOR

IGINAL: RETURN TO INMATE

C- RECEIPT

CASE NUMBER: 1178835-F1

CASE NUMBER: 1178835-F1

to: BLANKS, JERRIS   45953-044   A   MEDICAL: [illegible]
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

9/19/23
DATE                        RECIPIENT'S SIGNATURE (STAFF MEMBER)   BP-229(13)

---

Copy

Federal Correctional Institution
Seagoville, Texas

Administrative Remedy Procedures for Inmates
Informal Resolution Form

Bureau of Prisons Program Statement 1330.16, Administrative Remedy Program, requires, in most cases, that inmates attempt informal resolution of grievances prior to filing a formal written complaint. This form will be used to document your efforts toward informally resolving your grievance. Complete items 1-3 and return to your Correctional Counselor.

**INMATE'S COMPLAINT:**

1. State your specific complaint: My chronic diabetic medical care and respiratory care is being delayed and denied and there is perjury in my medical records from staff. My complaints are being ignored and I need to be seen by a specialist. Medical forgot my insulin

2. State what efforts you have made to informally resolve your complaint: I've sent several cop outs

3. State what resolution you request: I want my care to be maintained in a timely manner, perjury removed from records, and to be seen by a specialist

Inmate Name _Jerris Blanks_   Register Number _45953-044_ Unit _A_

Inmate Signature                        Date _9/11/2023_

**CORRECTIONAL COUNSELOR:**

4. Efforts made to informally resolve and staff contacted: _____

☐ No Informal Resolution - Issued BP-9 on _____ (Date)

☐ Informally Resolved on _____
                            Date          Inmate Signature

Counselor's Signature: _____   Date: _____

Unit Manager Review: _____   Date: _____

---

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: OCTOBER 19, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
SEAGOVILLE FCI

TO : JERRIS M BLANKS, 45953-044
SEAGOVILLE FCI   UNT: 1 GF   QTR: Z01-101LAD
2113 NORTH HWY 175
SEAGOVILLE, TX 75159

FOR THE REASONS LISTED BELOW, THIS ADMINISTRATIVE REMEDY REQUEST
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID    : 1178835-F1    ADMINISTRATIVE REMEDY REQUEST
DATE RECEIVED : OCTOBER 18, 2023
SUBJECT 1    : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2    :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT ATTEMPT INFORMAL RESOLUTION PRIOR TO SUBMISSION
                OF ADMINISTRATIVE REMEDY, OR YOU DID NOT PROVIDE THE
                NECESSARY EVIDENCE OF YOUR ATTEMPT AT INFORMAL RESOLUTION.

REJECT REASON 2: YOU DID NOT SUBMIT YOUR REQUEST THROUGH YOUR COUNSELOR, OR
                OTHER AUTHORIZED PERSON.

BP-A148.055
SEP 98

INMATE REQUEST TO STAFF

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Mr. Aguirre/Unit Team | DATE: 3-10-2024 |
|---|---|
| FROM: Jerris Blanks | REGISTER NO.: 45953044 |
| WORK ASSIGNMENT: NA | UNIT: A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I need: • 2 BP-8 forms
        • 2 BP-9 forms
        • print out of percentage of time completed
          with projected release date.

(Do not write below this line)

DISPOSITION:

② BP8 provided

— Computation Date Form provided

No BP9 availables

| Signature Staff Member | Date 3/10/24 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Mr. Aguirre | DATE: May 5, 2024 |
|---|---|
| FROM: Jerris Blanks | REGISTER NO.: 45953-044 |
| WORK ASSIGNMENT: | UNIT: A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

(1) I need to BP-9 forms please.

(2) I need a print out of my ricidivism, time completed, point level etc.

(Do not write below this line)

DISPOSITION:

(1) - No BP-9 availables

(2) - See attached documents

Signature Staff Member     Date  5/5/23

Record Copy - File; Copy - Inmate

PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Prescribed by FOLDER        **SECTION 6**



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*

Seagoville, TX 75159

August 21, 2024

MEMORANDUM FOR BIBBS, DEMETRIUS #54967-177

FROM:          J. Yourkoski, Administrative Remedy Coordinator

SUBJECT:       Late Response to BP9 1202250-F1

This Memo is to explain the reason for a late response to the above AIC's BP9. Due to a change in Administrative Remedy Clerks, there was a mix up of documents causing clerical errors. These errors caused this BP9 to not be completed in the programs expected time frames. Please allow this AIC to file a BP10.

Exhibit B

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BLANKS, JERRIS M | | Reg #: | 45953-044 |
| Date of Birth: | 12/24/1979 | Sex: M  Race: BLACK | Facility: | SEA |
| Encounter Date: | 05/10/2024 08:23 | Provider: Sterett, Justin (MOUD) MD | Unit: | A02 |

**Reviewed Health Status:**   Yes

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Sterett, Justin (MOUD) MD

Chief Complaint:  DIABETIC

Subjective:        44 year old that was seen by this writer last year.
Over the last year A1C has gotten worse on NPH 15 and is now 9.4. Denies any weight gain or dietary changes.
NPH is QHS, he has a lot of difficulty coming to AM pill line due to insomnia and anxiety. Requesting only PM pill line. Needs increased insulin. On metformin 1000mg BID, compliant.

Plan
-convert NPH to 20u Lantus
-Also needs optometry exam which was 3 years ago.

Pain:        No

COMPLAINT  2        Provider:  Sterett, Justin (MOUD) MD

Chief Complaint:  PULMONARY/RESPIRATORY

Subjective:  History of asthma and is out of albuterol
compliant with mometasone. Needs refill of albuterol

Pain:        No

COMPLAINT  3        Provider:  Sterett, Justin (MOUD) MD

Chief Complaint:  GASTROINTESTINAL

Subjective:    History of GERD. Pending EGD for long standing GERD and dyspepsia

Pain:        No

COMPLAINT  4        Provider:  Sterett, Justin (MOUD) MD

Chief Complaint:  HYPERTENSION

Subjective:    Takes HCTZ 25mg QD and lisinopril 5mg QD. Doing well.

Pain:        No

COMPLAINT  5        Provider:  Sterett, Justin (MOUD) MD

Chief Complaint:  ORTHOPEDIC/RHEUMATOLOGY

Subjective:    Has a history of cervicalgia and herniated C-spine discs from mlx MVAs
Has tried voltaren gel, and not working
would like ibuprofin back PRN. Discussed how this might make his GERD worse, but would still like to try.

Pain:        Not Applicable

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BLANKS, JERRIS M | | | Reg #: | 45953-044 |
| Date of Birth: | 12/24/1979 | Sex: | M    Race: BLACK | Facility: | SEA |
| Encounter Date: | 05/10/2024 08:23 | Provider: | Sterett, Justin (MOUD) MD | Unit: | A02 |

**COMPLAINT  6**       Provider:  Sterett, Justin (MOUD) MD

Chief Complaint:  MENTAL HEALTH

Subjective:   Has a history of depression and he notes since COVID this has gotten worse and would like to discuss an SSRI, has never been on one in the past. Feels mostly decreased trouble concentrating, sadness most days, trouble sleeping.

Discussed tx options. Given that he also has DM neuropathy elects for a trial of duloxetine

Pain:       No

---

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Erythromycin | Unknown | |
| Polysorbate | Anaphylaxis | |
| Polyethylene Glycol | Anaphylaxis | |
| Molds/Smuts Extract | Unknown | |
| Losartan Potassium | Nausea | |
| Monopotassium Glutamate | Unknown | Monopotassium Phosphate |
| Moderna COVID-19 Vaccine | Anaphylaxis | Hx of anaphylaxis to a key component of the COVID vaccines. |
| Pfizer-BioNTech COVID-19 Vacc | Anaphylaxis | Hx of anaphylaxis to a key component of the COVID vaccines. |
| Janssen COVID-19 Vaccine | Anaphylaxis | Hx of anaphylaxis to a key component of the COVID vaccines. |
| Influenza Vac Types A & B PF | Anaphylaxis | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 05/10/2024 08:23 by Sterett, Justin (MOUD) MD

**Seen for clinic(s):** Pulmonary/Respiratory, Orthopedic/Rheumatology, Mental Health, Hypertension, Endocrine/Lipid, Diabetes

**OBJECTIVE:**

**Exam Comments**

Exam:

Affect
Yes: Pleasant, Cooperative

Mouth
General
Yes: Within Normal Limits

Mucosa
Yes: Within Normal Limits

Eyes
Yes: PERRL, EOMI, Fundus exam grossly normal

Neck
Thyroid
Yes: Within Normal Limits

Vascular

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BLANKS, JERRIS M | | Reg #: | 45953-044 |
| Date of Birth: | 12/24/1979 | Sex: M Race: BLACK | Facility: | SEA |
| Encounter Date: | 05/10/2024 08:23 | Provider: Sterett, Justin (MOUD) MD | Unit: | A02 |

No: Carotid Bruits

Pulmonary
Auscultation
Yes: Clear to Auscultation

Cardiovascular
Auscultation
Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G, S3, S4

Peripheral Vascular
Legs
No: Pitting Edema, Non-pitting edema

Abdomen
Palpation
Yes: Within Normal Limits, Soft
No: Guarding, Rigidity

LEAP: decreased monofilament to right foot.

**ASSESSMENT:**

Allergic rhinitis, J309 - Current

Anxiety disorder, F419 - Current

Asthma, J45909 - Current

Gastro-esophageal reflux disease without esophagitis, K219 - Current

Hyperlipidemia, unspecified, E785 - Current

Hypertensive heart disease without heart failure, I119 - Current

Polyneuropathy, unspecified, G629 - Current

Sleep apnea, G4730 - Current

Type 2 diabetes mellitus with diabetic neuropathy, E1140 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Insulin Glargine-yfgn 100 UNIT/ML (Semglee) | 05/10/2024 08:23 |

    **Prescriber Order:**   20u Subcutaneously  each evening x 180 day(s) Pill Line Only

    Indication:   Type 2 diabetes mellitus with diabetic neuropathy

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 315161-SEA | *Insulin Glargine-yfgn 100 UNIT/ML (new form)* | *05/10/2024 08:23* |

    **Prescriber Order:**   *Inject 20 units each morning*

    Discontinue Type:   *When Pharmacy Processes*

    Discontinue Reason:   *new order written*

    Indication:

Exhibit C



**Midwest
Medical Practitioners**
Personalized Care for Healthy Living

Danish A. Jabbar, MD
Lacy Hosay, FNP-BC
Amanda Balk, PA
Holly Ackermann, FNP-BC
Michael Cole, MD, AP

5000 Cedar Plaza Pkwy,
Jite 300, St. Louis, MO 63128

1153 E Gannon Dr,
Festus, MO 63028

120 Boyd St,
Desoto, MO 53028

Phone:(636) 282-0380
Fax:(877) 592-0806

Federal Correctional Institute

2113 N Hwy 175

Seagoville, TX 75159

Dated: 2/3/2024

ATTN: Compassionate release in the matter of Jerris M Blanks, dob 12/24/1979, ID#
45953-004

Dear Sir / Madam,

I am writing this letter in support of compassionate release for our patient Jerris Blanks
who established care with our practice on 6/5/2018.

Patient was 38 years old on his presenting visit and was noted to have issues with
obesity, a BMI of 35.31, recently established hypertension, generalized anxiety disorder,
and low back pain with bilateral foot pain. The patient had been referred to our practice
by his cardiologist, Dr Azamuddin Khaja, who had evaluated him for Essential
Hypertension; stress test was negative after initial concerns for an inferior MI on an EKG.

Given his risk factors, we did blood work at that time that showed significant mixed
hyperlipidemia with a cholesterol of 238 and LDL of 164. The patient's blood glucose at
that time was 83 (8/10/2018) which was not consistent with Type II Diabetes. He was
given the initial recommendation for changing his diet and exercising more with plans to
repeat blood work and start medications for cholesterol if his levels did not improve. He
was last seen at our practice on 8/9/2018 for severe anxiety with panic attacks and
chronic major depression and was started on Alprazolam and Paroxetine.



## Midwest Medical Practitioners
### Personalized Care for Healthy Living

Danish A. Jabbar, MD
Lacy Hosay, FNP-BC
Amanda Balk, PA
Holly Ackermann, FNP-BC
Michael Cole, MD, AP

5000 Cedar Plaza Pkwy, Suite 300, St. Louis, MO 63128

1153 E Gannon Dr, Festus, MO 63028

120 Boyd St, Desoto, MO 53028

Phone:(636) 282-0380
Fax:(877) 592-0806

Mr. Blanks recently reached out to me with regards to his medical issues which include Type II Diabetes Mellitus, Diabetic Neuropathy, continued and severe anxiety along with untreated chronic major depression. He has also mentioned having difficulty with arthritis symptoms involving his back and knees, obesity and transaminitis likely related to fatty liver disease. He also had COVID 19 with symptoms possibly related to long haulers from that disease but in my opinion he has pre-existing conditions that can exacerbate his symptoms as well.

Mr. Blanks also sent me some of his current medical records which are concerning. He has consistent symptoms of severe anxiety and depression with very poor sleep and severe fatigue. His A1c was significantly elevated at 13.7 on 6/22/2020 he was also noted to have signs of diabetic nephropathy with an elevated microalbumin.

Patient had a sleep study on 12/13/2021 which demonstrated sleep apnea of central and obstructive nature. He was recommended for an auto titrating CPAP. On X-Rays of the cervical spine he was also noted to have cervical spinal disc disease with worst involvement at C5-6 and C6-7. Last medications on record from 12/14/2022 show use of NPH and regular insulin, Ibuprofen and low dose Fluoxetine. If this is his current regimen, it can definitely be worked on to improve his health and symptoms.

In his communication with me from 12/24/2023, Mr Blanks mentioned that his food is without diabetic precautions; he apparently is getting bread, pasta, rice and potatoes. He also mentions untreated sleep apnea, continued severe fatigue, insomnia, worsening arthritic pain in spite of using ibuprofen, chronic headaches and possible long-haul COVID-19 symptoms which include memory loss, lack of focus, dizziness, and body aches.

At the age of 44, Mr. Blanks has significant and severe medical comorbidities that can seriously cause long-term morbidity and mortality. He is at high risk for having heart attacks, strokes, peripheral vascular disease and is at risk for having worsening chronic kidney disease. In my experience such patients if not properly treated and cared for can end up with amputations involving their extremities or on dialysis. The risk for sudden cardiac death from massive heart attacks is also higher in this combination of medical comorbidities and demographic.



**Midwest**
**Medical Practitioners**
Personalized Care for Healthy Living

Danish A. Jabbar, MD
Lacy Hosay, FNP-BC
Amanda Balk, PA
Holly Ackermann, FNP-BC
Michael Cole, MD, AP

| 5000 Cedar Plaza Pkwy,<br>Suite 300, St. Louis, MO 63128 | 1153 E Gannon Dr,<br>Festus, MO 63028 | 120 Boyd St,<br>Desoto, MO 53028 | Phone:(636) 282-0380<br>Fax:(877) 592-0806 |

Mr. Banks has also mentioned that he has an 84-year-old grandmother, Alice Padgitt Manning, who is disabled and is dependent on his mother Linda Padgitt as her care giver. The patient's mother is a 65-year-old registered nurse and has had open heart surgery in September 2023. By his account, both his mother and grandmother require immediate assistance and his presence to take care of them.

Based on his missive and review of the records made available by him, I support his plea for compassionate release. His ability to access our practice for primary care will allow us to work on improving his failing health. It will also provide support to his immediate family who are, by his account, in severe need. Please feel free to contact me for any additional details or comments.

Sincerely,

Danish A. Jabbar, MD

# Exhibit D

## Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #:  45953-044            Inmate Name:  BLANKS, JERRIS M

### Housing Status

___ confined to the living quarters except ___meals ___pill line ___treatments   Exp. Date: _____

___ on complete bed rest: ___bathroom privileges only   Exp. Date: _____

X cell: ___cell on first floor ___single cell X lower bunk ___airborne infection isolation   Exp. Date: 05/15/2024

___ other: _____   Exp. Date: _____

### Physical Limitation/Restriction

___ all sports   Exp. Date: _____

___ weightlifting: ___upper body ___lower body   Exp. Date: _____

___ cardiovascular exercise: ___running ___jogging ___walking ___softball   Exp. Date: _____
___football ___basketball ___handball ___stationary equipment

___ other: _____   Exp. Date: _____

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| C-Pap | 0? ?5/?0?2 | | |
| Auto titrating CPAP 5-20 cm of water | | | |
| Glucose Meter | 0 /25/2022 | | |
| Replaced Glucometer: Inmate took apart previous glucometer, informed he did? it again he will not get a replacement. New Glucometer SN# S70210 2022-01-12 | | | |
| Alternate Institutional Shoes | 11/23/2021 | | |
| May be able to wear his tennis shoes | | | |
| Arch Supports | 11/23/2021 | | |
| Compression garment - leg | 11/12/2021 | | |
| Medical Shoes | 12/17/2019 | 12/07/2021 | |
| Eye Glasses | 06/27/2019 | | |

### Work Restriction / Limitation:

Cleared for Food Service:  Yes

X No Restrictions

Comments:  Care level 2
Low bunk pass for Diabetic Neuropathy
cpap

sn (21) 22221935686
37142 airsense
LOT (10) 220623-014

Dillard, L. FNP-C                    08/21/2023
Health Services Staff                    Date

Inmate Name:        BLANKS, JERRIS M        Reg #  45953-044    Quarters:  Z01

# Bureau of Prisons
## Health Services
## Medical Duty Status

| Reg #:  45953-044 | Inmate Name:  BLANKS, JERRIS M |
|---|---|

### Housing Status

| | | | | | |
|---|---|---|---|---|---|
| __ confined to the living quarters except __ meals __ pill line __ treatments | | | | Exp. Date: _____ | |
| __ on complete bed rest: __ bathroom privileges only | | | | Exp. Date: _____ | |
| X cell: __ cell on first floor __ single cell X lower bunk __ airborne infection isolation | | | | Exp. Date: 05/08/2025 | |
| X other: A/C pass | | | | Exp. Date: 05/06/2025 | |

### Physical Limitation/Restriction

| | |
|---|---|
| __ all sports | Exp. Date: _____ |
| __ weightlifting: __ upper body __ lower body | Exp. Date: _____ |
| __ cardiovascular exercise: __ running __ jogging __ walking __ softball __ football __ basketball __ handball __ stationary equipment | Exp. Date: _____ |
| __ other: _____ | Exp. Date: _____ |

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| C-Pap | 05/25/2022 | | |
| Auto titrating CPAP 5-20 cm of water | | | |
| Glucose Meter | 01/25/2022 | | |
| Replaced Glucometer: Inmate took apart previous glucometer, informed he does it again he will not get a replacement. New Glucometer SN# S70210 2022-01-12 | | | |
| Alternate Institutional Shoes | 11/23/2021 | | |
| May be able to wear his tennis shoes | | | |
| Arch Supports | 11/23/2021 | | |
| Compression garment - leg | 11/12/2021 | | |
| Medical Shoes | 12/17/2019 | 12/07/2021 | |
| Eye Glasses | 06/27/2019 | | |

### Work Restriction / Limitation:

Cleared for Food Service:  **Yes**

**X** No Restrictions

**Comments:**  Care level 2
Low bunk pass for Diabetic Neuropathy
cpap

sn (21) 22221935686
37142 airsense
LOT (10) 220623-014

| Sterett, Justin MD | 05/06/2024 |
|---|---|
| Health Services Staff | Date |

| Inmate Name: | **BLANKS, JERRIS M** | Reg #: | **45953-044** | Quarters: | **A02** |
|---|---|---|---|---|---|

*ALL EXPIRATION DATES ARE AT 24:00*

Generated 05/06/2024 14:52 by Sterett, Justin MD        Bureau of Prisons - SEA        Page 1 of 1

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: BLANKS, JERRIS M | | Reg #: 45953-044 |
| Date of Birth: 12/24/1979 | Sex: M Race: BLACK | Facility: SEA |
| Encounter Date: 05/15/2023 11:56 | Provider: Sterett, Justin MD | Unit: A02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Sterett, Justin MD

Chief Complaint:  DIABETIC

Subjective:    Has been a DMII since 2020, was started on low dose insulin at that time as well.
Currently taking 15units NPH and 7u reg QHS and doing well. A1C is 6.5. Taking metformin 1000mg BID
-Has not seen optometry in 2 years.
-Does have neuropathy in bilateral feet, notes that DM shoes help the most and wishes to continue.

Pain:        No

COMPLAINT 2        Provider: Sterett, Justin MD

Chief Complaint:  PULMONARY/RESPIRATORY

Subjective:    Had childhood asthma that came back after he had COVID, which was in 2019.
Currently on mometasone QD
-albuterol use is about every night, wakes up SOB some nights. Does have sleep apnea, that was diagnosed in 2020 and notes he is still waiting on a CPAP. Notes he has put in multiple copouts. Encouraged to f/u with medical.

Plan
-needs CPAP

Pain:        No

COMPLAINT 3        Provider: Sterett, Justin MD

Chief Complaint:  HYPERTENSION

Subjective:    Takes HCTZ 25mg for HTN and is well controlled, however is also a DM and will start lose dose ACE-I lisinopril 5mg QD. No h/o CAD, chest pains, etc

Pain:        No

COMPLAINT 4        Provider: Sterett, Justin MD

Chief Complaint:  ORTHOPEDIC/RHEUMATOLOGY

Subjective:    Has a history of chronic back pain and takes motrin PRN for this. Has had several MVAs.
-Also NSAIDS periodically help with DM neuropathy.

Has a history of headaches for the last two months, but relates this to dental pain. Was taking tylenol as needed and was helping, advised he f/u with dental, but will write for 30 days of tylenol.

Pain:        No

COMPLAINT 5        Provider: Sterett, Justin MD

Chief Complaint:  MENTAL HEALTH

Subjective:    Has a history of anxiety and feels stable and well controlled on 30mg of fluoxetine daily.

Pain:        No

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: BLANKS, JERRIS M | | Reg #: 45953-044 |
| Date of Birth: 12/24/1979 | Sex: M  Race: BLACK | Facility: SEA |
| Encounter Date: 08/21/2023 13:34 | Provider: Dillard, L. FNP-C | Unit: Z01 |

Mid Level Provider - Sick Call Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Dillard, L. FNP-C

Chief Complaint:   PULMONARY/RESPIRATORY

Subjective:    inmate is asking for his cpap. inmate had a previous sleep study done and it was not sent with
him when he transferred institutions. f

Pain:          No

**OBJECTIVE:**

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 08/20/2023 | 15:11 SEA | 254 | Random | | Moquin, Leon RN |
| 08/19/2023 | 13:46 SEA | 221 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/12/2023 | 13:35 SEA | 189 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/11/2023 | 17:34 SEA | 185 | Random | | Tews, Deborah RN |
| 08/10/2023 | 13:59 SEA | 161 | Random | | Moquin, Leon RN |
| 08/10/2023 | 08:12 SEA | 90 | Random | | Moquin, Leon RN |
| 08/09/2023 | 15:57 SEA | 103 | Random | | Moquin, Leon RN |
| 08/07/2023 | 15:00 SEA | 100 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/06/2023 | 16:08 SEA | 80 | Random | | Moquin, Leon RN |
| 08/05/2023 | 13:32 SEA | 134 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/01/2023 | 16:59 SEA | 134 | Random | | Tews, Deborah RN |
| 07/31/2023 | 16:19 SEA | 170 | Random | | Tews, Deborah RN |
| 07/29/2023 | 13:35 SEA | 125 | Unknown | | Alausa, I RN/QIIC Nurse |
| 07/28/2023 | 13:35 SEA | 123 | Unknown | | Alausa, I RN/QIIC Nurse |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

| | | |
|---|---|---|
| Inmate Name:  BLANKS, JERRIS M | | Reg #:  45953-044 |
| Date of Birth:  12/24/1979 | Sex:    M    Race:  BLACK | Facility:  SEA |
| Encounter Date:  08/21/2023 13:34 | Provider:  Dillard, L. FNP-C | Unit:    Z01 |

Yes: Within Normal Limits, Normal Rate

**Exam Comments**

will reissue the cpap

   sn (21) 22221935686
   37142 airsense
   LOT (10) 220623-014

will place  a consult with the eye doctor

**ASSESSMENT:**

Asthma, J45909 - Current

Sleep apnea, G4730 - Current

Type 2 diabetes mellitus with diabetic neuropathy, E1140 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | INsulin REG - Human | 08/21/2023 13:34 |

   **Prescriber Order:**   10ml (100units) Subcutaneously  -  Two Times a Day x 180 day(s) Pill Line
   Only -- per sliding scale.
   151-200 =2units
   201-250 =4units
   251-300= 6units
   301-350= 8units
   351-400= 10 units
   >400 units give 10units or 12 units and call on provider.

   Indication:   Type 2 diabetes mellitus with diabetic neuropathy

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 300672-SEA | Insulin  Reg (10 ML) 100 UNITS/ML Inj | 08/21/2023 13:34 |

   **Prescriber Order:**   Inject 7 units of regular insulin subcutaneously each evening ***pill line***
   Discontinue Type:    When Pharmacy Processes
   Discontinue Reason:  new order written
   Indication:

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Glucose | BID | 360 days | | Dillard, L. FNP-C |
| | Order Date: | 08/21/2023 | | |

**Disposition:**

   Follow-up at Sick Call as Needed
   Follow-up at Chronic Care Clinic as Needed

**Other:**

   requested pharmacy to process prescriptions.

**Patient Education Topics:**

BP-A0148
JUNE 10                          INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) "Warden Rivers' Office | DATE: 10/02/2023 |
| FROM: Jerris Blanks | REGISTER NO.: 45953044 |
| WORK ASSIGNMENT: | UNIT: SHU |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I'm filing a complaint and need someone to
review the SHU Row 1 cameras. Who do I
make this request to?

Who is in charge of the SHU cameras?

How long is the camera footage kept?

(Do not write below this line)

DISPOSITION:

What date and time? What is the are you trying to
review?

| Signature Staff Member | Date |
|  | 10/6/28 |

Record Copy - File; Copy - Inmate

PDF                         Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Prescribed by FOLDER          **SECTION 6**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  BLANKS, JERRIS M | | Reg #:  45953-044 |
| Date of Birth:  12/24/1979 | Sex:  M    Race:  BLACK | Facility:  SEA |
| Encounter Date:  05/15/2023 11:56 | Provider:  Sterett, Justin MD | Unit:  A02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1          Provider:  Sterett, Justin MD

Chief Complaint:  DIABETIC

Subjective:    Has been a DMII since 2020, was started on low dose insulin at that time as well.
Currently taking 15units NPH and 7u reg QHS and doing well. A1C is 6.5. Taking metformin 1000mg BID
-Has not seen optometry in 2 years.
-Does have neuropathy in bilateral feet, notes that DM shoes help the most and wishes to continue.

Pain:          No

COMPLAINT  2          Provider:  Sterett, Justin MD

Chief Complaint:  PULMONARY/RESPIRATORY

Subjective:    Had childhood asthma that came back after he had COVID, which was in 2019.
Currently on mometasone QD
-albuterol use is about every night, wakes up SOB some nights. Does have sleep apnea, that was diagnosed in 2020 and notes he is still waiting on a CPAP. Notes he has put in multiple copouts. Encouraged to f/u with medical.

Plan
-needs CPAP

Pain:          No

COMPLAINT  3          Provider:  Sterett, Justin MD

Chief Complaint:  HYPERTENSION

Subjective:    Takes HCTZ 25mg for HTN and is well controlled, however is also a DM and will start lose dose ACE-I lisinopril 5mg QD. No h/o CAD, chest pains, etc

Pain:          No

COMPLAINT  4          Provider:  Sterett, Justin MD

Chief Complaint:  ORTHOPEDIC/RHEUMATOLOGY

Subjective:    Has a history of chronic back pain and takes motrin PRN for this. Has had several MVAs.
-Also NSAIDS periodically help with DM neuropathy.

Has a history of headaches for the last two months, but relates this to dental pain. Was taking tylenol as needed and was helping, advised he f/u with dental, but will write for 30 days of tylenol.

Pain:          No

COMPLAINT  5          Provider:  Sterett, Justin MD

Chief Complaint:  MENTAL HEALTH

Subjective:    Has a history of anxiety and feels stable and well controlled on 30mg of fluoxetine daily.

Pain:          No

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: BLANKS, JERRIS M | | Reg #: 45953-044 |
| Date of Birth: 12/24/1979 | Sex: M  Race: BLACK | Facility: SEA |
| Encounter Date: 05/15/2023 11:56 | Provider: Sterett, Justin MD | Unit: A02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1   Provider: Sterett, Justin MD

Chief Complaint: DIABETIC

Subjective: Has been a DMII since 2020, was started on low dose insulin at that time as well. Currently taking 15units NPH and 7u reg QHS and doing well. A1C is 6.5. Taking metformin 1000mg BID
-Has not seen optometry in 2 years.
-Does have neuropathy in bilateral feet, notes that DM shoes help the most and wishes to continue.

Pain: No

COMPLAINT 2   Provider: Sterett, Justin MD

Chief Complaint: PULMONARY/RESPIRATORY

Subjective: Had childhood asthma that came back after he had COVID, which was in 2019.
Currently on mometasone QD
-albuterol use is about every night, wakes up SOB some nights. Does have sleep apnea, that was diagnosed in 2020 and notes he is still waiting on a CPAP. Notes he has put in multiple copouts. Encouraged to f/u with medical.

Plan
-needs CPAP

Pain: No

COMPLAINT 3   Provider: Sterett, Justin MD

Chief Complaint: HYPERTENSION

Subjective: Takes HCTZ 25mg for HTN and is well controlled, however is also a DM and will start lose dose ACE-I lisinopril 5mg QD. No h/o CAD, chest pains, etc

Pain: No

COMPLAINT 4   Provider: Sterett, Justin MD

Chief Complaint: ORTHOPEDIC/RHEUMATOLOGY

Subjective: Has a history of chronic back pain and takes motrin PRN for this. Has had several MVAs.
-Also NSAIDS periodically help with DM neuropathy.

Has a history of headaches for the last two months, but relates this to dental pain. Was taking tylenol as needed and was helping, advised he f/u with dental, but will write for 30 days of tylenol.

Pain: No

COMPLAINT 5   Provider: Sterett, Justin MD

Chief Complaint: MENTAL HEALTH

Subjective: Has a history of anxiety and feels stable and well controlled on 30mg of fluoxetine daily.

Pain: No

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: BLANKS, JERRIS M | | Reg #: | 45953-044 |
| Date of Birth: 12/24/1979 | Sex: M  Race: BLACK | Facility: | SEA |
| Encounter Date: 11/01/2023 09:51 | Provider: Dillard, L. (MAT) FNP-C | Unit: | Z01 |

Mid Level Provider - Sick Call Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Dillard, L. (MAT) FNP-C

Chief Complaint:   ORTHOPEDIC/RHEUMATOLOGY

Subjective:    patient placed a sick call for the pain in his back. patient is asking for a muscle rub for the pain. the one he has been using from commissary does not work

**Pain:**        No

COMPLAINT  2        Provider:  Dillard, L. (MAT) FNP-C

Chief Complaint:   GENERAL

Subjective:    went over lab work with the inmate.

**Pain:**        No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/10/2023 | 15:41 SEA | 98.2 | 36.8 | Forehead | Moquin, Leon RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/10/2023 | 15:41 SEA | 93 | | | Moquin, Leon RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/10/2023 | 15:41 SEA | 20 | Moquin, Leon RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/10/2023 | 15:41 SEA | 111/73 | Left Arm | Standing | Adult-large | Moquin, Leon RN |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 11/01/2023 | 08:33 SEA | 132 | Random | | Terry, Toketa RN |
| 10/31/2023 | 16:27 SEA | 189 | Random | | Tews, Deborah RN |
| 10/30/2023 | 14:45 SEA | 140 | Random | | Moquin, Leon RN |
| 10/29/2023 | 16:02 SEA | 165 | Random | | Moquin, Leon RN |
| 10/28/2023 | 09:45 SEA | Unavailable | | | Moquin, Leon RN |
| 10/28/2023 | 08:39 SEA | 112 | Unknown | | Alausa, I RN/QIIC Nurse |
| 10/27/2023 | 14:43 SEA | 180 | Unknown | | Alausa, I RN/QIIC Nurse |
| 10/27/2023 | 08:08 SEA | 120 | Unknown | | Alausa, I RN/QIIC Nurse |

Exhibit E


**Federal Bureau of Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| Name BLANKS, JERRIS | Facility FCI Seagoville | Collected 03/12/2024 06:58 CDT |
| Reg # 45953-044 | Order Unit A02-467L | Received 03/13/2024 09:48 CDT |
| DOB 12/24/1979 | Provider LaVonda Dillard, NP, FNP-C | Reported 03/13/2024 13:37 CDT |
| Sex M | | LIS ID 328231240 |

### HEMATOLOGY

| | | | |
|---|---|---|---|
| Eosinophils % | 1.5 | | % |
| Basophils % | 0.9 | | % |
| Immature Granulocytes % | 0.3 | 0.0-5.0 | % |
| Neutrophils # | 2.6 | 1.3-7.8 | K/uL |
| Lymphocytes # | 2.6 | 0.8-4.8 | K/uL |
| Monocytes # | 0.5 | 0.0-0.9 | K/uL |
| Eosinophils # | 0.1 | 0.0-0.5 | K/uL |
| Basophils # | 0.1 | 0.0-0.3 | K/uL |
| Immature Granulocytes # | 0.02 | 0.00-0.70 | 10^3/uL |

### HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 9.4 | 4.0-5.7 | % |

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

---

**FLAG LEGEND**    L=Low  L!=Low Critical   H=High  H!=High Critical   A=Abnormal  A! =Abnormal Critical

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BLANKS, JERRIS M | | | Reg #: | 45953-044 |
| Date of Birth: | 12/24/1979 | Sex: | M     Race: BLACK | Facility: | SEA |
| Note Date: | 03/19/2024 15:15 | Provider: | Dillard, L. (MOUD) FNP- | Unit: | A02 |

Review Note - Document Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Dillard, L. (MOUD) FNP-C

a1c has increased to 9.4. will schedule a ftf

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Dillard, L. (MOUD) FNP-C on 03/19/2024 15:17

Exhibit F

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: BLANKS, JERRIS M | | | Reg #: 45953-044 |
| Date of Birth: 12/24/1979 | Sex: M Race: BLACK | | Facility: SEA |
| Encounter Date: 09/07/2023 07:54 | Provider: Dillard, L. (MAT) FNP-C | | Unit: Z01 |

Mid Level Provider - Sick Call Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:  Dillard, L. (MAT) FNP-C

Chief Complaint:  MENTAL HEALTH

Subjective:    inmate states that he has been having hallucination. inmate states that he has not been to talk to psychology. inmate has not been on any medication. Inmate states that he has been having hallucinations for years. he has had a sleep study in the past, but nothing regarding his hallucinations.

Pain:        No

**OBJECTIVE:**

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 09/05/2023 | 14:52 SEA | 161 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/05/2023 | 14:51 SEA | 368 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/05/2023 | 07:20 SEA | 135 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/04/2023 | 15:05 SEA | 161 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/04/2023 | 06:54 SEA | 134 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/03/2023 | 15:16 SEA | 126 | Random | | Moquin, Leon RN |
| 09/02/2023 | 16:04 SEA | 177 | Random | | Moquin, Leon RN |
| 09/01/2023 | 15:17 SEA | 168 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/01/2023 | 08:01 SEA | 130 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/31/2023 | 14:44 SEA | 160 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/31/2023 | 07:39 SEA | 104 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/30/2023 | 15:15 SEA | 114 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/30/2023 | 07:45 SEA | 124 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/29/2023 | 15:32 SEA | 158 | Random | | Moquin, Leon RN |
| 08/28/2023 | 15:31 SEA | 131 | Random | | Moquin, Leon RN |
| 08/27/2023 | 15:29 SEA | 116 | Random | | Moquin, Leon RN |
| 08/26/2023 | 14:11 SEA | 114 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/25/2023 | 18:36 SEA | 158 | Random | | Tews, Deborah RN |
| 08/25/2023 | 07:58 SEA | 266 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/24/2023 | 15:32 SEA | 263 | Random | | Moquin, Leon RN |
| 08/23/2023 | 17:15 SEA | 314 | Random | | Howden, Shannon RN |
| 08/22/2023 | 15:01 SEA | 236 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/22/2023 | 08:44 SEA | 267 | Unknown | | Alausa, I RN/QIIC Nurse |

| Inmate Name: | BLANKS, JERRIS M | | | Reg #: | 45953-044 |
| Date of Birth: | 12/24/1979 | Sex: M Race: BLACK | | Facility: | SEA |
| Encounter Date: | 09/07/2023 07:54 | Provider: Dillard, L. (MAT) FNP-C | | Unit: | Z01 |

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|------|------|---------------|------|-----------------|----------|
| 08/21/2023 | 16:09 SEA | 317 | Random | | Moquin, Leon RN |
| 08/21/2023 | 08:44 SEA | 317 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/20/2023 | 15:11 SEA | 254 | Random | | Moquin, Leon RN |
| 08/19/2023 | 13:46 SEA | 221 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/12/2023 | 13:35 SEA | 189 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/11/2023 | 17:34 SEA | 185 | Random | | Tews, Deborah RN |
| 08/10/2023 | 13:59 SEA | 161 | Random | | Moquin, Leon RN |
| 08/10/2023 | 08:12 SEA | 90 | Random | | Moquin, Leon RN |
| 08/09/2023 | 15:57 SEA | 103 | Random | | Moquin, Leon RN |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Auscultation**

Yes: Clear to Auscultation

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Exam Comments**

will place a consult with psychology. inmates medications have been refilled.
inmate denies si/hi
inmate was denied the request to have a private cell
warning signs given

**ASSESSMENT:**

Anxiety disorder, F419 - Current

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|------------------------|-------------|----------------------|----------|------------|----------|
| Psychology | 09/27/2023 | 09/27/2023 | Routine | No | |

Subtype:

Inhouse Psychology

Reason for Request:

inmate has been having hallucinations and night terrors. inmate has not been to talk to psychology.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|-------|-----------|----------|---------|------------|
| Vitals | Every 4 weeks | 180 days | | Dillard, L. (MAT) FNP-C |

Order Date: 09/07/2023

Generated 09/07/2023 08:02 by Dillard, L. (MAT) FNP-C    Bureau of Prisons - SEA    Page 2 of 3

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: BLANKS, JERRIS M | | Reg #: 45953-044 |
| Date of Birth: 12/24/1979 | Sex: M Race: BLACK | Facility: SEA |
| Encounter Date: 10/11/2023 09:19 | Provider: Dillard, L. (MAT) FNP-C | Unit: Z01 |

Mid Level Provider - Sick Call Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1     Provider: Dillard, L. (MAT) FNP-C

Chief Complaint: Medication Refill
Subjective: medication refill
Pain: No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/10/2023 | 15:41 SEA | 98.2 | 36.8 | Forehead | Moquin, Leon RN |
| 09/12/2023 | 09:46 SEA | 97.8 | 36.6 | Forehead | Moquin, Leon RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/10/2023 | 15:41 SEA | 93 | | | Moquin, Leon RN |
| 09/12/2023 | 09:46 SEA | 97 | | | Moquin, Leon RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/10/2023 | 15:41 SEA | 20 | Moquin, Leon RN |
| 09/12/2023 | 09:46 SEA | 18 | Moquin, Leon RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/10/2023 | 15:41 SEA | 111/73 | Left Arm | Standing | Adult-large | Moquin, Leon RN |
| 09/12/2023 | 09:46 SEA | 134/89 | Left Arm | Standing | Adult-large | Moquin, Leon RN |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 10/10/2023 | 15:42 SEA | 248 | Random | | Moquin, Leon RN |
| 10/10/2023 | 15:41 SEA | 248 | Random | | Moquin, Leon RN |
| 10/09/2023 | 15:09 SEA | 240 | Random | | Moquin, Leon RN |
| 10/08/2023 | 14:45 SEA | 165 | Random | | Moquin, Leon RN |
| 10/07/2023 | 15:19 SEA | 260 | Random | | Moquin, Leon RN |
| 10/06/2023 | 18:37 SEA | 380 | Random | | Tews, Deborah RN |
| 10/05/2023 | 15:25 SEA | 152 | Random | | Moquin, Leon RN |
| 10/04/2023 | 16:18 SEA | 153 | Random | | Moquin, Leon RN |
| 10/03/2023 | 16:41 SEA | 200 | Unknown | | Achebe, Joseph RN |

| Inmate Name: | BLANKS, JERRIS M | | | Reg #: | 45953-044 |
| Date of Birth: | 12/24/1979 | Sex: | M    Race:  BLACK | Facility: | SEA |
| Encounter Date: | 10/11/2023 09:19 | Provider: | Dillard, L. (MAT) FNP-C | Unit: | Z01 |

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|------|------|---------------|------|-----------------|----------|
| 10/02/2023 | 08:20 SEA | 252 | Unknown | | Alausa, I RN/QIIC Nurse |
| 10/01/2023 | 16:06 SEA | 137 | Random | | Moquin, Leon RN |
| 09/30/2023 | 13:29 SEA | 224 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/29/2023 | 16:03 SEA | 246 | Random | | Moquin, Leon RN |
| 09/28/2023 | 15:13 SEA | 182 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/28/2023 | 09:40 SEA | 145 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/27/2023 | 15:08 SEA | Unavailable | | | Moquin, Leon RN |
| 09/27/2023 | 15:00 SEA | 184 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/27/2023 | 09:41 SEA | 126 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/26/2023 | 15:45 SEA | 289 | Random | | Moquin, Leon RN |
| 09/25/2023 | 15:43 SEA | 200 | Random | | Moquin, Leon RN |
| 09/25/2023 | 15:41 SEA | 200 | Random | | Moquin, Leon RN |
| 09/24/2023 | 14:47 SEA | 165 | Random | | Moquin, Leon RN |
| 09/23/2023 | 15:20 SEA | 182 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/23/2023 | 08:25 SEA | 125 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/22/2023 | 17:28 SEA | 249 | Random | | Tews, Deborah RN |
| 09/21/2023 | 13:45 SEA | 152 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/21/2023 | 08:15 SEA | 137 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/20/2023 | 12:52 SEA | Unavailable | | | Moquin, Leon RN |
| 09/19/2023 | 12:52 SEA | Unavailable | | | Moquin, Leon RN |
| 09/18/2023 | 14:57 SEA | 152 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/17/2023 | 06:49 SEA | 132 | Unknown | | Terry, Toketa RN |
| 09/16/2023 | 14:27 SEA | 174 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/15/2023 | 16:50 SEA | 162 | Random | | Terry, Toketa RN |
| 09/14/2023 | 07:50 SEA | 138 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/13/2023 | 08:51 SEA | 131 | Unknown | | Terry, Toketa RN |
| 09/12/2023 | 15:53 SEA | 221 | Random | | Moquin, Leon RN |
| 09/11/2023 | 18:19 SEA | 200 | Random | | Tews, Deborah RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|------|------|----------|-----|----------|
| 10/10/2023 | 15:41 SEA | 98 | Room Air | Moquin, Leon RN |
| 09/12/2023 | 09:46 SEA | 97 | Room Air | Moquin, Leon RN |

**Exam:**

**General**

**Affect**

Yes: Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

**Observation/Inspection**

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: BLANKS, JERRIS M | | Reg #: 45953-044 | |
| Date of Birth: 12/24/1979 | Sex: M Race: BLACK | Facility: SEA | |
| Encounter Date: 11/01/2023 09:51 | Provider: Dillard, L. (MAT) FNP-C | Unit: Z01 | |

Mid Level Provider - Sick Call Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Dillard, L. (MAT) FNP-C

Chief Complaint: ORTHOPEDIC/RHEUMATOLOGY

Subjective: patient placed a sick call for the pain in his back. patient is asking for a muscle rub for the pain. the one he has been using from commissary does not work

Pain: No

COMPLAINT 2        Provider: Dillard, L. (MAT) FNP-C

Chief Complaint: GENERAL

Subjective: went over lab work with the inmate.

Pain: No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/10/2023 | 15:41 SEA | 98.2 | 36.8 | Forehead | Moquin, Leon RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/10/2023 | 15:41 SEA | 93 | | | Moquin, Leon RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 10/10/2023 | 15:41 SEA | 20 | Moquin, Leon RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/10/2023 | 15:41 SEA | 111/73 | Left Arm | Standing | Adult-large | Moquin, Leon RN |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 11/01/2023 | 08:33 SEA | 132 | Random | | Terry, Toketa RN |
| 10/31/2023 | 16:27 SEA | 189 | Random | | Tews, Deborah RN |
| 10/30/2023 | 14:45 SEA | 140 | Random | | Moquin, Leon RN |
| 10/29/2023 | 16:02 SEA | 165 | Random | | Moquin, Leon RN |
| 10/28/2023 | 09:45 SEA | Unavailable | | | Moquin, Leon RN |
| 10/28/2023 | 08:39 SEA | 112 | Unknown | | Alausa, I RN/QIIC Nurse |
| 10/27/2023 | 14:43 SEA | 180 | Unknown | | Alausa, I RN/QIIC Nurse |
| 10/27/2023 | 08:08 SEA | 120 | Unknown | | Alausa, I RN/QIIC Nurse |

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | BLANKS, JERRIS M | | | | Reg #: | 45953-044 |
| Date of Birth: | 12/24/1979 | Sex: | M   Race:  BLACK | | Facility: | SEA |
| Encounter Date: | 11/01/2023 09:51 | Provider: | Dillard, L. (MAT) FNP-C | | Unit: | Z01 |

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 10/26/2023 | 15:14 SEA | 136 | Unknown | | Alausa, I RN/QIIC Nurse |
| 10/26/2023 | 08:08 SEA | 125 | Unknown | | Alausa, I RN/QIIC Nurse |
| 10/25/2023 | 16:23 SEA | 117 | Random | | Tews, Deborah RN |
| 10/24/2023 | 16:03 SEA | 169 | Random | | Tews, Deborah RN |
| 10/23/2023 | 15:17 SEA | 113 | Random | | Moquin, Leon RN |
| 10/22/2023 | 14:52 SEA | 154 | Random | | Moquin, Leon RN |
| 10/21/2023 | 15:33 SEA | 265 | Random | | Moquin, Leon RN |
| 10/20/2023 | 15:54 SEA | 225 | Random | | Terry, Toketa RN |
| 10/18/2023 | 16:36 SEA | 219 | Random | | Terry, Toketa RN |
| 10/17/2023 | 16:12 SEA | 212 | Random | | Tews, Deborah RN |
| 10/16/2023 | 15:03 SEA | 154 | Random | | Moquin, Leon RN |
| 10/15/2023 | 15:02 SEA | 205 | Random | | Moquin, Leon RN |
| 10/14/2023 | 15:00 SEA | 143 | Random | | Moquin, Leon RN |
| 10/13/2023 | 08:13 SEA | 201 | Random | | Terry, Toketa RN |
| 10/12/2023 | 16:15 SEA | 351 | Random | | Terry, Toketa RN |
| 10/11/2023 | 17:28 SEA | 216 | Random | | Tews, Deborah RN |
| 10/10/2023 | 15:42 SEA | 248 | Random | | Moquin, Leon RN |
| 10/10/2023 | 15:41 SEA | 248 | Random | | Moquin, Leon RN |
| 10/09/2023 | 15:09 SEA | 240 | Random | | Moquin, Leon RN |
| 10/08/2023 | 14:45 SEA | 165 | Random | | Moquin, Leon RN |
| 10/07/2023 | 15:19 SEA | 260 | Random | | Moquin, Leon RN |
| 10/06/2023 | 18:37 SEA | 380 | Random | | Tews, Deborah RN |
| 10/05/2023 | 15:25 SEA | 152 | Random | | Moquin, Leon RN |
| 10/04/2023 | 16:18 SEA | 153 | Random | | Moquin, Leon RN |
| 10/03/2023 | 16:41 SEA | 200 | Unknown | | Achebe, Joseph RN |
| 10/02/2023 | 08:20 SEA | 252 | Unknown | | Alausa, I RN/QIIC Nurse |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/10/2023 | 15:41 SEA | 98 | Room Air | Moquin, Leon RN |

**Exam:**

**General**

  **Affect**

    Yes: Cooperative

  **Appearance**

    Yes: Appears Well, Alert and Oriented x 3

**Eyes**

  **General**

    Yes: PERRLA, Extraocular Movements Intact

  **Conjunctiva and Sclera**

    Yes: Within Normal Limits

Exhibit G



**Seagoville FCI**
2113 N Highway 175, 2113 N Highway 175
Seagoville, TX  75159-2237

(972) 287-6712
02/23/2024

**BLANKS, JERRIS**

# of Scripts - 2

45953-044
SEA-A02467L, SEA-A02467L

-306398-SEA Lancets 30G Easy Touch
Safety Lancet NHC Medical
-310033-SEA Blood Glucose Test
Strips Easy Touch Strip NHC Medical

CAUTION: Federal /State law prohibits transfer of this drug to any person other than patient for whom prescribed.

RTS - 03/09/2024

I went insulen line on Feb 21 and Nurse Tems said I was out of insulin, and to report to sick call Thur, Feb 22, 2024, to have my provider, NP Bordees, to refill my insulin. I reported to sick call Feb 22. All of my diabotic supplies were refilled, accept for my insulin, as the nurse refused to give me insulin from Feb 21 to 28, because the provider forgot to refill my insulin.

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: SEA-A-A

---------------------------------------------------------------------------------------------

FROM: Health Services
TO: 45953044
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/23/2024 09:07:02 AM

Please report to Medical during the insulin line move(s).

And you may report to sick call during the designated times if you would like to be seen for a specific medical condition. Sick call is available on Monday/Tuesday/Thursday/Friday, excluding Federal Holidays. Note: You may be subject to a $2 copay.

---

From: ~^! BLANKS, ~^!JERRIS M <45953044@inmatemessage.com>
Sent: Thursday, February 22, 2024 12:58 PM
Subject: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, SEA-A-A

To: Nurse
Inmate Work Assignment: na

There was no order for insulin for me yesterday, and I was told to come to sick call today to renew my insulin. I would like you to re-order it, because the CO would not let me come to sick call, until we are released for breakfast., and I'm still a diabetic

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: SEA-A-A

--------------------------------------------------------------------------------

FROM: Health Services
TO: 45953044
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/26/2024 08:57:03 AM

Please report to sick call during the designated times if you would like to be seen for a specific medical condition or if you need a refill of a previously prescribed medication. Sick call is available on Monday/Tuesday/Thursday & Friday, excluding Federal Holidays. Note: You may be subject to a $2 copay.

_____

From: ~^! BLANKS, ~^!JERRIS M <45953044@inmatemessage.com>
Sent: Monday, February 26, 2024 2:11 PM
Subject: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, SEA-A-A

To: Nurse
Inmate Work Assignment: na

I came to sick call to refill my insulin last thursday, as I was told, but the provider forgot to refill it, and as you see in your records, my blood sugar has been runing very high. How can I get it refilled?

TRULINCS 45953044 - BLANKS, JERRIS M - Unit: SEA-A-A

---------------------------------------------------------------------------------------------

FROM: Health Services
TO: 45953044
SUBJECT: RE:***Inmate to Staff Message***
DATE: 02/27/2024 08:32:01 AM

Please report to sick call during the designated times if you would like to be seen for a specific medical condition. Sick call is available on Monday/Tuesday/Thursday/Friday, excluding Federal Holidays. Note: You may be subject to a $2 copay.

_____

From: ~^! BLANKS, ~^!JERRIS M <45953044@inmatemessage.com>
Sent: Tuesday, February 27, 2024 2:01 AM
Subject: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, SEA-A-A

To: Provider/nurse
Inmate Work Assignment: na

I went to sick call thrusday to refill my insulin, and it still has not been refilled. My blood sugar has been very high.

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: SEA-A-A

-------------------------------------------------------------------------------------------------

FROM: 45953044
TO: Health Services
SUBJECT: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, SEA-A-A
DATE: 03/01/2024 09:15:43 AM

To: Nurse Tews
Inmate Work Assignment: NA

Last night at insulin line, you said you would email my provider about her forgetting to place my refill in your system, so that the other nurses wouldn't have to second guess at the next insulin line. I wanted to know if you went through with that email, and that she has been informed?

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: SEA-A-A

--------------------------------------------------------------------------------

FROM: Health Services
TO: 45953044
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/07/2024 09:22:02 AM

_____

From: ~^! BLANKS, ~^!JERRIS M <45953044@inmatemessage.com>
Sent: Friday, March 1, 2024 3:15 PM
Subject: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, SEA-A-A

To: Nurse Tews
Inmate Work Assignment: NA

Last night at insulin line, you said you would email my provider about her forgetting to place my refill in your system, so that the other nurses wouldn't have to second guess at the next insulin line. I wanted to know if you went through with that email, and that she has been informed?

Please report to sick call during the designated times if you would like to be seen for a specific medical condition or if you need a refill of a previously prescribed medication. Sick call is available on Monday/Tuesday/Thursday & Friday, excluding Federal Holidays. Note: You may be subject to a $2 copay.

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: SEA-A-A

------------------------------------------------------------------------------------------------

FROM: Health Services
TO: 45953044
SUBJECT: RE:***Inmate to Staff Message***
DATE: 03/21/2024 10:27:03 AM

Please report to sick call during the designated times if you would like to be seen for a specific medical condition or if you need a refill of a previously prescribed medication. Sick call is available on Monday/Tuesday/Thursday & Friday, excluding Federal Holidays. Note: You may be subject to a $2 copay.

From: ~^! BLANKS, ~^!JERRIS M <45953044@inmatemessage.com>
Sent: Thursday, March 21, 2024 1:22 PM
Subject: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, SEA-A-A

To: Nurse
Inmate Work Assignment: NA

I came to sick call two weeks ago to renew all of my medications, but none of them have been renewed.

TRULINCS 45953044 - BLANKS, JERRIS M - Unit: SEA-A-A

-------------------------------------------------------------------------------------------------------

FROM: 45953044
TO: Health Services
SUBJECT: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, SEA-A-A
DATE: 03/17/2024 06:19:29 PM

To: Nurse
Inmate Work Assignment: na

5 building is typically called last for evening chaw. After I eat, I got directly to medical to get my insulin shot, but what has been happening, is medical is already closed and locked for the day. If I got to chaw after my shot, then I run the possibility of them shutting down the chaw line, if we are called last, which is more dangerous to get insulin without eating. I've been told, that you shut down, after compound announces that the last group is done eating, which means it should still be open, when I'm done eating, even if I'm one of the last few people walking out of the chaw hall.

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: SEA-A-A

---

FROM: 45953044
TO: Warden
SUBJECT: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, SEA-A-A
DATE: 03/27/2024 07:34:13 PM

To: Warden
Inmate Work Assignment: NA

Today after dinner, I went to medical for my insulin. We waited in the medical stairway for over an hour, because apparently there was some sort of emergency. The lieutenants told us to return to our housing units, and that we would be called once the emergency was over, so we could get our insulin. My blood sugar is 385, and I was told by CO Griffith that they already called the insulin line at the 6:50 move, but I live in the day room in unit 5, and did not hear the announcement. What can be done to prevent this from happening again? My blood sugar is at a dangerously high level.

# Exhibit H

TRULINCS 45953044 - BLANKS, JERRIS M - Unit: SEA-A-A

---------------------------------------------------------------------------------------

FROM: 45953044
TO: Health Services
SUBJECT: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, SEA-A-A
DATE: 04/16/2024 05:57:31 PM

To: Ms. Windbush
Inmate Work Assignment: na

today during the first move after 4:00 PM count, they called recreation move and insulin line. I went to check my blood sugar and it was 486. I felt drunk and fell into my bed for a few minutes. I then got up and went to CO Griffith, and told him I need to go to insulin line because my blood sugar was 486, and he refused to let me go, because the recreation move was over. I told him they called insulin line over the intercom: which means the door should be open for people going to and back from insulin line before dinner. He said I was killing him and refused to let me out, and said I always do this shit. I went to Case Manager Aguirre, and shown him my glucometer and that my blood sugar was 486. He said he is a diabetic and knew this was dangerously high. He attempted to call medical, but got no answer, he then let me out the door to go to medical, where people were in line for insulin. I then received my insulin. Because the insulin line opens at random times every day, it causes the CO to not want to let diabetics out for insulin unless its during this building's dinner call, which previously caused me to miss insulin, because he wouldn't let me go when they called it, and because we were last, insulin was closed. This time, the CO clamed he did not hear them call insulin line, but because my blood sugar was above 400, he should have let me go to medical, even if they did not call insulin line, because that is dangerously high. This is not the first time this same CO has done this to me.

Exhibit I

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: BLANKS, JERRIS M | | Reg #: 45953-044 |
| Date of Birth: 12/24/1979 | Sex: M  Race: BLACK | Facility: SEA |
| Encounter Date: 05/15/2023 11:56 | Provider: Sterett, Justin MD | Unit: A02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Sterett, Justin MD

Chief Complaint: DIABETIC

Subjective: Has been a DMII since 2020, was started on low dose insulin at that time as well. Currently taking 15units NPH and 7u reg QHS and doing well. A1C is 6.5. Taking metformin 1000mg BID
-Has not seen optometry in 2 years.
-Does have neuropathy in bilateral feet, notes that DM shoes help the most and wishes to continue.

Pain: No

COMPLAINT 2        Provider: Sterett, Justin MD

Chief Complaint: PULMONARY/RESPIRATORY

Subjective: Had childhood asthma that came back after he had COVID, which was in 2019. Currently on mometasone QD
-albuterol use is about every night, wakes up SOB some nights. Does have sleep apnea, that was diagnosed in 2020 and notes he is still waiting on a CPAP. Notes he has put in multiple copouts. Encouraged to f/u with medical.

Plan
-needs CPAP

Pain: No

COMPLAINT 3        Provider: Sterett, Justin MD

Chief Complaint: HYPERTENSION

Subjective: Takes HCTZ 25mg for HTN and is well controlled, however is also a DM and will start lose dose ACE-I lisinopril 5mg QD. No h/o CAD, chest pains, etc

Pain: No

COMPLAINT 4        Provider: Sterett, Justin MD

Chief Complaint: ORTHOPEDIC/RHEUMATOLOGY

Subjective: Has a history of chronic back pain and takes motrin PRN for this. Has had several MVAs.
-Also NSAIDS periodically help with DM neuropathy.

Has a history of headaches for the last two months, but relates this to dental pain. Was taking tylenol as needed and was helping, advised he f/u with dental, but will write for 30 days of tylenol.

Pain: No

COMPLAINT 5        Provider: Sterett, Justin MD

Chief Complaint: MENTAL HEALTH

Subjective: Has a history of anxiety and feels stable and well controlled on 30mg of fluoxetine daily.

Pain: No

| Inmate Name: | BLANKS, JERRIS M | | Reg #: | 45953-044 |
|---|---|---|---|---|
| Date of Birth: | 12/24/1979 | Sex: M  Race: BLACK | Facility: | SEA |
| Encounter Date: | 08/21/2023 13:34 | Provider: Dillard, L. FNP-C | Unit: | Z01 |

Yes: Within Normal Limits, Normal Rate

**Exam Comments**

will reissue the cpap

sn (21) 22221935686
37142 airsense
LOT (10) 220623-014

will place a consult with the eye doctor

**ASSESSMENT:**

Asthma, J45909 - Current

Sleep apnea, G4730 - Current

Type 2 diabetes mellitus with diabetic neuropathy, E1140 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | INsulin REG - Human | | 08/21/2023 13:34 |

Prescriber Order:    10ml (100units) Subcutaneously - Two Times a Day x 180 day(s) Pill Line
Only -- per sliding scale.
151-200 =2units
201-250 =4units
251-300= 6units
301-350= 8units
351-400= 10 units
>400 units give 10units or 12 units and call on provider.

Indication:   Type 2 diabetes mellitus with diabetic neuropathy

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 300672-SEA | Insulin Reg (10 ML) 100 UNITS/ML Inj | 08/21/2023 13:34 |

Prescriber Order:    Inject 7 units of regular insulin subcutaneously each evening ***pill line***
Discontinue Type:    When Pharmacy Processes
Discontinue Reason:  new order written
Indication:

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Glucose | BID | 360 days | | Dillard, L. FNP-C |
| | Order Date: | 08/21/2023 | | |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

**Other:**

requested pharmacy to process prescriptions.

**Patient Education Topics:**

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | |
|---|---|
| Inmate Name: BLANKS, JERRIS M | Reg #: 45953-044 |
| Date of Birth: 12/24/1979 | Facility: SEA |
| Encounter Date: 05/10/2024 08:23 | Sex: M   Race: BLACK   Provider: Sterett, Justin (MOUD) MD   Unit: A02 |

**Reviewed Health Status:**   Yes

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1          Provider:  Sterett, Justin (MOUD) MD

Chief Complaint:  DIABETIC

Subjective:          44 year old that was seen by this writer last year.
Over the last year A1C has gotten worse on NPH 15 and is now 9.4. Denies any weight gain or dietary changes.
NPH is QHS, he has a lot of difficulty coming to AM pill line due to insomnia and anxiety. Requesting only PM pill line. Needs increased insulin. On metformin 1000mg BID, compliant.

Plan
-convert NPH to 20u Lantus
-Also needs optometry exam which was 3 years ago.

Pain:          No

COMPLAINT  2          Provider:  Sterett, Justin (MOUD) MD

Chief Complaint:  PULMONARY/RESPIRATORY

Subjective:          History of asthma and is out of albuterol
compliant with mometasone. Needs refill of albuterol

Pain:          No

COMPLAINT  3          Provider:  Sterett, Justin (MOUD) MD

Chief Complaint:  GASTROINTESTINAL

Subjective:          History of GERD. Pending EGD for long standing GERD and dyspepsia

Pain:          No

COMPLAINT  4          Provider:  Sterett, Justin (MOUD) MD

Chief Complaint:  HYPERTENSION

Subjective:          Takes HCTZ 25mg QD and lisinopril 5mg QD. Doing well.

Pain:          No

COMPLAINT  5          Provider:  Sterett, Justin (MOUD) MD

Chief Complaint:  ORTHOPEDIC/RHEUMATOLOGY

Subjective:          Has a history of cervicalgia and herniated C-spine discs from mlx MVAs
Has tried voltaren gel, and not working
would like ibuprofin back PRN. Discussed how this might make his GERD worse, but would still like to try.

Pain:          Not Applicable

Exhibit J

## Bureau of Prisons
## Health Services
## Vision Screens

Reg #: 45953-044                Inmate Name: BLANKS, JERRIS M

**Vision Screen on 07/03/2019 09:43**

Blindness:

Distance Vision: OD: 20/70          OS: 20/70          OU:

Near Vision:    OD:                 OS:                OU:

With Corrective

Distance Vision: OD: 20/20          OS: 20/20          OU:

Near Vision:    OD:                 OS:                OU:

Present Glasses - Distance                  Refraction - Distance

| | Sphere | Cylinder | Axis | Add | | | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|---|---|---|---|---|---|
| R: | | | | | | R: | | | | |
| L: | | | | | | L: | | | | |

Color Test: Normal

Tonometry: R:              L:

Comments:

   Orig Entered:  07/03/2019 10:45 EST  Allen, Garry (MAT) FNP

---

## myeyedr.

Visit Note - September 3, 2021

**Blanks, Jerris**

PHS ID:   Sex:   DOB:   MRN:
8142523-4814-43e6-34e6-6518x76ad5a8  Male 12/24/1979  EWA4015C43

**Medications**
Obtained and Reviewed September 3, 2021.
OPHTHALMIC MEDICATIONS
NONE

NON OPHTHALMIC MEDICATIONS
metformin oral

Other: unknown cholesterol medication

**Ocular History**
Obtained and Reviewed September 3, 2021.
Wears glasses

**Ocular Surgery**
None

**Social History**
Obtained and Reviewed September 3, 2021.
Smoking status - Unspecified

**Allergies**
Obtained and Reviewed September 3, 2021.
No known drug allergies

**ROS**
Provider reviewed on Sep 03, 2021.

A focused review of systems was performed including Allergic / Immunologic, Cardiovascular, Constitutional / Symptom, Endocrine, ENT and Mouth, Gastrointestinal (G.I.), Genitourinary (G.U.), Hematologic / Lymphatic, Integumentary, Musculoskeletal, Neurological, Psychiatric, and Respiratory.

No Constitutional (weight Loss/fatigue) - Changes in Appetite, Fever, Dizziness, Sleep Or Weight Loss/gain, No Cardiovascular (htn/high Cholesterol) - Chest Pain, Heart Attack Or Other Heart Disorder, No Endocrine (diabetes/thyroid Issues) - History Of Diabetes, Thyroid Disease Or Other Endocrine Symptoms, No Gastrointestinal - Acid Reflux, Colon Or Liver Cancer, Diarrhea, Gall Bladder Disease, Liver Disease Or Other Symptoms., No Ears/nose/throat - Chronic Cough, Ear Infections, Headaches Or Sinusitis., No Hematologic/lymphatic - Abnormal Bleeding, Bruising.

**Chief Complaint: Blurred Vision**

HPI: This is a 41 year old male who is being seen for a chief complaint of blurred vision involving the right eye and left eye. The blurred vision is at a distance and associated with floaters, migraine headaches, irritation, and wearing glasses, right eye and left are equal. The patient is not currently being treated. The patient has a history of diabetes and hypertension. pt in for glasses.

**Eye Exam**

Vision
Distance Test Type: Snellen Chart

| | | |
|---|---|---|
| Dsc | OD | 20/400 |
| | OS | 20/400 |
| | OU | 20/150 |

Wearing Glasses
Eyeglass:
Usage: Full time wear

| Eye | Measurement | | DCC | NCC |
|---|---|---|---|---|
| OD | -2.75 -1.25 x 179 | | 20/50 +2 | |
| OS | -2.00 -1.75 x 163 | | 20/50 | |
| OU | | | 20/40 +1 | |

Auto Refraction
Binocular PD: 68.0 (Dist)

| Eye | Measurement | DCC | NCC |
|---|---|---|---|
| OD | -2.75 -3.00 x 001 | | |
| OS | -2.50 -2.50 x 175 | | |

Keratometry

| | Flat | Axis | Steep | Axis | Mira Quality | Method |
|---|---|---|---|---|---|---|
| OD | 43.75 | 179 | 46.25 | 089 | | |
| OS | 43.50 | 176 | 45.50 | 086 | | |

Manifest Refraction

| Eye | Measurement | DCC | NCC |
|---|---|---|---|
| OD | -2.75 -2.25 x 180 Add: +1.50 | 20/25 | J1+ |
| OS | -2.50 -2.75 x 164 Add: +1.50 | 20/25 | J1+ |
| OU | | 20/20 -2 | J1+ |

Pupils: Normal

| | Light (mm) | Dark (mm) | Near (mm) | Size | Round | Regular | Reacts | APD | RAPD | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| OD | | | | Normal | Round | Regular | Reacts Well | No APD | | |
| OS | | | | Normal | Round | Regular | Reacts Well | No APD | | |

IOP

| | | | | |
|---|---|---|---|---|
| OD 13 | Collins, Vivian | | 09/03/2021 08:15 AM CDT | Non-contact tonometer (NC... |
| OS 16 | Collins, Vivian | | 09/03/2021 08:15 AM CDT | Non-contact tonometer (NC... |

Motility: Full OU

Thomas Dvorak, OD (Primary Provider) (Bill Under)
(903) 838-0783 Work   (903) 831-4145 Fax
(903) 838-0783 Work

TX-Texarkana Richmond Road
3703 Richmond Road
Texarkana, TX 75503 2378

Page 1

45953-044

**Visit Note - September 3, 2021**

Cramping Or Other Blood Disorders., No Immunologic - Hives/acids, Tuberculosis Or Other Disorders Of The Immune System., No Integumentary (skin/hair/nails) - Current Or Chronic Skin Rashes, Or Sores Or Other Skin Lesions., No Musculoskeletal - Arthritis, Osteoporosis, Persistant Backache, Muscle Pain Or Joint Pain., No Neurologic/headaches/migraines - History Of Blackout, Fainting, Tremors, Twitches, Numbness, Seizures, Or Unusual Weakness., No Psychiatric (depression/anxiety), No Respiratory/lung - Asthma, Bronchitis, Lung Disease, Difficulty Swallowing, Unusual Coughing Or Wheezing., No Genitourinary - Bladder Infections, Prostate Or Ovarian Disorders, Or Trouble Urinating, And No Allergic/Immune - Allergies.

### Family History
Obtained and Reviewed September 3, 2021.
Family history: Low vision (situation)
- Grandmother
- Mother

Family history of diabetes mellitus type 2 (situation)
- Mother

Family history: Hypertension (situation)
- Mother

### Medical History
Obtained and Reviewed September 3, 2021.
Diabetes mellitus
Elevated blood pressure
Hypercholesterolemia

### Surgical History
Obtained and Reviewed September 3, 2021.
None

**Cover-Uncover Test:**

Recorded: 09/03/2021 08:27 AM CDT

| | |
|---|---|
| Near | Ortho<br>Ortho |
| Distance | Ortho<br>Ortho |

Visual Field Test Type: Confrontation Visual Fields

Visual Field Test Result: Full to Confrontation OU

**Exam:**
An examination was performed
OD External: normal lid position, nasolacrimal and orbital exam
OD Lid Margin: quiet and normal
OD Conjunctiva: white and quiet

Slit lamp examination OD:
OD Cornea: clear cornea

OD Anterior Chamber: deep and quiet anterior chamber

OD Iris: normal iris without rubeosis

OD Lens: clear lens

Ophthalmoscopic examination of optic disc OD:
OD: CD ratio 0.3 / 0.3
OD Optic Disc: flat and normal disc
Lens Used: 90D

Ophthalmoscopic examination of retina and vessels OD:
OD Vitreous: vitreous opacities
OD Vessels: vessels with normal contour, caliber without neovascularization
OD Macula: macula normal contour without heme, edema, drusen or exudate
OD Periphery: poor view
Lens Used: 90D and/or 20D w/BIO

OS External: normal lid position, nasolacrimal and orbital exam
OS Lid Margin: quiet and normal
OS Conjunctiva: white and quiet

Slit lamp examination OS:
OS Cornea: clear cornea

OS Anterior Chamber: deep and quiet anterior chamber

OS Iris: normal iris without rubeosis

OS Lens: clear lens

Ophthalmoscopic examination of optic disc OS:
OS: CD ratio 0.3 / 0.3
OS Optic Disc: flat and normal disc
Lens Used: 90D

Ophthalmoscopic examination of retina and vessels OS:
OS Vitreous: vitreous clear without hemorrhage, cells or pigment
OS Vessels: vessels with normal contour, caliber without neovascularization
OS Macula: macula normal contour without heme, edema, drusen or exudate
OS Periphery: poor view and pigmentary changes One round pigment spot superior/temporal
Lens Used: 90D and/or 20D w/BIO

General Appearance of the patient is well nourished.

Thomas Dvorak, OD (Primary Provider) (Bill Under)
(903) 838-0763 Work   (903) 831-6143 Fax
(903) 838-0763 Work
TX-Texarkana Richmond Road
3703 Richmond Road
Texarkana, TX 75503-2329
Page 3

---

Orientation: alert and oriented x 3.

Mood and affect: no acute distress.

**Impression/Plan:**
1.  Myopia OU
    (H52.13)

    Plan: Counseling - Myopia.
    I counseled the patient regarding the following:
    Eye care: Myopia can be managed with corrective eye wear, such as eyeglasses or contacts to correct the vision.
    Contact Office If: Despite corrective therapy, you still have difficult viewing far objects, or develop headache or eye strain.

    After counseling the patient, we decided on the following plan for the right eye: Glasses

    After counseling the patient, we decided on the following plan for the left eye: Glasses

    Plan: Refraction.
    Manifest Refraction was performed OU.
    Indication: Myopia OU

    Plan: F/U for Next Visit Refractive.
    - RTC in 1 year for a Comprehensive Eye Exam.

2.  Regular Astigmatism OU
    (H52.223)

    Plan: Counseling - Regular Astigmatism.
    I counseled the patient regarding the following:
    Eye Care: Most people have some degree of astigmatism in their eyes. If the astigmatism is significant, eyeglasses or contact lenses usually provide excellent vision.
    Contact the office if: You experience rapid changes in vision or require frequent changes in your eyeglass or contact lens prescriptions.

    After counseling the patient, we decided on the following plan for the right eye: Glasses

    After counseling the patient, we decided on the following plan for the left eye: Glasses

    Plan: Refraction.
    Manifest Refraction was performed OU.
    Indication: Regular Astigmatism OU

    Plan: F/U for Next Visit Refractive.
    - RTC in 1 year for a Comprehensive Eye Exam.

3.  Presbyopia OU
    (H52.4)

    Plan: Counseling - Presbyopia.
    I counseled the patient regarding the following:
    Eye care: Reading glasses, bifocals, trifocals or contact lenses can be helpful.
    Expectations: Presbyopia is the inability to focus on objects (ie: accommodate) due to the loss of flexibility of your natural lens. Presbyopia occurs as we get older.
    Contact Office If: Difficulty in focusing persists despite corrective eyewear.

    After counseling the patient, we decided on the following plan for the right eye: Glasses

    After counseling the patient, we decided on the following plan for the left eye: Glasses

Thomas Dvorak, OD (Primary Provider) (Bill Under)
(903) 838-0763 Work   (903) 831-6143 Fax
(903) 838-0763 Work
TX-Texarkana Richmond Road
3703 Richmond Road
Texarkana, TX 75503-2329
Page 3

Plan: Refraction.
Manifest Refraction was performed OU.
Indication: Presbyopia OU

Plan: F/U for Next Visit Refractive.
- RTC in 1 year for a Comprehensive Eye Exam.

4.  Type II Diabetes without complication
    (E11.9)

Plan: Counseling- Diabetes II.
I counseled the patient regarding the following:
Eye care:Type II diabetes can cause changes, or damage, to the eye.  The better one controls their blood sugar levels and systemic blood pressure, the less likely they are to suffer damage to their eyes or kidneys.  Diabetic diets, regular exercise, stopping smoking, and regular check ups with your primary care doctor or endocrinologist are very important.
Contact Office If: Diabetic patients experience a loss of vision, floating black spots, cloudy vision, cob webs, or eye pain.

Plan: F/U for Next Visit.
- Monitor annually or sooner if changes in vision occur. - OD
- Monitor annually or sooner if changes in vision occur. - OS

| GLASSES RX DETAILS | | | | | | |
|---|---|---|---|---|---|---|
| | SPHERE | CYLINDER | AXIS | ADD | START | EXP. DATE |
| OD | -2.75 | -2.25 | 180 | +1.50 | 09/03/21 | 09/03/22 |
| OS | -2.50 | -2.75 | 164 | +1.50 | 09/03/21 | 09/03/21 |

| ADDITIONAL INFORMATION | |
|---|---|
| OD | |
| OS | |
| OU | |

Active          Yes
Usage           Full time wear
Anti-Reflective Coating   Yes
Bifocal         Yes

Note:
Patient is on 2000 mg Metformin and insulin (can't remember which one). Dx in 2018 for Diabetes

Staff:

Thomas Dvorak, OD (Primary Provider) (Bill Under)

Vivian Collins

Thomas Dvorak, OD (Primary Provider) (Bill Under)
(903) 838-0783 Work   (903) 831-4145 Fax
(903) 838-0783 Work
TX-Texarkana Richmond Road
3703 Richmond Road
Texarkana, TX 75503-2328
Page 4

Other Photos

Fri 09/03/2021 08:47:26.106      Fri 09/03/2021 08:47:39.494

Electronically Signed By: Thomas Dvorak, OD, 09/03/2021 08:50 AM CDT

Thomas Dvorak, OD (Primary Provider) (Bill Under)
(903) 838-0783 Work   (903) 831-4145 Fax
(903) 838-0783 Work
TX-Texarkana Richmond Road
3703 Richmond Road
Texarkana, TX 75503-2328
Page 5

Case 3:23-cv-02438-N-BW   Document 15   Filed 11/21/24   Page 55 of 161   PageID 145

TRULINCS 45953044 - BLANKS, JERRIS M - Unit: SEA-A-A

----------------------------------------------------------------------------------------

FROM: Health Services
TO: 45953044
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/04/2024 10:27:02 AM

Forwarded to your provider.

_____
From: ~^! BLANKS, ~^!JERRIS M <45953044@inmatemessage.com>
Sent: Wednesday, January 3, 2024 4:45 PM
Subject: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, SEA-A-A

To: Nurse
Inmate Work Assignment: NA

am a diabetic. How often should I be seen by an eye doctor?

Exhibit K

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: TEX-K-A

-------------------------------------------------------------------------------------------------------

FROM: Medical
TO: 45953044 BLANKS, JERRIS M
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/25/2020 12:12 PM

We treat your diabetic neuropathy with DULoxetine HCl Delayed Rel 60 MG Cap.

What can I do to help my neuropathy?
Main goal is to control your Diabetics, glucose level.
For you
1. watched your diet, I gave the Diabetic Diet sheet to you during your visit, exercise, weight management

FCI Texarkana Medical Department

>>> ~^!"BLANKS, ~^!JERRIS M" <45953044@inmatemessage.com> 6/22/2020 2:47 PM >>>
To: Dr. He
Inmate Work Assignment: N/A

Dr. He:

Today you diagnosed me with neuropathy from my diabetes, and diet, because I cant feel my feet. Will I be put on medication to help it? What can I do to help my neuropathy?

# Eating To Manage Your Diabetes in the Bureau of Prisons

Heart healthy food options that are offered on the BOP National Menu should be part of the foundation of your diabetes management plan. The heart healthy options offered are lower in calories to help with weight management, lower in sodium to help with blood pressure control and lower in fat to help manage cholesterol levels.

If you take diabetes pills that help your body make more insulin, or if you take set doses of insulin every day, eating consistently can help you achieve better blood glucose control. Eating consistent amounts of carbohydrates at meals and snacks from one day to the next may help you keep your blood glucose in a healthy range.

## Carbohydrate Counting

### Step 1: Know which foods have carbohydrates

Foods with the most carbohydrates include:

- Breads, crackers, and cereals
- Pasta, rice, and grains
- Starchy vegetables, such as potatoes, corn and peas
- Beans and legumes
- Milk and yogurt
- Fruits and fruit juice
- Sweets, such as cakes, cookies and pastries

### Step 2: Know your carbohydrate and blood glucose goals

Your carbohydrate goals depend on the diabetes medications and/or insulin you use, your body weight, and how active you are. In diabetes meal planning, 1 serving/choice of a food with carbohydrate has about 15 grams of carbohydrate:

A general rule of thumb:

Men: 4 to 5 carbohydrate servings/choices (60 to 75 grams) at each meal

Women: 3 to 4 carbohydrate servings/choices (45 to 60 grams) at each meal

If you eat snacks, choose foods that are 1 to 2 carbohydrate servings/choices (15 to 30 grams)

Please Note: If you take insulin or diabetes medications that may cause low blood sugar, do not skip meals.

*Good judgment omes from xperience, ana xperience omes from bad idgment."*

*- Rita Mae Brown*

---

What is sodium? It is a mineral found naturally in food.

Why do we need it? Our bodies need sodium to maintain fluid balance, control blood pressure, keep our nerves working, and help our muscles relax.

How much do we need?
- 500 milligrams (mg) of sodium (1/4 teaspoon of salt) per day
- 1 teaspoon of salt has 2,000 mg of sodium
- Keep your sodium below 2,300 mg (1 1/8 teaspoon of salt) per day

How can you control your sodium intake?
- Read the Nutrition Facts Label to look for sodium.
- Food that is pre-packaged or processed (food that comes in cans, boxes, or packages) is higher in sodium. Try to buy foods lower in sodium or that have "No Added Salt".
- Try to avoid adding salt while cooking and at the table.
- Always taste your food before adding salt.
- Season your food with herbs, spices, salt-free seasoning, vinegar,or lemon juice instead of salt.

## The Basics of Weight Loss: When You're Ready

When you ready to lose weight, here's how to get started:

- **Keep track of your journey.** Weigh yourself once each week and write it down. Keep track of everything you eat and drink for one week. What about your feelings? Write those down too!
- **Set realistic and specific goals.** ½ to 2 pounds each week of weight loss is reasonable-slower is fine too. Remind yourself daily of why you want to lose weight. Reward yourself when you reach short-term goals. Write down the specific changes you are making. For example: "I will eat ice cream once a week instead of everyday".
- **Decrease the calories you eat.** Find the extra calories in your diet and cut back on them. Skip high calorie snacks like chips, cheese, and cookies. Snack on vegetables instead. Skip soda or juice drinks and drink water instead. Cut back on high calorie foods at meals such as meat or cheesy casseroles-add more vegetables. Be consistent and you'll see results!
- **Increase the calories you use.** Add extra activities to your day, most days of the week. Keep track of your activities each day-write them down!

More weight loss tip:

Eat regularly-don't skip meals
Drink 6-8 cups of water each day
Increase activity a bit each day
Get support from family and friends
If you splurge, don t give up

## Diabetic Diet

What healthy food choices should I make?

Eat smaller portions. Learn what a serving size is for different foods and how many servings you need in a meal.

Eat less fat. Choose fewer high-fat foods and use less fat for cooking. You especially want to limit foods that are high in saturated fats or trans fat, such as:

- Fatty cuts of meat.
- Fried Foods
- Whole milk and dairy products made from whole milk.
- Cakes, candy, cookies, crackers, and pies.
- Salad dressings.
- Lard, shortening, stick margarine, and nondairy creamers.

Top of Page

What should I eat more of?

Eat more fiber by eating more whole-grain foods. Whole grains can be found in:



- Breakfast cereals made with 100% whole grains.
- Oatmeal.
- Whole grain rice.
- Whole-wheat bread, bagels, pita bread, and tortillas.

Eat a variety of fruits and vegetables every day. Choose fresh, frozen, canned, or dried fruit and 100% fruit juices most of the time. Eat plenty of veggies like these:

- Dark green veggies (e.g., broccoli, spinach, brussels sprouts).
- Orange veggies (e.g., carrots, sweet potatoes, pumpkin, winter squash).
- Beans and peas (e.g., black beans, garbanzo beans, kidney beans, pinto beans, split peas, lentils).

Top of Page

What should I eat less of?

Eat fewer foods that are high in sugar, such as:

- Fruit-flavored drinks.
- Sodas.



- **Dinner**
- Your diabetic meal plan for dinner should contain three to four servings of starch, two to three servings of meat, two servings of vegetables, one serving of fruit and one serving of fat. A sample balanced diabetic dinner meal may include a 2 to 3 oz. grilled hamburger made with lean ground meat and served on a whole wheat hamburger bun with 1/2 to 1 cup of roasted potato wedges, 1 cup of broccoli sauteed in 1 tsp. of olive oil and 17 grapes. Another sample dinner meal may include 1 to 1-1/3 cups of cooked whole wheat pasta with 1 cup of cooked mixed vegetables, 2 to 3 oz. of cooked diced chicken tossed with 1 tsp. of olive oil and 1 tbsp. of Parmesan cheese and served with two small tangerines.

### Diabetic Nutritional Chart



TRULINCS  45953044 - BLANKS, JERRIS M - Unit: TEX-K-A

-------------------------------------------------------------------------------------------------

FROM: Medical
TO: 45953044
SUBJECT: RE:***Inmate to Staff Message***
DATE: 07/29/2020 09:02:02 AM

Rice, bread, potatoes or any starch foods, and fried foods can raise your blood sugar.

FCI Texarkana Medical Department  .

>>> ~^!"BLANKS, ~^!JERRIS M" <45953044@inmatemessage.com> 7/28/2020 4:30 PM >>>
To: J. Dougon
Inmate Work Assignment: NA

I had questions that I forgot to ask you, when I seen you regarding my diabetes. Is it fair to say ramen noodles, white rice, fried foods, and potatoes are not good for me as a diabetic? Nurse Mike said if its white then it isn't right, but he no longer works at this institution, so I can not ask him explain this. Thank you.

Exhibit L

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: SEA-A-A

----------------------------------------------------------------------------------------------------

FROM: 45953044
TO: Food Service
SUBJECT: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, SEA-A-A
DATE: 12/31/2023 09:22:03 AM

To: Head of Food Service
Inmate Work Assignment: NA

What is the breakfast, lunch and dinner options for Diabetics? I do not see diabetics food options on the national menu.

Federal Bureau of Prisons - National Menu Lunch and Dinner FY 2024

Week 2

| Sunday Lunch | Monday Lunch | Tuesday Lunch | Wednesday Lunch | Thursday Lunch | Friday Lunch | Saturday Lunch |
|---|---|---|---|---|---|---|
| ♥Scrambled Eggs or | ♥Chicken Tacos or | Chicken Patty Sand. or | ♥Hamburger or | Fried Chicken or | Breaded Fish Sand. or | ♥Scrambled Eggs or |
| #Peanut Butter | #or Chickpea Tacos | ♥#Ckn. No Flesh Patty | # Black Bean Burger | ♥Baked Chicken or | ♥Baked Fish or | #Peanut Butter |
| ♥Oven Brown Potatoes | ♥Cilantro Rice | ♥Steamed Rice | French Fries or | #PB & Jelly Sand. (2) | #Hummus | ♥Oven Brown Potatoes |
| Pancakes | ♥Black Beans | ♥Pinto Beans | ♥Baked Potato | ♥Mashed Potatoes | ♥Cilantro Rice | Cream Gravy |
| W/Syrup or | ♥Whole Kernel Corn | ♥Lettuce/Tomato | W/Margarine Pat | ♥Carrots | ♥Pinto Beans | Biscuits (2) or |
| ♥Whole Wheat Bread | ♥Taco Shells (2) | Mayonnaise | ♥Lettuce/Tomato | Chicken Gravy | ♥WW Hamburger Bun | ♥Whole Wheat Bread |
| and ♥Jelly (2) | ♥Salsa | ♥WW Hamburger Bun | ♥Sliced Onions | ♥Whole Wheat Bread | Tartar Sauce | and ♥Jelly (2) |
| ♥Margarine Pat | ♥Fruit | ♥Fruit | ♥Catsup & Mustard | ♥Margarine Pat | ♥Fruit | ♥Fruit |
| ♥Fruit | ♥Beverage | or Dessert | ♥WW Hamburger Bun | ♥Fruit | ♥Beverage | ♥Beverage |
| ♥Beverage | | ♥Beverage | ♥Fruit | or Dessert | | |
| | | | ♥Beverage | ♥Beverage | | |

| Sunday Dinner | Monday Dinner | Tuesday Dinner | Wednesday Dinner | Thursday Dinner | Friday Dinner | Saturday Dinner |
|---|---|---|---|---|---|---|
| ♥Chicken Alfredo | ♥BBQ Pork or | Swedish Meatballs or | Cheese Pizza | ♥Cream of Potato Soup | Lasagna w/Meat | ♥Chicken Breast Sandwich |
| #or Tofu & Vegetables | #BBQ Tofu | ♥# Black Bean Burger | ♥#or Navy Beans | Chef Salad or | #or ♥Pasta Fazool | #or Hummus Wrap |
| ♥Spaghetti Pasta | ♥Pinto Beans | ♥Egg Noodles | ♥Pasta w/ Marinara | ♥#Tofu Chef Salad | ♥Garden Salad | ♥Potato Salad |
| ♥Green Peas | ♥Coleslaw | ♥Green Beans | ♥Garden Salad | ♥Beets (Cold) | ♥Dressing, Assorted | ♥Green Beans |
| ♥Whole Wheat Bread | ♥Baked Sweet Potato | ♥Garden Salad | ♥Dressing, Assorted | ♥Dressing, Assorted | Garlic Bread or | ♥Lettuce/Tomato |
| ♥Beverage | ♥Margarine Pat | ♥Dressing, Assorted | ♥Beverage | ♥WW Bread (2) | ♥Whole Wheat Bread | Mayonnaise |
| | ♥WW Hamburger Bun | ♥Whole Wheat Bread | | ♥Beverage | ♥Beverage | ♥WW Hamburger Bun |
| | ♥Beverage | ♥Beverage | | | | ♥Beverage |

# Indicates No Flesh Entree Item, ♥ Indicates Heart Healthy.

Federal Bureau of Prisons - National Menu Lunch and Dinner FY 2024

Week 3

| Sunday Lunch | Monday Lunch | Tuesday Lunch | Wednesday Lunch | Thursday Lunch | Friday Lunch | Saturday Lunch |
|---|---|---|---|---|---|---|
| ♥Scrambled Eggs or | ♥Chicken Fajita or | Chicken Patty Sand. or | ♥Hamburger or | BBQ Chicken or | ♥Baked Fish or | ♥Sloppy Joe or |
| #Peanut Butter | #Tofu Fajita | ♥#Ckn. No Flesh Patty | # Black Bean Burger | ♥Baked Chicken or | #Black Beans | #PB & Jelly Sand. (2) |
| ♥Oven Brown Potatoes | ♥Cilantro Rice | ♥Garlic Macaroni | Sliced Cheese | #PB & Jelly Sand. (2) | ♥Rice Pilaf | ♥Oven Brown Potatoes |
| Pancakes | ♥Black Beans | ♥Green Peas | French Fries or | Macaroni & Cheese or | ♥Spinach | ♥Carrots |
| W/Syrup or | ♥Whole Kernel Corn | ♥Lettuce/Tomato | ♥Baked Potato | ♥Garlic Macaroni | ♥Coleslaw | ♥WW Hamburger Bun |
| ♥Whole Wheat Bread | ♥Salsa | Mayonnaise | W/Margarine Pat | ♥Mixed Vegetables | ♥Whole Wheat Bread | ♥Fruit |
| and ♥Jelly (2) | ♥Fruit | ♥WW Hamburger Bun | ♥Lettuce/Tomato | ♥Whole Wheat Bread | Tartar Sauce | ♥Beverage |
| ♥Margarine Pat | ♥Beverage | ♥Fruit | ♥Sliced Onions | ♥Fruit | ♥Fruit | |
| ♥Fruit | | or Dessert | ♥Catsup & Mustard | or Dessert | ♥Beverage | |
| ♥Beverage | | ♥Beverage | ♥WW Hamburger Bun | ♥Beverage | | |
| | | | ♥Fruit | | | |
| | | | ♥Beverage | | | |

| Sunday Dinner | Monday Dinner | Tuesday Dinner | Wednesday Dinner | Thursday Dinner | Friday Dinner | Saturday Dinner |
|---|---|---|---|---|---|---|
| ♥Turkey Roast | ♥Chili or | ♥Pepper Steak or | ♥Hot Grits | ♥Chicken & Veggies | ♥Black Bean Soup | ♥Roast Beef or |
| #or Navy Beans | #Three Bean Chili | #Lentils | ♥Scrambled Eggs or | #or Ckn. No Flesh Patty | ♥Beef Taco Salad or | #Lentils |
| ♥Mashed Potatoes | ♥Steamed Rice | ♥Steamed Rice | #Peanut Butter | ♥Steamed Rice | #Soy Taco Salad | ♥Mashed Potatoes |
| Brown Gravy | ♥Mixed Vegetables | ♥Green Beans | ♥Oven Brown Potatoes | ♥Green Peas | Shredded Cheese | ♥Mixed Vegetables |
| ♥Carrots | Cornbread or | ♥Whole Wheat Bread | Cream Gravy | ♥Whole Wheat Bread | ♥Salsa | Brown Gravy |
| ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Beverage | Biscuits (2) or | ♥Beverage | ♥Beverage | ♥Whole Wheat Bread |
| ♥Beverage | ♥Margarine Pat | | ♥Whole Wheat Bread | | | ♥Margarine Pat |
| | ♥Beverage | | and ♥Jelly (2) | | | ♥Beverage |
| | | | ♥Beverage | | | |

# Indicates No Flesh Entree Item, ♥ Indicates Heart Healthy.

Federal Bureau of Prisons - National Menu Lunch and Dinner FY 2024

Week 4

| Sunday Lunch | Monday Lunch | Tuesday Lunch | Wednesday Lunch | Thursday Lunch | Friday Lunch | Saturday Lunch |
|---|---|---|---|---|---|---|
| ♥Scrambled Eggs or | Cheese Pizza | Chicken Parmesan or | ♥Hamburger or | Fried Chicken or | Breaded Fish Sand. or | ♥Scrambled Eggs or |
| #Peanut Butter | #or Navy Beans | #Ckn. No Flesh Patty | #Black Bean Burger | ♥Baked Chicken or | ♥Baked Fish or | #Peanut Butter |
| ♥Oven Brown Potatoes | ♥Italian Pasta Salad | ♥Pasta w/ Marinara | Sliced Cheese | #PB & Jelly Sand. (2) | #Hummus | ♥Oven Brown Potatoes |
| French Toast (2) | ♥Green Beans | ♥Spinach | French Fries or | ♥Baked Sweet Potato | ♥Cilantro Rice | Pancakes |
| W/Syrup or | ♥Garden Salad | Garlic Bread or | ♥Baked Potato | ♥Green Beans | ♥Pinto Beans | W/Syrup or |
| ♥Whole Wheat Bread | ♥Dressing, Assorted | ♥Whole Wheat Bread | W/Margarine Pat | ♥Garden Salad | ♥WW Hamburger Bun | ♥Whole Wheat Bread |
| and ♥Jelly (2) | ♥Fruit | ♥Fruit | ♥Lettuce/Tomato | ♥Dressing, Assorted | Tartar Sauce | and ♥Jelly (2) |
| ♥Margarine Pat | ♥Beverage | or Dessert | ♥Sliced Onions | ♥Whole Wheat Bread | ♥Fruit | ♥Margarine Pat |
| ♥Fruit | | ♥Beverage | ♥Catsup & Mustard | ♥Margarine Pat | ♥Beverage | ♥Fruit |
| ♥Beverage | | | ♥WW Hamburger Bun | ♥Fruit | | ♥Beverage |
| | | | ♥Fruit | or Dessert | | |
| | | | ♥Beverage | ♥Beverage | | |

| Sunday Dinner | Monday Dinner | Tuesday Dinner | Wednesday Dinner | Thursday Dinner | Friday Dinner | Saturday Dinner |
|---|---|---|---|---|---|---|
| ♥BBQ Shred Chicken or | ♥Chicken Fried Rice or | ♥BBQ Pork or | ♥Pasta | Hot Dogs (2) or | ♥Chicken Cheese Steak | ♥Meatloaf or |
| #Baked Beans | #Tofu Fried Rice | #BBQ Tofu | ♥w/ Marinara Sauce | ♥#Kidney Beans | #or Navy Beans | #Three Bean Chili |
| ♥Baked Potato | ♥Black Beans | ♥Steamed Rice | Meatballs or | ♥Oven Brown Potatoes | ♥Italian Pasta Salad | ♥Steamed Rice |
| ♥Coleslaw | ♥Carrots | ♥Collard Greens | #Soy Spaghetti Sauce | ♥Coleslaw | ♥Carrots | ♥Whole Kernal Corn |
| ♥WW Hamburger Bun | ♥Whole Wheat Bread | ♥Whole Wheat Bread | ♥Spinach | ♥Catsup & Mustard | ♥WW Hot Dog Bun | ♥Whole Wheat Bread |
| ♥Margarine Pat | ♥Beverage | ♥Beverage | ♥Garden Salad | ♥WW Hot Dog Buns (2) | ♥Beverage | ♥Margarine Pat |
| ♥Beverage | | | ♥Dressing, Assorted | ♥Beverage | | ♥Beverage |
| | | | Garlic Bread or | | | |
| | | | ♥Whole Wheat Bread | | | |
| | | | ♥Beverage | | | |

# Indicates No Flesh Entree Item, ♥ Indicates Heart Healthy.

Federal Bureau of Prisons - National Menu Lunch and Dinner FY 2024

Week 5

| Sunday Lunch | Monday Lunch | Tuesday Lunch | Wednesday Lunch | Thursday Lunch | Friday Lunch | Saturday Lunch |
|---|---|---|---|---|---|---|
| ♥Scrambled Eggs or | Chili Cheese Fries or | Chicken Patty Sand. or | ♥Hamburger or | ♥Baked Chicken or | ♥Baked Fish or | Beef Nachos or |
| #Peanut Butter | #Three Bean Chili | #Ckn. No Flesh Patty | #Black Bean Burger | #Black Beans | #Baked Beans | ♥#Three Bean Chili |
| ♥Oven Brown Potatoes | ♥W/Baked Potato | ♥Steamed Rice | French Fries or | ♥Baked Sweet Potato | ♥Garlic Macaroni | ♥Whole Kernel Corn |
| French Toast (2) | ♥Carrots | ♥Pinto Beans | ♥Baked Potato | ♥Mixed Vegetables | ♥Collard Greens | ♥Pinto Beans |
| W/Syrup or | ♥Whole Wheat Bread | ♥Lettuce/Tomato | W/Margarine Pat | ♥Whole Wheat Bread | ♥Coleslaw | ♥Salsa |
| ♥Whole Wheat Bread | ♥Fruit | Mayonnaise | ♥Lettuce/Tomato | ♥Margarine Pat | ♥Whole Wheat Bread | ♥Fruit |
| and ♥Jelly (2) | ♥Beverage | ♥WW Hamburger Bun | ♥Sliced Onions | ♥Fruit | Tartar Sauce | ♥Beverage |
| ♥Margarine Pat | | ♥Fruit | ♥Catsup & Mustard | or Dessert | ♥Fruit | |
| ♥Fruit | | or Dessert | ♥WW Hamburger Bun | ♥Beverage | ♥Beverage | |
| ♥Beverage | | ♥Beverage | ♥Fruit | | | |
| | | | ♥Beverage | | | |

| Sunday Dinner | Monday Dinner | Tuesday Dinner | Wednesday Dinner | Thursday Dinner | Friday Dinner | Saturday Dinner |
|---|---|---|---|---|---|---|
| ♥Beef Tacos or | ♥Pepper Steak or | Pork Italian Sausage or | ♥Old Fshnd. Bean Soup | Steak & Cheese Sub or | ♥Baked Ziti & Beef or | ♥Chicken Cheese Steak |
| #or Chickpea Tacos | #Lentils | ♥#Lentils | Chef Salad or | ♥#Kidney Beans | #Soy Baked Ziti | #or Navy Beans |
| ♥Cilantro Rice | ♥Steamed Rice | ♥Oven Brown Potatoes | #Tofu Chef Salad | Potato Chips or | ♥Green Beans | ♥Italian Pasta Salad |
| ♥Black Beans | ♥Green Beans | ♥Diced Onions & Peppers | ♥Beets (Cold) | ♥Baked Potato | ♥Garden Salad | ♥Carrots |
| ♥Whole Kernel Corn | ♥Whole Wheat Bread | ♥Mixed Vegetables | ♥Dressing, Assorted | W/Margarine Pat | ♥Dressing, Assorted | ♥WW Hot Dog Bun |
| Shredded Cheese | ♥Beverage | ♥WW Hot Dog Bun | ♥Whole Wheat Bread (2) | ♥Green Beans | ♥Whole Wheat Bread | ♥Beverage |
| ♥Salsa | | ♥Beverage | ♥Beverage | ♥WW Hot Dog Bun | ♥Beverage | |
| ♥Taco Shells (2) | | | | ♥Beverage | | |
| ♥Beverage | | | | | | |

# Indicates No Flesh Entree Item, ♥ Indicates Heart Healthy.

# BOP FY 2024 National Menu Nutrition Facts

| ENTREES | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baked Chicken | 375 | 18 | 5 | 0 | 243 | 190 | 1 | 0 | 0 | 49 |
| Baked Fish | 130 | 1 | 0 | 0 | 68 | 97 | 0 | 0 | 0 | 28 |
| Baked Ziti | 538 | 17 | 6 | 1 | 83 | 102 | 59 | 4 | 2 | 35 |
| BBQ Chicken | 473 | 18 | 5 | 0 | 243 | 786 | 24 | 1 | 19 | 50 |
| BBQ Pork | 363 | 18 | 7 | 0 | 81 | 715 | 26 | 1 | 21 | 22 |
| BBQ Shredded Chicken | 176 | 6 | 2 | 0 | 66 | 344 | 9 | 0 | 7 | 22 |
| BBQ Tofu | 81 | 3 | 1 | 0 | 0 | 155 | 7 | 1 | 5 | 7 |
| Bean Burrito | 222 | 3 | 0 | 0 | 0 | 189 | 38 | 12 | 1 | 13 |
| Beef Nachos | 770 | 42 | 15 | 1 | 133 | 616 | 59 | 6 | 8 | 41 |
| Beef Stew | 468 | 31 | 12 | 1 | 99 | 150 | 18 | 3 | 0 | 29 |
| Beef Taco | 257 | 15 | 6 | 1 | 83 | 114 | 4 | 1 | 2 | 25 |
| Beef Taco Salad | 453 | 20 | 6 | 1 | 71 | 286 | 41 | 9 | 4 | 29 |
| Black Bean Burger | 189 | 1 | 0 | 0 | 0 | 443 | 36 | 12 | 2 | 10 |
| Breaded Fish | 315 | 19 | 3 | 0 | 38 | 456 | 25 | 1 | 1 | 12 |
| Breaded Fish Taco | 700 | 35 | 11 | 0 | 66 | 1206 | 71 | 6 | 9 | 26 |
| Cheese Pizza | 319 | 12 | 5 | 0 | 25 | 662 | 39 | 4 | 4 | 16 |
| Chef Salad | 269 | 13 | 5 | 0 | 235 | 338 | 10 | 4 | 4 | 29 |
| Chicken Alfredo | 257 | 7 | 3 | 0 | 93 | 347 | 9 | 0 | 3 | 36 |
| Chicken and Veggies | 160 | 6 | 2 | 0 | 72 | 94 | 2 | 1 | 1 | 24 |
| Chicken Breast Sandwich | 161 | 4 | 1 | 0 | 78 | 153 | 1 | 0 | 0 | 28 |
| Chicken Cheese Steak | 392 | 21 | 9 | 1 | 126 | 474 | 5 | 0 | 2 | 43 |
| Chicken Fajitas | 118 | 4 | 1 | 0 | 48 | 49 | 3 | 1 | 1 | 16 |
| Chicken Fried Rice | 456 | 13 | 3 | 0 | 120 | 413 | 46 | 1 | 1 | 35 |
| Chicken No Flesh Patty | 76 | 3 | 0 | 0 | 0 | 350 | 7 | 4 | 1 | 10 |
| Chicken Parmesan | 539 | 35 | 10 | 1 | 86 | 1200 | 23 | 2 | 4 | 33 |
| Chicken Patty | 328 | 22 | 2 | 0 | 46 | 604 | 15 | 1 | 0 | 17 |
| Chicken & Rice | 508 | 9 | 2 | 0 | 90 | 105 | 68 | 1 | 1 | 36 |
| Chicken Salad | 205 | 9 | 2 | 0 | 80 | 170 | 4 | 1 | 1 | 25 |
| Chicken Stir Fry | 357 | 7 | 1 | 0 | 39 | 303 | 55 | 2 | 3 | 18 |
| Chicken Taco | 226 | 12 | 6 | 0 | 72 | 245 | 7 | 2 | 4 | 22 |
| Chickpea Taco | 645 | 21 | 6 | 0 | 0 | 1362 | 96 | 11 | 10 | 19 |
| Chili | 308 | 10 | 3 | 0 | 46 | 135 | 32 | 9 | 2 | 25 |
| Chili Cheese Tots | 866 | 58 | 20 | 7 | 116 | 1387 | 55 | 7 | 4 | 35 |
| Chili Mac | 356 | 10 | 4 | 0 | 46 | 174 | 47 | 5 | 7 | 22 |
| Egg Patty | 68 | 5 | 1 | 0 | 164 | 55 | 0 | 0 | 0 | 6 |
| Egg Salad | 130 | 9 | 2 | 0 | 219 | 219 | 4 | 0 | 3 | 8 |
| Fried Chicken | 432 | 22 | 6 | 0 | 233 | 466 | 7 | 0 | 0 | 48 |
| Fried Rice | 233 | 5 | 1 | 0 | 26 | 19 | 41 | 1 | 1 | 5 |
| Hamburger | 199 | 13 | 5 | 1 | 69 | 52 | 0 | 0 | 0 | 20 |
| Hot dog | 171 | 16 | 6 | 0 | 29 | 637 | 2 | 0 | 2 | 5 |
| Hummus | 127 | 3 | 0 | 0 | 0 | 388 | 19 | 5 | 3 | 6 |
| HummusWrap | 380 | 17 | 3 | 0 | 0 | 1055 | 48 | 9 | 8 | 11 |
| Kidney Beans | 343 | 1 | 0 | 0 | 0 | 7 | 62 | 17 | 1 | 23 |
| Lasagna | 512 | 21 | 9 | 1 | 138 | 1075 | 41 | 4 | 12 | 40 |
| Lentils | 314 | 1 | 0 | 0 | 0 | 96 | 55 | 16 | 2 | 24 |

△ High Sodium.    ○ High Carbs    □ High Sugar

| ENTREES (CONT'D) | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Meatballs | 221 | 13 | 5 | 1 | 76 | 98 | 4 | 1 | 1 | 21 |
| Meatloaf | 299 | 15 | 6 | 1 | 106 | 359 | 15 | 1 | 7 | 25 |
| Navy Beans | 291 | 1 | 0 | 0 | 0 | 5 | 54 | 22 | 1 | 17 |
| Peanut Butter & Jelly Sandwich | 593 | 31 | 6 | 0 | 0 | 512 | 64 | 7 | 28 | 20 |
| Pasta Fazool | 211 | 4 | 1 | 0 | 0 | 607 | 36 | 12 | 5 | 12 |
| Pepper Steak | 242 | 9 | 4 | 0 | 93 | 553 | 7 | 1 | 3 | 33 |
| Pork Italian Sausage | 268 | 22 | 8 | 0 | 67 | 663 | 2 | 0 | 1 | 15 |
| Roast Beef | 197 | 9 | 3 | 0 | 87 | 40 | 0 | 0 | 0 | 30 |
| Roast Beef Sandwich | 359 | 10 | 3 | 0 | 76 | 392 | 32 | 5 | 4 | 35 |
| Salisbury Steak | 340 | 17 | 6 | 1 | 102 | 222 | 15 | 1 | 2 | 28 |
| Sloppy Joe | 244 | 12 | 5 | 1 | 65 | 449 | 14 | 1 | 11 | 20 |
| Soy Baked Ziti | 386 | 386 | 1 | 0 | 0 | 128 | 68 | 6 | 8 | 19 |
| Soy Beef w/ Tortilla Chips | 561 | 23 | 8 | 0 | 30 | 389 | 67 | 11 | 10 | 25 |
| Soy Chili Mac | 361 | 2 | 0 | 0 | 0 | 149 | 53 | 9 | 6 | 23 |
| Soy Taco | 120 | 1 | 0 | 0 | 0 | 63 | 15 | 5 | 5 | 15 |
| Soy Taco Salad | 335 | 7 | 1 | 0 | 0 | 127 | 49 | 13 | 7 | 23 |
| Soy Sloppy Joe | 136 | 0 | 0 | 0 | 0 | 347 | 20 | 4 | 11 | 15 |
| Southwest Chicken Wrap | 821 | 51 | 11 | 0 | 78 | 1441 | 60 | 9 | 8 | 31 |
| Southwest Tofu Wrap | 561 | 22 | 5 | 0 | 9 | 1399 | 72 | 10 | 15 | 21 |
| Steak & Cheese Sub | 383 | 20 | 10 | 1 | 124 | 428 | 7 | 1 | 3 | 44 |
| Swedish Meatballs | 284 | 15 | 6 | 1 | 92 | 289 | 9 | 1 | 1 | 25 |
| Three Bean Chili | 341 | 3 | 1 | 0 | 0 | 811 | 63 | 20 | 8 | 20 |
| Tofu and Vegetablees | 91 | 4 | 1 | 0 | 0 | 59 | 5 | 1 | 2 | 10 |
| Tofu Chef Salad | 71 | 2 | 0 | 0 | 0 | 39 | 9 | 3 | 6 | 6 |
| Tofu Fajitas | 97 | 4 | 1 | 0 | 0 | 51 | 6 | 1 | 3 | 10 |
| Tofu Fried Rice | 335 | 10 | 2 | 0 | 0 | 327 | 48 | 1 | 2 | 14 |
| Tofu Italian Pasta | 282 | 9 | 1 | 0 | 0 | 376 | 40 | 3 | 3 | 11 |
| Tofu Stir Fry | 216 | 4 | 1 | 0 | 0 | 130 | 38 | 2 | 2 | 7 |
| Tuna Salad | 152 | 3 | 1 | 0 | 30 | 210 | 6 | 1 | 5 | 24 |
| Turkey Roast | 134 | 5 | 1 | 0 | 63 | 307 | 0 | 0 | 0 | 20 |

| SAUCES/GRAVIES | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Brown Gravy | 43 | 3 | 1 | 0 | 0 | 5 | 4 | 0 | 0 | 1 |
| Chicken Gravy | 43 | 3 | 1 | 0 | 0 | 5 | 4 | 0 | 0 | 1 |
| Cream Gravy | 54 | 3 | 1 | 0 | 1 | 21 | 5 | 0 | 2 | 2 |
| Marinara Sauce | 74 | 1 | 0 | 0 | 1 | 510 | 16 | 5 | 11 | 3 |
| Soy Spaghetti Sauce | 93 | 1 | 0 | 0 | 0 | 140 | 13 | 5 | 7 | 10 |

| SIDES | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Baked Beans | 300 | 1 | 0 | 0 | 0 | 333 | 60 | 19 | 12 | 15 |
| Baked Potato | 171 | 0 | 0 | 0 | 0 | 18 | 39 | 4 | 2 | 5 |
| Baked Potato Chips | 120 | 3 | 0 | 0 | 1 | 230 | 21 | 2 | 0 | 3 |
| Baked Sweet Potato | 124 | 0 | 0 | 0 | 0 | 50 | 29 | 5 | 9 | 3 |
| Baked Tater Tots | 329 | 15 | 3 | 6 | 0 | 793 | 47 | 3 | 0 | 4 |
| Black Beans | 285 | 1 | 0 | 0 | 0 | 8 | 51 | 19 | 1 | 19 |
| Black Eyed Peas | 328 | 1 | 0 | 0 | 0 | 7 | 59 | 22 | 2 | 22 |

Case 3:23-cv-02438-N-BW   Document 15   Filed 11/21/24   Page 68 of 161   PageID 158

# BOP FY 2024 National Menu Nutrition Facts

| SIDES (CONT'D) | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Cilantro Rice | 228 | 1 | 0 | 0 | 0 | 30 | 48 | 1 | 1 | 5 |
| Coleslaw | 72 | 4 | 1 | 0 | 3 | 130 | 9 | 1 | 7 | 1 |
| Egg Noodles | 197 | 3 | 1 | 0 | 41 | 12 | 36 | 2 | 1 | 6 |
| Fish Taco Slaw | 13 | 0 | 0 | 0 | 0 | 9 | 3 | 1 | 2 | 1 |
| French Fries | 556 | 27 | 4 | 0 | 0 | 19 | 75 | 8 | 3 | 6 |
| Garlic Macaroni | 283 | 5 | 3 | 0 | 10 | 36 | 49 | 3 | 1 | 9 |
| Italian Pasta Salad | 279 | 11 | 2 | 0 | 0 | 356 | 38 | 3 | 2 | 7 |
| Macaroni & Cheese | 372 | 16 | 9 | 1 | 44 | 333 | 39 | 2 | 4 | 17 |
| Macaroni Salad | 295 | 12 | 2 | 0 | 27 | 270 | 38 | 2 | 3 | 8 |
| Mashed Potatoes | 144 | 0 | 0 | 0 | 0 | 23 | 33 | 3 | 3 | 4 |
| Oven Brown Potatoes | 157 | 0 | 0 | 0 | 0 | 17 | 36 | 4 | 2 | 4 |
| Pinto Beans | 336 | 2 | 0 | 0 | 0 | 7 | 62 | 21 | 1 | 21 |
| Potato Chips | 151 | 10 | 1 | 0 | 0 | 149 | 15 | 2 | 1 | 1 |
| Potato Salad | 157 | 5 | 1 | 0 | 3 | 167 | 28 | 3 | 4 | 2 |
| Rice Pilaf | 223 | 5 | 1 | 0 | 2 | 37 | 39 | 1 | 4 | 4 |
| Spaghetti Pasta | 327 | 5 | 1 | 0 | 69 | 17 | 60 | 3 | 1 | 11 |
| Spaghetti w/ Marinara | 255 | 2 | 0 | 0 | 0 | 65 | 50 | 3 | 2 | 9 |
| Steamed Rice | 336 | 1 | 0 | 0 | 0 | 20 | 71 | 2 | 0 | 8 |
| Three Bean Salad | 251 | 12 | 2 | 0 | 0 | 383 | 33 | 4 | 21 | 5 |
| Tortilla Chips | 134 | 6 | 1 | 0 | 0 | 93 | 19 | 2 | 0 | 2 |

| VEGETABLES | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Beets | 35 | 0 | 0 | 0 | 0 | 220 | 8 | 2 | 6 | 1 |
| Boiled Potatoes | 96 | 0 | 0 | 0 | 0 | 8 | 23 | 3 | 1 | 2 |
| Carrots | 28 | 0 | 0 | 0 | 0 | 274 | 6 | 2 | 3 | 1 |
| Collard Greens | 37 | 1 | 0 | 0 | 0 | 320 | 6 | 5 | 0 | 3 |
| Whole Kernel Corn | 76 | 1 | 0 | 0 | 0 | 232 | 16 | 2 | 5 | 3 |
| Garden Salad | 25 | 0 | 0 | 0 | 0 | 26 | 5 | 2 | 3 | 1 |
| Green Beans | 25 | 1 | 0 | 0 | 0 | 261 | 5 | 2 | 1 | 1 |
| Mixed Vegetables | 56 | 0 | 0 | 0 | 0 | 243 | 11 | 3 | 3 | 3 |
| Peas | 77 | 1 | 0 | 0 | 0 | 310 | 13 | 6 | 3 | 5 |
| Spinach | 26 | 1 | 0 | 0 | 0 | 222 | 4 | 3 | 0 | 3 |

| BREAKFAST/BRUNCH | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Bran Cereal | 180 | 1 | 0 | 0 | 0 | 405 | 47 | 10 | 10 | 6 |
| Breakfast Cake | 339 | 19 | 10 | 1 | 27 | 102 | 38 | 1 | 20 | 5 |
| French Toast | 203 | 5 | 1 | 0 | 105 | 302 | 28 | 3 | 6 | 11 |
| Hot Grits | 105 | 0 | 0 | 0 | 0 | 12 | 22 | 1 | 0 | 2 |
| Hot Oatmeal | 137 | 3 | 1 | 0 | 0 | 108 | 26 | 4 | 1 | 5 |
| Pancakes | 205 | 4 | 1 | 0 | 45 | 441 | 34 | 1 | 5 | 7 |
| Peanut Butter | 678 | 58 | 12 | 0 | 0 | 483 | 25 | 6 | 12 | 25 |
| Scrambled Eggs | 204 | 16 | 4 | 0 | 332 | 122 | 2 | 0 | 2 | 12 |

## BOP FY 2024 National Menu Nutrition Facts

| FRUIT | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Apple | 95 | 0 | 0 | 0 | 0 | 2 | 25 | 4 | 19 | 0 |
| Applesauce (canned) | 102 | 0 | 0 | 0 | 0 | 5 | 27 | 3 | 23 | 0 |
| Apricot | 50 | 0 | 0 | 0 | 0 | 1 | 12 | 2 | 10 | 1 |
| Apricot (canned, light syrup) | 159 | 0 | 0 | 0 | 0 | 10 | 42 | 4 | 38 | 1 |
| Apricot (frozen) | 231 | 1 | 0 | 0 | 0 | 2 | 57 | 4 | 53 | 3 |
| Banana | 105 | 0 | 0 | 0 | 0 | 1 | 27 | 3 | 14 | 1 |
| Blackberries (frozen) | 114 | 1 | 0 | 0 | 0 | 1 | 28 | 7 | 21 | 2 |
| Blueberries | 84 | 0 | 0 | 0 | 0 | 1 | 21 | 4 | 15 | 1 |
| Blueberries (frozen) | 117 | 1 | 0 | 0 | 0 | 2 | 28 | 6 | 19 | 1 |
| Cantaloupe | 54 | 0 | 0 | 0 | 0 | 26 | 13 | 1 | 13 | 1 |
| Cherries | 97 | 0 | 0 | 0 | 0 | 0 | 25 | 3 | 20 | 2 |
| Cherries (frozen) | 231 | 0 | 0 | 0 | 0 | 3 | 58 | 5 | 52 | 3 |
| Clementine | 70 | 0 | 0 | 0 | 0 | 1 | 18 | 3 | 14 | 1 |
| Fruit cocktail (canned, light syrup) | 138 | 0 | 0 | 0 | 0 | 15 | 36 | 2 | 34 | 1 |
| Grapefruit (fresh, pink or red) | 54 | 0 | 0 | 0 | 0 | 0 | 14 | 2 | 9 | 1 |
| Grapes | 104 | 0 | 0 | 0 | 0 | 3 | 27 | 1 | 23 | 1 |
| Honeydew Melon | 61 | 0 | 0 | 0 | 0 | 31 | 15 | 1 | 14 | 1 |
| Kiwi | 42 | 0 | 0 | 0 | 0 | 2 | 10 | 2 | 6 | 1 |
| Mandarin Orange | 47 | 0 | 0 | 0 | 0 | 2 | 12 | 2 | 9 | 1 |
| Mango | 99 | 1 | 0 | 0 | 0 | 2 | 25 | 3 | 23 | 1 |
| Nectarine | 62 | 0 | 0 | 0 | 0 | 0 | 15 | 2 | 11 | 2 |
| Orange | 62 | 0 | 0 | 0 | 0 | 0 | 15 | 3 | 12 | 1 |
| Papaya | 62 | 0 | 0 | 0 | 0 | 12 | 16 | 2 | 11 | 1 |
| Peach | 59 | 0 | 0 | 0 | 0 | 0 | 14 | 2 | 13 | 1 |
| Peach (canned, light syrup) | 136 | 0 | 0 | 0 | 0 | 13 | 37 | 3 | 33 | 1 |
| Pear | 101 | 0 | 0 | 0 | 0 | 2 | 27 | 6 | 17 | 1 |
| Peach (frozen) | 235 | 0 | 0 | 0 | 0 | 15 | 60 | 5 | 55 | 2 |
| Pear (canned, light syrup) | 143 | 0 | 0 | 0 | 0 | 13 | 38 | 4 | 30 | 0 |
| Pineapple | 83 | 0 | 0 | 0 | 0 | 2 | 22 | 2 | 16 | 1 |
| Pineapple (canned, light syrup) | 131 | 0 | 0 | 0 | 0 | 3 | 34 | 2 | 32 | 1 |
| Plum | 91 | | | | | | 23 | 3 | 20 | 1 |
| Plum (canned, light syrup) | 159 | | | | | 50 | 41 | 2 | 39 | 1 |
| Raspberries | 64 | 1 | | | | 1 | 15 | 8 | 5 | 2 |
| Raspberries (frozen) | 258 | 0 | | | | 3 | 65 | 11 | 54 | 2 |
| Strawberries | 46 | 0 | | | | 1 | 11 | 3 | 7 | 1 |
| Strawberries (frozen) | 245 | 0 | | | | 8 | 66 | 5 | 61 | 1 |
| Tangerine | 47 | 0 | 0 | 0 | 0 | 2 | 12 | 2 | 9 | 1 |
| Watermelon | 46 | 0 | 0 | 0 | 0 | 2 | 11 | 1 | 9 | 1 |

| SOUPS | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Black Bean Soup | 312 | 2 | 1 | 0 | 1 | 14 | 55 | 19 | 3 | 20 |
| Cream of Potato Soup | 154 | 1 | 0 | 0 | 2 | 57 | 31 | 3 | 6 | 5 |
| Old Fashioned Bean Soup | 120 | 1 | 0 | 0 | 0 | 61 | 23 | 8 | 2 | 6 |
| Vegetable Soup | 41 | 0 | 0 | 0 | 1 | 72 | 8 | 2 | 3 | 1 |

# BOP FY 2024 National Menu Nutrition Facts

| BREADS | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Biscuit | 144 | 4 | 1 | 0 | 0 | 348 | 24 | 1 | 1 | 3 |
| Cornbread | 211 | 8 | 1 | 0 | 26 | 366 | 30 | 1 | 3 | 4 |
| Flour Tortilla | 232 | 6 | 2 | 0 | 0 | 559 | 38 | 3 | 3 | 6 |
| Garlic Bread | 158 | 12 | 7 | 0 | 29 | 194 | 11 | 0 | 2 | 2 |
| Whole Wheat Bread | 71 | 1 | 0 | 0 | 0 | 129 | 12 | 2 | 1 | 4 |
| Whole Wheat Hamburger Bun | 108 | 2 | 0 | 0 | 0 | 196 | 18 | 3 | 2 | 5 |
| Whole Wheat Hot Dog Bun | 108 | 2 | 0 | 0 | 0 | 196 | 18 | 3 | 2 | 5 |

| CONDIMENTS/ADD-ONS | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Catsup | 9 | 0 | 0 | 0 | 0 | 82 | 2 | 0 | 2 | 0 |
| Diced Onions & Peppers | 17 | 0 | 0 | 0 | 0 | 2 | 4 | 1 | 2 | 1 |
| Jelly | 28 | 0 | 0 | 0 | 0 | 3 | 7 | 0 | 5 | 0 |
| Lettuce | 4 | 0 | 0 | 0 | 0 | 3 | 1 | 0 | 1 | 0 |
| Margarine | 33 | 4 | 1 | 1 | 0 | 31 | 0 | 0 | 0 | 0 |
| Mayonnaise | 30 | 3 | 0 | 0 | 2 | 78 | 2 | 0 | 1 | 0 |
| Mustard | 3 | 0 | 0 | 0 | 0 | 55 | 0 | 0 | 0 | 0 |
| Onion | 5 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 |
| Pancake Syrup | 73 | 0 | 0 | 0 | 0 | 17 | 20 | 0 | 12 | 0 |
| Pickles | 2 | 0 | 0 | 0 | 0 | 113 | 0 | 0 | 0 | 0 |
| Salad Dressing | 39 | 4 | 1 | 0 | 2 | 81 | 1 | 0 | 0 | 0 |
| Salsa | 19 | 0 | 0 | 0 | 0 | 90 | 4 | 2 | 3 | 1 |
| Shredded Cheese | 230 | 19 | 11 | 1 | 58 | 365 | 1 | 0 | 0 | 14 |
| Sliced Cheese | 78 | 7 | 4 | 0 | 21 | 355 | 1 | 0 | 0 | 4 |
| Sliced Onion | 5 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 |
| Sugar Substitute Pks | 7 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 |
| Tartar Sauce | 57 | 4 | 1 | 0 | 3 | 197 | 6 | 0 | 5 | 0 |
| Tomato | 9 | 0 | 0 | 0 | 0 | 3 | 2 | 1 | 1 | 0 |

| BEVERAGES | Calories | Fat (g) | Sat. Fat (g) | Trans Fat (g) | Cholesterol (mg) | Sodium (mg) | Carbs (g) | Fiber (g) | Sugar (g) | Protein (g) |
|---|---|---|---|---|---|---|---|---|---|---|
| Coffee | 2 | 0 | 0 | 0 | 0 | 5 | 1 | 1 | 0 | 0 |
| Milk | 167 | 0 | 0 | 0 | 10 | 206 | 24 | 0 | 25 | 17 |

Exhibit M

# HEAT STROKE

## Symptor

- Absence of Swea
- Pulsating Heada
- Hot, Red, Dry
- High Body Temp: Above 10
- Nausea or Vomi
- Strong, Rapid P
- Confu
- Convul
- May Lose Consciousi

## Treatme

## ...no... Medical Emerge

...ke ...o COOL the person thru:

- Placing in Cool Area
- Wrapping with Wet Towe
- Sponging with Cool Wate

# ...STION

## Symptoms

- Faint or Dizzy
- Headache
- Profuse Sweating
- Irritability
- Weak, Rapid Pulse
- Shallow Breathing
- Pale, Cool, Clammy Skin
- Nausea or Vomiting
- Muscle Cramps

## Treatment

- Lay Person in Cool Shaded or Air Conditioned area
- Offer water to drink if conscious
- Apply Cold Compress
- Use caution when standing up
- Call Health Services Department for Assistance

## HEALTH SERVICES DIVISION - FBOP

Get 93% off your first month.  Subscribe today for $1.    GET ACCESS

LOG IN    SUBSCRIBE NOW

# Fort Worth Star-Telegram

**Part of the McClatchy Media Network**

Local News   Crime   Sports   Texas Politics   Food   •   Opinion   Obituaries   Jobs   Personal Finance   Shopping

CRIME

## Power outages, understaffing and no AC create 'volatile' situation at prison near Dallas

**BY KALEY JOHNSON**

UPDATED SEPTEMBER 17, 2023 1:18 PM





:mperatures inside FCI Seagoville reached at least 100 degrees, according to people incarcerated at the prison, and threatened the health o' carcerated people and staff members alike. EMILY BRINDLEY *ebrindley@star-telegram.com*



Only have a minute? Listen instead
Powered by **Trinity Audio**

00:00                                                                1.0x

                                                                     10:01

During a <u>summer of record-breaking heat,</u> a federal prison near Dallas continues to struggle with a lack of air conditioning, power outages and chronic understaffing.

<u>Temperatures inside FCI Seagoville reached at least 100 degrees,</u> according to people incarcerated at the facility, and threatened the health of incarcerated people and staff members alike. Rented generators tripped breakers and caused power outages. Faulty electrical equipment almost burned down a building. An officer was sent to the hospital, and men incarcerated at the prison said people passed out and had seizures due to the heat.

And while staff and administrators at the facility struggle to hold the facility together, the Bureau of Prisons continues to neglect infrastructure issues, according to Robert Freeman, president of the officers' union at the prison.

"No one should have to go through the conditions the officers and inmates are going through," Freeman said.

The federal Bureau of Prisons declined the Star-Telegram's interview request Wednesday and had not responded to a list of questions by the time of publication. In response to the Star-Telegram's questions about FCI Seagoville in August, the Bureau of Prisons sent a blanket statement over email.

"The well-being of our employees and the incarcerated individuals in our custody is a priority for FCI Seagoville," Emery Nelson with the bureau's Office of Congressional and Public Affairs said in the email. "We remain committed and vigilant to ensure safe conditions are maintained."

There is no law requiring the Bureau of Prisons to keep federal prisons at a certain temperature. According to BOP guidelines, temperatures should be about 76 degrees in hot seasons and 68 degrees in cold seasons. But the guidelines note that "due to issues such as the age of the cooling and heating systems," those temperatures may vary.

People incarcerated across the country, especially in the South, face life-threatening conditions inside prisons due to extreme temperatures. Democrats demanded an investigation into heat-related conditions in prisons and jails in a letter sent to the House Committee on Oversight and Accountability on Aug. 21. The letter hones in on Texas conditions, noting that parts of the state measured among the hottest temperatures on Earth in August.

**DANGEROUS HEAT CONDITIONS**

FCI Seagoville houses about 1,800 incarcerated people, some of whom are considered medically vulnerable, in seven buildings. Four of the buildings, constructed in the 1940s, do not have air conditioning. The three other housing units have air conditioning but have frequent power outages.

In August, temperatures reached at least 110 degrees inside FCI Seagoville's four un-air-conditioned units, said Jacob Kolonis, who is housed in one of those units. Thermometers on the first and second floors regularly read at least 90 and 100 degrees, respectively, he said.

He said he has seen people have seizures because of the heat, and it is so hot inside the building that the men cooled off when they went outside.

"When you're sleeping in these conditions, you wake up covered in sweat and you wake up nauseated and you are dehydrated," he said. "Especially when there's rarely any ice to get and you're drinking hot water."

The Bureau of Prisons maintained in a statement in July that there had been "no inmate health concerns, including fainting or injuries, attributed to heat conditions," at FCI Seagoville.

But research shows a link between a lack of air conditioning and mortality rates in prison, according to a 2023 study published in the academic journal PLOS ONE. In state-run prisons, at least 41 people died this summer from heart-related or unknown causes, according to a Texas Tribune analysis. The Texas Department of Criminal Justice contends no one has died from heat in its facilities since 2012.

Those numbers do not include federal prisons, which are not required to publicly report deaths.

**POWER OUTAGES**

Even the units with air conditioning became dangerously hot this summer due to power failures.

Four of the seven housing units relied on generator power from mid-December to the end of July, according to Anthony Accurso, who is incarcerated at Seagoville in one of the air-conditioned units..

When the power goes out, humidity and heat instantly build within the walls, Accurso said. On Aug. 8, as outside temperatures reached 103, the air conditioning went out in the building, he said. The bare concrete floors were slippery with condensation and the humidity was stifling. The building has no fans and the windows don't open, he said.

"I can't sit without sweating profusely," Accurso said.

Small desk fans are available for people to buy at the commissary. They cost $30.70.

Last year during a power outage, Accurso said, his roommate developed heatstroke. He spent four hours in the medical unit, "got dosed with a ton of blood pressure meds" and the facility placed a fan directly in the doorway of the room.

Dr. Sameed Khatana, assistant professor of medicine at the University of Pennsylvania, said heat-related illnesses and deaths depend on a number of factors, including whether the person is able to cool down and their pre-existing health conditions. If someone's internal body temperature becomes too high, they may experience heatstroke, the mortality rate for which can be as high as 80% when treatment is delayed.

Prolonged exposure to hot temperatures can exacerbate or cause a plethora of other medical conditions, Khatana, who is a cardiologist, said.

"Even without the extreme case scenario of heatstroke, people can still have health issues," he said. "If someone's in a hot environment, and there is no air conditioning — especially given the kind of conditions that have occurred this summer and in the last couple of years — some of those adverse health effects can definitely be a concern."

## 'MANAGEMENT IS EMBARRASSED'

Freeman, president of the Local 1637 union, said the facility is riddled with infrastructure issues, including the power outages.

"Typically, everything in that institution is basically just kind of pieced together," he said. "The running joke is that everything runs off duct tape and band-aids."

At Seagoville, the union warned the warden about the power issues six to eight months ago, Freeman said.

The Bureau of Prisons is well aware of air conditioning issues across its facilities. In May, an audit from the Office of the Inspector General estimated $212 million would be needed to fix HVACs across the bureau.

At Seagoville, the Bureau of Prisons came up with a faulty, short-term solution to electrical issues — one diesel generator hooked up to multiple buildings, Freeman said.

generator up to the building and hooked it up and it was insufficient," he said, "It burned up breaker boxes, which is a fire hazard."

Two months ago, Freeman said, the faulty electrical system almost burned down the recreation office. The building had to be vacated for at least a month.

On Aug. 3, Freeman and other leadership of the Seagoville officers' union met with the associate warden. The union again discussed the dangers of the power going out at the prison, saying the outages are "causing undue hardship on the staff and inmates assigned to these areas," according to notes from the meeting obtained by the Star-Telegram.

Associate Warden A. Greenfield said in the meeting that a circuit panel was ordered to hold higher capacity, and additional vendors were working on the issue.

"Management is embarrassed by the lack of being able to fix this issue," the meeting notes, which were signed by Freeman and the associate warden, said.

## OFFICER ATTACKED

In addition to facing power outages and lack of air conditioning, those inside Seagoville struggle with chronic understaffing. The facility is operating at about half of the staff it needs, Freeman said.

In mid-August, a correctional officer was the sole staff member supervising 150 incarcerated people in one section of the prison. The air conditioning and power failed intermittently in the section, increasing the temperature and stress levels. People were not able to leave for recreation time because of staffing shortages. There used to be two staff members assigned to the section, but budget cuts eliminated one position.

The staff member was attacked by several people in the section, Freeman said, and had to go to the hospital and will be out for an extended period of time.

"Along with the heat and air not working, and they're not getting the time they need to go out and do recreation and burn off steam, it's very frustrating and then they're just going to take it out on the officers," Freeman said.

Staff shortages have also resulted in administrative staff being pulled into the units to work as officers, including the warden himself.

Federal facilities are understaffed across the country and the Bureau of Prisons has cut funding for thousands of positions. In 2018, according to a February 2021 report from the Government Accountability Office, the BOP eliminated 5,100 authorized positions.

"It's a very volatile situation. And the end result is the corrections officers are the ones going to take the hit, right?" Freeman said. "If you took those people that were in charge of the budget out of Washington and you brought them in here and made them go through the conditions that our officers are going through, they would resolve it."

This story was originally published August 31, 2023, 6:00 AM.

**RELATED STORIES FROM FORT WORTH STAR-TELEGRAM**

CRIME

### Congressman calls for federal investigation into 'horrors' at Fort Worth women's prison

SEPTEMBER 07, 2022 2:43 PM

FORT WORTH

### Bureau of Prisons continues to evade questions about sexual abuse at Fort Worth prison

OCTOBER 27, 2022 6:00 AM



**KALEY JOHNSON**

🐦 ✉ 📞 817-390-7028

Kaley Johnson is the Star-Telegram's Seeking Justice reporter. She majored in investigative reporting at the University of Missouri-Columbia and has a passion for bringing readers in-depth, complex stories on injustices. In her spare time, she fosters kittens and drinks too much coffee. Send tips via email or Twitter.

ke Us With You

al-time updates and all local stories you want
ht in the palm of your hand.

FORT WORTH STAR-TELEGRAM APP →

| BSCRIPTIONS | LEARN MORE | ADVERTISING |
|---|---|---|
| irt a Subscription | About Us | McClatchy Advertising |
| stomer Service | Contact Us | Place an Ad |
| dition | Newsletters | Place a Classified Ad |
| ation Hold | Archives | Place an Obituary |
| / Your Bill | Sports Betting | Staffing Solutions |
| | Personal Finance | Political | Advocacy Advertising |

Exhibit N

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: BLANKS, JERRIS M | | Reg #: 45953-044 |
| Date of Birth: 12/24/1979 | Sex: M  Race: BLACK | Facility: SEA |
| Encounter Date: 05/30/2024 10:48 | Provider: Dillard, L. (MOUD) FNP-C | Unit: A02 |

**Reviewed Health Status:** Yes

Mid Level Provider - Sick Call Note encounter

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Dillard, L. (MOUD) FNP-C

Chief Complaint:  GENERAL

Subjective:    patient came in asking for a pass to switch rooms where he is not in the day room with other patients.

**Pain:**    No

**Allergies:**

| Allergy | Reaction | Comments |
|---|---|---|
| Erythromycin | Unknown | |
| Polysorbate | Anaphylaxis | |
| Polyethylene Glycol | Anaphylaxis | |
| Molds/Smuts Extract | Unknown | |
| Losartan Potassium | Nausea | |
| Monopotassium Glutamate | Unknown | Monopotassium Phosphate |
| Moderna COVID-19 Vaccine | Anaphylaxis | Hx of anaphylaxis to a key component of the COVID vaccines. |
| Pfizer-BioNTech COVID-19 Vacc | Anaphylaxis | Hx of anaphylaxis to a key component of the COVID vaccines. |
| Janssen COVID-19 Vaccine | Anaphylaxis | Hx of anaphylaxis to a key component of the COVID vaccines. |
| Influenza Vac Types A & B PF | Anaphylaxis | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 05/30/2024 10:48 by Dillard, L. (MOUD) FNP-C

**OBJECTIVE:**

**Exam:**

**General**

   **Affect**

      Yes: Pleasant, Cooperative

   **Appearance**

      Yes: Appears Well, Alert and Oriented x 3

**Pulmonary**

   **Observation/Inspection**

      Yes: Within Normal Limits

**Cardiovascular**

   **Observation**

      Yes: Within Normal Limits

| | | |
|---|---|---|
| Inmate Name: BLANKS, JERRIS M | | Reg #: 45953-044 |
| Date of Birth: 12/24/1979 | Sex: M  Race: BLACK | Facility: SEA |
| Encounter Date: 05/30/2024 10:48 | Provider: Dillard, L. (MOUD) FNP-C | Unit: A02 |

## Exam Comments

patient was advised that medical does not control how a person is moved in the buildings, and we have no say in which type of room he will be placed in.
patient currently has an ac pass and a bottom bunk pass.
patient noted understanding.

## ASSESSMENT:

Encounter for general adult medical exam without abnormal findings, Z0000 - Current

## PLAN:

## Disposition:

Follow-up at Sick Call as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 05/30/2024 | Counseling | Access to Care | Dillard, L. | Verbalizes Understanding |
| 05/30/2024 | Counseling | Compliance - Treatment | Dillard, L. | Verbalizes Understanding |

**Copay Required:** Yes        **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Dillard, L. (MOUD) FNP-C on 05/30/2024 10:52



U. S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Institution*

Seagoville, TX 75159

December 8, 2022

MEMORANDUM FOR INMATE POPULATION

FROM:        //S//
             C. Rivers, Warden

SUBJECT:     National Menu Changes
             Food Service

There will be some modifications to the National Menu at least
throughout the weekend.  Due to an electrical issue with the
Powerhouse from today's test, at times there can and will be
limited steam available from the powerhouse.



**U.S. Department of Justice**

*Federal Bureau of Prisons*

*Federal Correctional Institution*

*Seagoville, Texas*

*Office of the Warden*

February 26, 2024

MEMORANDUM FOR INMATE POPULATION
SEAGOVILLE, TEXAS

FROM:             Dr. S. Grant, Warden
                  Federal Correctional Institution, Seagoville

SUBJECT:          Executive Introduction & Expectations

Let me start by saying thank you for the warm welcome and it is an honor and privilege to be a part of the FCI Seagoville Team. I look forward to working with each one of you in achieving your programming goals.

As your Warden, I am committed to providing a safe and orderly environment for both staff and adults in custody at FCI Seagoville. Unfortunately, there are some incarcerated offenders who continue to engage in behavior which negatively impacts everyone. These behaviors, which include drone contraband introductions, homemade intoxicants, weapons, damaging the ceilings, walls, as well as destroying equipment and property, will not be tolerated. If your unit continues to be involved in this misconduct it will result in the entire unit's loss of commissary sales, visitation, telephone, and Trulincs.

Therefore, I strongly encourage each of you to use your time at this facility in the most positive, and productive manner possible. Enroll in GED, college courses, faith-based courses, drug treatment, vocational training, and obtain a job. The entire Executive Staff will continue to conduct rounds and communicate to keep you abreast of any changes. Thank You



Dr. S. Grant, Warden



January 2, 2024                                                      No. 9

### Happy New Year!

The prospects for 2024 might be very good for the incarcerated military veterans at FCI-Seagoville due to the considerable notice that the VIC Unit/Program has gained at the South Central Regional Office and we have just learned that the details of this program have landed on the desk of the FBOP Director, Colette Peters, where it has been highly lauded according to AW Greenfield. The B&S has not been able to obtain any further details but will publish them if and as they become available.

### Thank You For Not Smoking

It is unfortunate but on 12/29/2023, five VICs were removed from the VIC Unit #10 and placed into the SHU for smoking and other community degrading activities. This action brought the number of active smokers in VIC #10 down to **zero** where the vast majority of the resident VICs and staff intend to keep it.

Anyone contemplating a move to VIC Unit #10 should understand that such activity can result in a short stay as the issue is not about dictating how individuals do their time, rather it is about how community degrading activities negatively impact the resident VIC community and how that impact interferes with how this community has chosen to do their time as a group. The VIC Unit exists for those that want to get away from such activities.

### VIC 2023 Close-Out Meeting With AW (12/29/2023)

AW kicked off the meeting with the potentially promising news that Director Peters is now aware of and has praised the VIC program and that he (AW) wants to make sure that we start 2024 "on the right footing." He then added, "I'm very proud of you", before delving into his list of talking points which are recorded below.

* AW introduced Mr. Sheufelt as his new assistant.
* AW offered a mea culpa for the delay in removing the smokers from VIC Unit #10.
* AW disclosed that Director Peters had made glowing remarks regarding the VIC program after she had recently become aware of it.
* VIC Unit #10 is currently at just over 50% capacity and the next move of VICs is scheduled for mid-January.
* Regarding the status of the anticipated therapy dogs visit, RAC Carter has confirmed one organization's interest to supply the dogs. It's a work in progress.
* VICs in Unit #10 and RDAP are entitled to a free Booney hat. To get one, send a Trulincs message request to Mr. Fulce @ Laundry w/ID#, military branch & housing unit.
* The Deputy Director of the BOP will be visiting our compund and VIC Unit soon.
* All VIC Unit #10 VICs were required to sign the new VIC Handbook with rules.
* Soldier On and Resilience, which are two EBRR veteran specific programs, will begin in January and February, 2024, in VIC Unit #10. See VIC Schmidt or VIC Buholz in Unit #10 for more info. **ALL** VICs are welcome regardless of where you live.

Randall Morris, Editor
VIC Unit #10, Room #228

AW'S OFFICE

Exhibit O

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BLANKS, JERRIS M | | Reg #: | 45953-044 |
| Date of Birth: | 12/24/1979 | Sex: M   Race: BLACK | Facility: | SEA |
| Encounter Date: | 09/07/2023 07:54 | Provider: Dillard, L. (MAT) FNP-C | Unit: | Z01 |

Mid Level Provider - Sick Call Note encounter performed at Special Housing Unit

**SUBJECTIVE:**

COMPLAINT 1        Provider: Dillard, L. (MAT) FNP-C

Chief Complaint:   MENTAL HEALTH

Subjective:   inmate states that he has been having hallucination. inmate states that he has not been to talk to psychology. inmate has not been on any medication. Inmate states that he has been having hallucinations for years. he has had a sleep study in the past, but nothing regarding his hallucinations.

Pain:   No

**OBJECTIVE:**

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 09/05/2023 | 14:52 SEA | 161 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/05/2023 | 14:51 SEA | 368 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/05/2023 | 07:20 SEA | 135 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/04/2023 | 15:05 SEA | 161 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/04/2023 | 06:54 SEA | 134 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/03/2023 | 15:16 SEA | 126 | Random | | Moquin, Leon RN |
| 09/02/2023 | 16:04 SEA | 177 | Random | | Moquin, Leon RN |
| 09/01/2023 | 15:17 SEA | 168 | Unknown | | Alausa, I RN/QIIC Nurse |
| 09/01/2023 | 08:01 SEA | 130 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/31/2023 | 14:44 SEA | 160 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/31/2023 | 07:39 SEA | 104 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/30/2023 | 15:15 SEA | 114 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/30/2023 | 07:45 SEA | 124 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/29/2023 | 15:32 SEA | 158 | Random | | Moquin, Leon RN |
| 08/28/2023 | 15:31 SEA | 131 | Random | | Moquin, Leon RN |
| 08/27/2023 | 15:29 SEA | 116 | Random | | Moquin, Leon RN |
| 08/26/2023 | 14:11 SEA | 114 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/25/2023 | 18:36 SEA | 158 | Random | | Tews, Deborah RN |
| 08/25/2023 | 07:58 SEA | 266 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/24/2023 | 15:32 SEA | 263 | Random | | Moquin, Leon RN |
| 08/23/2023 | 17:15 SEA | 314 | Random | | Howden, Shannon RN |
| 08/22/2023 | 15:01 SEA | 236 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/22/2023 | 08:44 SEA | 267 | Unknown | | Alausa, I RN/QIIC Nurse |

| Inmate Name: | BLANKS, JERRIS M | | | Reg #: | 45953-044 |
|---|---|---|---|---|---|
| Date of Birth: | 12/24/1979 | Sex: M Race: BLACK | | Facility: | SEA |
| Encounter Date: | 09/07/2023 07:54 | Provider: Dillard, L. (MAT) FNP-C | | Unit: | Z01 |

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 08/21/2023 | 16:09 SEA | 317 | Random | | Moquin, Leon RN |
| 08/21/2023 | 08:44 SEA | 317 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/20/2023 | 15:11 SEA | 254 | Random | | Moquin, Leon RN |
| 08/19/2023 | 13:46 SEA | 221 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/12/2023 | 13:35 SEA | 189 | Unknown | | Alausa, I RN/QIIC Nurse |
| 08/11/2023 | 17:34 SEA | 185 | Random | | Tews, Deborah RN |
| 08/10/2023 | 13:59 SEA | 161 | Random | | Moquin, Leon RN |
| 08/10/2023 | 08:12 SEA | 90 | Random | | Moquin, Leon RN |
| 08/09/2023 | 15:57 SEA | 103 | Random | | Moquin, Leon RN |

Exam:

General

Affect

Yes: Pleasant, Cooperative

Pulmonary

Observation/Inspection

Yes: Within Normal Limits

Auscultation

Yes: Clear to Auscultation

Cardiovascular

Observation

Yes: Within Normal Limits

Exam Comments

will place a consult with psychology. inmates medications have been refilled.
inmate denies si/hi
inmate was denied the request to have a private cell
warning signs given

ASSESSMENT:

Anxiety disorder, F419 - Current

PLAN:

New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Psychology | 09/27/2023 | 09/27/2023 | Routine | No | |

Subtype:

Inhouse Psychology

Reason for Request:

inmate has been having hallucinations and night terrors. inmate has not been to talk to psychology.

New Non-Medication Orders:

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Vitals | Every 4 weeks | 180 days | | Dillard, L. (MAT) FNP-C |

Order Date:    09/07/2023

| Inmate Name: | BLANKS, JERRIS M | | Reg #: | 45953-044 |
|---|---|---|---|---|
| Date of Birth: | 12/24/1979 | Sex: M Race: BLACK | Facility: | SEA |
| Encounter Date: | 09/07/2023 07:54 | Provider: Dillard, L. (MAT) FNP-C | Unit: | Z01 |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

placed consult for psychology. labs are within normal limits. will continue to monitor.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/07/2023 | Counseling | Access to Care | Dillard, L. | Verbalizes Understanding |
| 09/07/2023 | Counseling | Compliance - Treatment | Dillard, L. | Verbalizes Understanding |
| 09/07/2023 | Counseling | Diet | Dillard, L. | Verbalizes Understanding |
| 09/07/2023 | Counseling | Exercise | Dillard, L. | Verbalizes Understanding |

**Copay Required:** Yes    **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Dillard, L. (MAT) FNP-C on 09/07/2023 08:02

OneContent: Generated By ECHRISTUS\eml00366

MB00627931    AB0708395244    A2.SLEEP
BLANKS, JERRIS
12/03/2021   M    12/24/1979    41Y
ALLEN, GARRY S APRN

## *******SLEEP HISTORY*******

Has a spouse, family member, and /or friend ever told you that you do one or more of the following while you sleep?

☐ Heavy, troubled, or labored breathing     ☒ Breathing stops for several seconds
☒ Excessive Movements or restlessness       ☒ Snoring         ☐ Walking in your sleep

Do you currently suffer from one or more of the following?

☒ Night Sweats       ☒ Morning Headaches                 ☒ Nightmares or Terrors
☒ Sleep Paralysis    ☒ Muscle weakness when laughing, angry, or in any strong emotional situation
☒ Frequent urination at night; How many times? _2_     ☒ Hallucinations (just before awakening or falling asleep)

What time do you go to bed?     Weekdays __10 pm__         Weekends __10 pm__
What time do you get up?        Weekdays __9 AM__          Weekends __9 AM__
On average, how long does it take you to fall asleep? __few hours, depends__
On average, how many hours of sleep do you get each night? __3-6__
On average, how many times do you awaken during the night? __3-4__
Do you feel you often awaken earlier than you would like?   ☐NO  ☒YES
Do you feel that you sleep longer than you would like?   ☐NO  ☒YES
Do you keep a fairly regular schedule?   ☐NO  ☒YES
Do you have trouble going to sleep?      ☐NO  ☒YES
Do you feel excessively sleepy during the day?   ☐NO  ☒YES
Does your sleepiness interfere with your work and social life?   ☐NO  ☒YES
Because of your sleepiness have you ever had a near accident?   ☒NO  ☐YES _____
Because of your sleepiness have you ever had an accident?  ☐NO  ☒YES __fell__
Do you nap or fall asleep during the day?  ☐NO  ☒YES  if YES how long? __few hours__
Do you drink any beverages containing caffeine before bed?  ☒NO  ☐YES-How Much?_____
Do you drink any beverages containing alcohol before bed?  ☒NO  ☐YES-How Much?_____
In the last 12 months have you ☒GAINED or ☐LOST weight? How Much? __30 pounds__
In the last 3 months have you ☒GAINED or ☐LOST weight? How Much? __15 lbs__
How long have you been aware of your current sleeping pattern? __a few years__

TRULINCS 45953044 - BLANKS, JERRIS M - Unit: SEA-A-

---

FROM: Psychology
TO: 45953044
SUBJECT: RE:***Inmate to Staff Message***
DATE: 09/30/2024 10:37:03 AM

Mr. Blanks,

You were seen by Psychology for your intake screening on 1/11/2022, and since then you have been seen four additional times while at this institution. Your last contact with Psychology was on 10/12/2023. If you believe you need to meet with Psychology, you should ask for an appointment.

Regards,

Dr. McDermott
SOMP Psychologist

From: ~^! BLANKS, ~^!JERRIS M <45953044@inmatemessage.com>
Sent: Monday, September 30, 2024 8:46 AM
Subject: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, SEA-A-A

To: Dr. McDermott
Inmate Work Assignment: safety

Sorry for misspelling your name. The psychology orderly told me to email you my request.
-----BLANKS, JERRIS M on 9/29/2024 3:05 PM wrote:

>

According to my records and personal recollection, I have not been seen by Psychology Services since my arrival to FCI Seagoville, in January of 2022. I am requesting written confirmation or a response to this email, clearly stating this, and that I am not seen by Psychology Service every 30-days. Thank you for your time.

Exhibit P

U.S. DEPARTMENT OF JUSTICE         REQUEST FOR ADMINISTRATIVE REMEDY

Federal Bureau of Prisons

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Blanks Jerris M**      **45953044**    **SHU**      **SEA**

       LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST**

I've been hallucinating again lately, reported it to medical twice but nothing is being done. I have a history of hallucinations; memory loss; mental health issues; black outs and night terrors in my medical records. I'm not being treated and my anxiety is so high I'm having trouble saying what I mean to say and speaking up for myself. I can't focus or make clear decissions. leaving me untreated, prolonging treatment, or ignoring it is cruel and inhumane. Please help me.

8-31-2023                            _[signature]_

DATE                                 SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____          _____

DATE                                  WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**           CASE NUMBER: _____

                                             CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

         LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____          _____

DATE                       RECIPIENT'S SIGNATURE (STAFF MEMBER)

Exhibit Q



FCI Seagoville SEA

Patient:       BLANKS, JERRIS (Male)                          DOB:      12/24/79
Register#:     45953-044                                       Age:      42
Date:          06/30/22 09:03                                  Status:   OP
Slicecount:    3
History:       PAIN
Priors:
Exams:         FILM C SPINE
Referring Phy: DR. RUSSELL
Ordering Phy:
Ordering Phy #:
Accession Numbers: 1.2.840.113619.2.203.4.2147483647.1656505607.589198

Final Report

Exam: FILM C SPINE

HISTORY: See above

TECHNIQUE: 3 views obtained

COMPARISON: No prior imaging available

FINDINGS: Cervical lordosis is reversed. There is minimal multilevel facet arthropathy. There is chronic compression at C5 and C6. There is multilevel ventral endplate osteophytosis, uncovertebral hypertrophy, and disc space narrowing at C3-4 through C6-7. This is overall mild to moderate and worst at C5-6 and C6-7. Vertebral bodies demonstrate normal height and alignment otherwise. There is no prevertebral soft tissue swelling. Dens is intact.

IMPRESSION:
Chronic compression at C5 and C6 without radiographic evidence for acute fracture or malalignment.

Mild to moderate multilevel degenerative disc changes, worst at C5-6 and C6-7.

Minimal multilevel facet arthropathy.

Radiologist:              Maurice Yu, MD

Study ready at 09:04 and initial results transmitted at 12:23



**Seagoville FCI**  SEA-Z01102LAD
2113 NORTH HWY 175, SEAGOVILLE, TX 75159   90

300668-S+  Sterett, Justin MD  05/15/+
BLANKS, JERRIS   45953-044

***NOTE DOSE and STRENGTH*** Take three capsules (30 MG) by mouth each day *consent form on file *

FLUoxetine HCl 10 MG Cap

(10) R+  09/01/+  NB  Refill Until: 11/11/2023
#21   Don't Confiscate Before: 11+

Patients regularly taking NSAIDS (e.g. ibuprofen) and this drug may be at a greater risk for stomach bleeding.
Medicine may impair your ability to drive or operate machinery. Use care until you know how it affects you.
May cause drowsiness and dizziness. Alcohol may intensify this effect. Use care when operating a car or dangerous machines.
Call your doctor immediately if you have mental/mood changes like confusion, new/worsening feelings of sadness/new thoughts of suicide, or unusual behavior.
Capsule-shaped Lt. Blue/Lt. Orange  SG/113



**Seagoville FCI**  SEA-Z01102LAD
2113 NORTH HWY 175, SEAGOVILLE, TX 75159   18

300670-S+  Sterett, Justin MD  05/15/+
BLANKS, JERRIS   45953-044

Take two tablets (800 MG) by mouth three times daily with food AS NEEDED "Chronic Care Verified"

Ibuprofen 400 MG Tab

(15) R+  09/01/+  NB  Refill Until: 11/11/2023
#42   Don't Confiscate Before: 11+

Take with food.
Medicine should be taken with plenty of water.
Medicine may impair your ability to drive or operate machinery. Use care until you know how it affects you.
May cause drowsiness and dizziness. Alcohol may intensify this effect. Use care when operating a car or dangerous machines.
Oval White-Off White  16

Exhibit R





| | |
|---|---|
| | **51492-FCI SEAGOVILLE** |
| | 2113 N HWY 175 |
| | SEAGOVILLE, TX 751592262 |

SOUTHWEST REGION
3418 MIDCOURT ROAD
CARROLLTON, TX 75006
(800) 843-9729

Claim Number :       40245966
Date of Service :    11/15/2023
Patient Name :       BLANKS. JERRIS           DOB :   12/24/1979    Gender   M
Sonographer:         SARAH GILES              Room::
Ordering Provider:   LAVONDA DILLARD. NP - (NPI: 1962048074)
Interpreting Physician:   PRATUL M PATEL. MD - (NPI: 1992753859)
Report Date:         11/16/2023 4:35:10 PM

## ULTRASOUND REPORT

ABDOMINAL ULTRA LTD (ONE ORGAN

Results: Real time examination shows the liver to be heterogeneous in texture and enlarged at 17.1 cm long in size. Pancreas is unremarkable. Gallbladder is without stones or sludge. The CBD is 2.7 mm. The aorta and IVC are not enlarged.

Conclusion: Hepatomegaly. Heterogenous echotexture in the liver.

Electronically signed by PRATUL M. PATEL, MD 11/16/2023 4:35:10 PM CST.

FCI Seagoville
45953-044



**Statement Concerning use of Results:**
I have reviewed this diagnostic report and the results have or will be used in the treatment of the patient's medical condition.

Ordering Provider Signature: _____   (Please sign and file in the patient's chart)

LAVONDA  DILLARD, NP - (NPI: 1962048074)

CONFIDENTIALITY NOTICE: This report (including any accompanying files or documents) is intended for the use of TridentCare or the intended recipient, and may contain information that is privileged or otherwise confidential. If you are not the intended recipient, or person responsible for delivering this report to the intend recipient, be advised that any review, dissemination, distribution, printing or copying of this report (including any accompanying files or documents) is strictly prohibited. If you received this report in error, please immediately notify the TridentCare Privacy Office toll free at 866.686.1717, and providing your name, telephone number and the date and destroy this report (including any accompanying files or documents).

If you have questions regarding these results or would like to consult with a Rely Radiologist please call 972-468-3590        Page  1   of  1

2/15/24, 9:19 AM                                              Print Preview

BLANKS, JERRIS M DOB: 12/24/1979 (44 yo M) Acc No. 78341 DOS: 02/12/2024

Patient: BLANKS, JERRIS M                          Provider: CHELSEA LEE, AGACNP-BC
Account Number: 78341
DOB: 12/24/1979  Age: 44 Y  Sex: Male                      Date: 02/12/2024
Phone: 972-287-2911
Address: 2113 NORTH HWY 175, SEAGOVILLE FCI, SEAGOVILLE, TX-75159

*# 4593-044*
*FCI Seagoville*

## Subjective:

### Chief Complaints:
1. GI CONSULT.

### HPI:
Reflux:
Patient is a 44 year old male who presents with c/o abdominal pain. Pain is located in epigastric region. Pain began months ago, is described as burning, gnawing, rated as 7/10 at onset, now 1-2/10. Pt relates that pain began after large meal, but not sure if pain related to meal. No previous hx of abdominal pain. No aggravating factors reported. Pain somewhat alleviated by sleeping. No radiation. No change in bowel habits. Abdominal ultrasound showed liver to be heterogeneous in texture and enlarged at 17.1cm.

### ROS:
General/Constitutional:
Chills denies. Fever denies. Headache denies. Lightheadedness denies.
Ophthalmologic:
Blurred vision denies. Discharge denies. Eye Pain denies.
ENT:
Decreased hearing denies.
Respiratory:
Cough denies. Shortness of breath at rest denies. Shortness of breath with exertion denies.
Wheezing denies.
Cardiovascular:
Chest pain at rest denies. Chest pain with exertion denies. Orthopnea denies. Palpitations denies.
Gastrointestinal:
Comments See HPI for details.
Women Only:
Breast lump denies. Breast pain denies.
Genitourinary:
Blood in urine denies. Frequent urination denies. Painful urination denies.
Musculoskeletal:
Painful joints denies. Swollen joints denies.
Peripheral Vascular:
Cold extremities denies. Pain/cramping in legs after exertion denies.
Skin:
Rash denies. Skin lesion(s) denies.
Neurologic:
Gait abnormality denies. Tingling/Numbness denies.

**Medical History:** MI, Hypertension, DM, Anxiety, Hyperlipidemia, GERD, Asthma, OA, Sleep Apnea.

**Surgical History:** Tonsillectomy 1986.

**Hospitalization/Major Diagnostic Procedure:** Denies Past Hospitalization.

**Family History:** Mother: alive, obesity, fibromyalgia, kidney disease, Heart Disease. Father: deceased, cirrhosis. Children: alive. 1 daughter(s) - healthy. .

**Social History:**
Tobacco Use: Tobacco Use/Smoking Are you a former smoker. Tobacco use other than smoking Are you an other tobacco user? No.

Provider: CHELSEA LEE, AGACNP-BC                          Date: 02/12/2024

1/3

2/15/24, 9:19 AM    Print Preview

BLANKS, JERRIS M DOB: 12/24/1979 (44 yo M) **Acc No.** 78341 **DOS:** 02/12/2024

<u>Drugs/Alcohol:</u> Alcohol Screen (Audit-C) Did you have a drink containing alcohol in the past year? No, Points 0, Interpretation Negative. Drugs Have you used drugs other than those for medical reasons in the past 12 months? No.

**Medications:** Taking Pravastatin Sodium 20 MG Tablet 1 tablet Orally Once a day, Taking Mometasone Furoate 220 MCG/ACT Aerosol Powder Breath Activated 1 puff in the evening Inhalation Once a day, Taking Lisinopril 5 MG Tablet 1 tablet Orally Once a day, Taking hydroCHLOROthiazide 25 MG Tablet 1 tablet in the morning Orally Once a day, Taking Aspirin 81 MG Tablet Delayed Release 1 tablet Orally Once a day, Taking Albuterol Sulfate HFA 108 (90 Base) MCG/ACT Aerosol Solution 1 puff as needed Inhalation every 4 hrs

**Allergies:** Erythromycin, Polysorbate, Polyethylene Glycol, Losartan Potassium.

## Objective:

**Vitals:** Temp: **97.3 F**, HR: **78 /min**, BP: **121/92 mm Hg**, Wt: **272.6 lbs**, BMI: **35.96 Index**, Ht: 73 in, RR: **17 /min**, Oxygen sat %: **97 %**, Pain scale: **0** 1-10, Ht-cm: 185.42 cm, Wt-kg: 123.65 kg.

### Examination:
<u>General Examination:</u>
GENERAL APPEARANCE: pleasant, in no acute distress, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation, sclera non-icteric.
EARS: normal.
ORAL CAVITY: mucosa moist.
NECK/THYROID: neck supple, full range of motion, thyroid normal.
LYMPH NODES: no lymphadenopathy.
SKIN: warm and dry, no suspicious lesions.
HEART: regular rate and rhythm, no murmurs, rubs, gallops.
LUNGS: clear to auscultation bilaterally.
BREASTS: not examined.
ABDOMEN: soft, nontender, nondistended, bowel sounds present, normal.
RECTAL: normal tone, no red blood.
EXTREMITIES: no edema.
NEUROLOGIC: alert and oriented, normal exam.

## Assessment:

### Assessment:

1. GERD (gastroesophageal reflux disease) - K21.9
2. Abdominal pain - R10.9
3. Gastritis without bleeding, unspecified chronicity, unspecified gastritis type - K29.70

## Plan:

**1. GERD (gastroesophageal reflux disease)**
Notes: - Plan for EGD. Patient asking if he is able to refuse medical treatment. Patient informed that medical treatment is recommended and can be refused by him.
- I discussed with the patient in detail the procedure. Risk and benefits discussed. All questions were answered. Patient wishes to proceed.
- Will start omeprazole 40mg PO daily.
- Will obtain CBC, CMP
- Patient stated a hx of a MI, will need cardiac clearance prior to procedure.

**2. Abdominal pain**
   <u>LAB: COMPREHENSIVE METABOLIC PANEL</u>
   <u>LAB: CBC (INCLUDES DIFF/PLT)</u>
   <u>Procedure: ESOPHAGUS ENDOSCOPY</u>

Provider: CHELSEA LEE, AGACNP-BC

Date: 02/12/2024

2/3

Print Preview

BLANKS, JERRIS M DOB: 12/24/1979 (44 yo M) Acc No. 78341 DOS: 02/12/2024

**Preventive Medicine:**
   Counseling: BP Management: LIFESTYLE RECOMMENDATION: Lifestyle education regarding hypertension. Diet/Vitamins discussed including high doses of Vitamins A, C, E and Zinc: . Social: diet: Discussed the importance of eating a nutritious healthy food on a regular basis, exercise: Discussed the benefits of any exercise for overall health and well-being.

**Follow Up:** prn

Electronically signed by **CHELSEA LEE , AGACNP BC** on 02/15/2024 at 09:13 AM CST
Sign off status: **Completed**

**Provider: CHELSEA LEE, AGACNP-BC**

Date: 02/12/2024

3/3

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BLANKS, JERRIS M | | | Reg #: | 45953-044 |
| Date of Birth: | 12/24/1979 | Sex: | M    Race: BLACK | Facility: | SEA |
| Note Date: | 04/04/2024 14:17 | Provider: | Dillard, L. (MOUD) FNP- | Unit: | A02 |

Review Note - Document Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Dillard, L. (MOUD) FNP-C

44-year-old patient went to see the GI provider for complaints of abdominal pain located in the epigastric region. patient has had this pain for months. abdominal ultrasound shows liver to heterogenous and enlarged at 17.1cm. they are recommending an EGD after being cleared by cardiac because of a history of MI as stated by patient.

**ASSESSMENTS:**

Gastritis without bleeding, K2970 - Current

Long term (current) use of aspirin, Z7982 - Current

Long term (current) use of non-steroidal non-inflam (NSAID), Z791 - Current

Unspecified abdominal pain, R109 - Current

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Omeprazole Capsule | 04/04/2024 14:17 |

**Prescriber Order:**    40mg Orally  -   daily x 180 day(s)

Indication:   Gastro-esophageal reflux disease without esophagitis, Unspecified abdominal pain, Gastritis without bleeding, Long term (current) use of non-steroidal non-inflam (NSAID)

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Gastroenterology | 06/28/2024 | 06/28/2024 | Routine | No | |

Subtype:

EGD Procedure

Reason for Request:

44-year-old patient went to see the GI provider for complaints of abdominal pain located in the epigastric region. patient has had this pain for months. abdominal ultrasound shows liver to heterogenous and enlarged at 17.1cm. they are recommending an EGD after being cleared by cardiac because of a history of MI as stated by patient.  Please schedule after CARDIAC clearance.

| Cardiology | 06/19/2024 | 06/19/2024 | Routine | No | |
|---|---|---|---|---|---|

Subtype:

Offsite Cardiology Clinic

Reason for Request:

44-year-old patient went to see the GI provider for complaints of abdominal pain located in the epigastric region. patient has had this pain for months. abdominal ultrasound shows liver to heterogenous and enlarged at 17.1cm. they are recommending an EGD. Patient will need cardiac clearance first.  Placing consult for cardiac clearance.

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| EKG | One Time | | | Dillard, L. (MOUD) FNP-C |

Generated 04/04/2024 14:30 by Dillard, L. (MOUD) FNP-        Bureau of Prisons - SEA                     Page 1 of 2

| Inmate Name: | BLANKS, JERRIS M | | | | Reg #: | 45953-044 |
| Date of Birth: | 12/24/1979 | Sex: | M | Race: BLACK | Facility: | SEA |
| Note Date: | 04/04/2024 14:17 | Provider: | Dillard, L. (MOUD) FNP- | | Unit: | A02 |

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| | Order Date: | 04/04/2024 | | |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Dillard, L. (MOUD) FNP-C on 04/04/2024 14:30

Exhibit S

## TREATMENT RECORD
## DIABETIC FOOT CARE EVALUATION

NAME: Blanks, Jerris    REG. #: 45953-044    INSTITUTION: FCI-TEX

SUBJECTIVE/OBJECTIVE: CCC

Date of DM Onset: 2019    Pain: X/10    ☐ Initial screen    ☒ F/U Screen

Does this patient report numbness/tingling of feet? ☒ YES ☐ NO  If YES, indicate below Numbness in ball of foot
Does this patient have a history of ulceration on bottom of feet? ☒ YES ☐ NO  If YES, indicate when and where below

DEFORMITIES (Check if deformities are present)

| | RIGHT | LEFT |
|---|---|---|
| Hammer/Claw Toe | None | None |
| Bony Prominence | | |
| Rigid Great Toe | | |
| Hallux Valgus | | |
| Foot Drop | | |
| Rigid Ankle | | |
| Partial Foot Resection | ✓ | ✓ |
| Charcot Fracture | ✓ | ✓ |

Hygiene: Clean & Dry
Nails: Clear

SENSATION/SKIN: (see diagram) 0 = Sensation absent
+ = Sensation Present to 5.07 monofilament/10gm

RANGE OF MOTION/STRENGTH TESTING

| Rt. ROM | Rt. MMT | | Lt. ROM | Lt. MMT |
|---|---|---|---|---|
| ✓ | ✓ | Dorsiflexion | ✓ | ✓ |
| | | Plantarflexion | | |
| ✓ | | Inversion | | |
| | | Eversion | | |
| | | Toe Flexion | | |
| ✓ | ✓ | Toe Extension | ✓ | ✓ |

0 (absent) 1+ (weak) 2+ (normal)

PULSES: – Dorsalis Pedis (Left) 0 1 (2) (Right) 0 1 2
– Post Tibial (Left) 0 1 (2) (Right) 0 1 (2)
– Capillary Refill < 3 seconds – Yes – No

AMBULATORY STATUS (device, distance): Self
MOBILITY/VISION:
Able to Identify Foot Mark: Right · Yes · No    Left · Yes · No
CURRENT WOUNDS: · Yes · No  Details:
FOOTWEAR: Type: Soft Shoes    Fit: Proper    Socks: Present

ASSESSMENT: · Category 0 ( No Sensory loss – F/U in 1 year)
· Category 1 (Sensory Loss – F/U in 6 months)
· Category 2 (Sensory Loss and Deformity, and/or Poor Circulation – Routine P.T. visits in 3 months)
· Category 3 (Sensory Loss, History of Ulcers and Deformity – Routine P.T. visits in 1-3 months)

PLAN: 1) Patient Education: · Provided today    · Requires F/U;
2) Nail Care:    · Pt. to F/U with PCPT for nail care · Pt. instructed to trim own nails;
3) Callous Care:    · Provided today    · Requires F/U appointment;
4) Medical Shoes:    · Pt. does not meet criteria    · Pt. has appropriate medical shoes
· Provided/ordered medical shoes (size:  )    · Needs referral to orthotist
5) Other:

REVIEWED
JAN 1 4 2020
By: J. Dougan FNP

D. Ho, M.D.
Clinical Director
FCI - Texarkana

FEB 02 2021

Clinician: _____ M. Reed, RN    Date: 1/14/21    Time: 1244
FCI Texarkana, TX

---

## Bureau of Prisons
## Health Services
## Clinical Encounter

| Inmate Name: | BLANKS, JERRIS M | | | Reg #: | 45953-044 |
|---|---|---|---|---|---|
| Date of Birth: | 12/24/1979 | Sex: | M  Race: BLACK | Facility: | SEA |
| Encounter Date: | 06/23/2022 13:21 | Provider: | Border, Twyla FNP-C | Unit: | A02 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

SUBJECTIVE:

COMPLAINT 1    Provider: Border, Twyla FNP-C
Chief Complaint: NEUROLOGY
Subjective: 42 year old male inmate here today requesting for medical shoes, has hx of diabetic neuropathy. Reports he cannot afford to buy soft shoes, despite soft shoe pass that was issued. Has developed bruising to feet and is worried that further injury may result.
Pain: No

ROS:

General
Constitutional Symptoms
No: Chills, Fever
Neurological
Sensory System
Yes: Numbness

OBJECTIVE:

Exam:
General
Affect
Yes: Pleasant, Cooperative
Appearance
Yes: Appears Well, Alert and Oriented x 3

**Exam Comments**
L foot: Several bruises noted to medial aspect of inner foot, no current erythema, edema, or warmth. Skin is otherwise intact.

ASSESSMENT:

Polyneuropathy, unspecified, G629 - Current

PLAN:

Disposition:
Follow-up at Sick Call as Needed

Other:
DM Neuropathy: Was issued a pair at his prior facility, reporting he wasn't allowed to keep them when he transferred here. Will issue new pair once we have a size 13 available.

Patient Education Topics:

Generated 06/23/2022 13:32 by Border, Twyla FNP-C    Bureau of Prisons - SEA    Page 1 of 2

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: BLANKS, JERRIS M | | Reg #: 45953-044 |
| Date of Birth: 12/24/1979 | Sex: M  Race: BLACK | Facility: SEA |
| Encounter Date: 06/23/2022 13:21 | Provider: Border, Twyla FNP-C | Unit: A02 |

Mid Level Provider - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1        Provider: Border, Twyla FNP-C

Chief Complaint:   NEUROLOGY

Subjective:    42 year old male inmate here today requesting for medical shoes, has hx of diabetic
neuropathy. Reports he cannot afford to buy soft shoes, despite soft shoe pass that was
issued. Has developed bruising to feet and is worried that further injury may result.

Pain:    No

**ROS:**

**General**

**Constitutional Symptoms**

No: Chills, Fever

**Neurological**

**Sensory System**

Yes: Numbness

**OBJECTIVE:**

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Exam Comments**

L foot: Several bruises noted to medial aspect of inner foot, no current erythema, edema, or warmth. Skin is otherwise
intact.

**ASSESSMENT:**

Polyneuropathy, unspecified, G629 - Current

**PLAN:**

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

DM Neuropathy: Was issued a pair at his prior facility, reporting he wasn't allowed to keep them when he transferred
here. Will issue new pair once we have a size 13 available.

**Patient Education Topics:**

Exhibit T

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: BLANKS, JERRIS M | | Reg #: 45953-044 |
| Date of Birth: 12/24/1979 | Sex: M   Race: BLACK | Facility: TEX |
| Encounter Date: 05/06/2021 09:27 | Provider: Bishop, Travis RN | Unit: K01 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  1        Provider:  Bishop, Travis RN

Chief Complaint:   MENTAL HEALTH

Subjective:   "anxiety, depression, nightmares, SOB, coughing, fast heart beat, headaches, chest pains, coughing spells, lack of concentration, worry, difficulty focusing, fatigue, loss of memory, loss of appetite, can't sleep." "been going on for 1 year and 5 months"

Pain:   No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/06/2021 | 09:36 TEX | 97.0 | 36.1 | | Bishop, Travis RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/06/2021 | 09:36 TEX | 86 | | | Bishop, Travis RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/06/2021 | 09:36 TEX | 16 | Bishop, Travis RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/06/2021 | 09:36 TEX | 145/94 | | | | Bishop, Travis RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/06/2021 | 09:36 TEX | 99 | | Bishop, Travis RN |

**Exam:**

**General**

**Affect**

Yes: Flat

**Appearance**

Yes: Appears Well

**Skin**

**General**

Yes: Within Normal Limits

**ASSESSMENT:**

Affect-Other

Flat affect, mental health. refer to psychology and physician.

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: BLANKS, JERRIS M | | | Reg #: 45953-044 |
| Date of Birth: 12/24/1979 | Sex: M Race: BLACK | | Facility: TEX |
| Encounter Date: 05/07/2021 14:11 | Provider: Garcia, E. MD | | Unit: K01 |

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Garcia, E. MD

Chief Complaint: PULMONARY/RESPIRATORY

Subjective:   41 yr old stated, "anxiety, depression, nightmares, SOB, coughing, fast heart beat, headaches, chest pains, coughing spells, lack of concentration, worry, difficulty focusing, fatigue, loss of memory, loss of appetite, can't sleep...been going on for 1 year and 5 months"

IM stated that he is only getting 2-3 hrs of sleep with <40% energy/concentration level. He denies any suicidal/homicidal ideations. IM reported that Buspirone was ineffective. IM signed consent for Prozac.

IM was also c/o dry cough. Will change Lisinopril to Losartan and will add Albuterol inhaler with PRN DuoNeb. Will also get CXR to rule out pneumonia.

Pain:   No

**ROS:**

**General**
**Constitutional Symptoms**
No: Fever

**Cardiovascular**
**General**
Yes: Cough

**Pulmonary**
**Respiratory System**
Yes: Cough - Dry

**Psychiatric**
**General**
Yes: Sleep-Decreased, Energy-Decreased, Concentration-Decreased
No: Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 05/07/2021 | 13:19 TEX | 97.3 | 36.3 | | Bishop, Travis RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/07/2021 | 13:19 TEX | 99 | | | Bishop, Travis RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/07/2021 | 13:19 TEX | 16 | Bishop, Travis RN |

**Blood Pressure:**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BLANKS, JERRIS M | | Reg #: | 45953-044 |
| Date of Birth: | 12/24/1979 | Sex: M Race: BLACK | Facility: | TEX |
| Encounter Date: | 06/08/2021 08:29 | Provider: Hinson, John RN, BSN | Unit: | K01 |

Nursing - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

    COMPLAINT  1        Provider:  Hinson, John RN, BSN

    Chief Complaint:   Other Problem
    Subjective:     "i still have insomnia, and cant sleep at night. I'm weak in the day time and tired."
    Pain:        No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/08/2021 | 08:30 TEX | 97.6 | 36.4 | | Hinson, John RN, BSN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/08/2021 | 08:30 TEX | 81 | | | Hinson, John RN, BSN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 06/08/2021 | 08:30 TEX | 18 | Hinson, John RN, BSN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/08/2021 | 08:30 TEX | 141/73 | | | | Hinson, John RN, BSN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/08/2021 | 08:30 TEX | 96 | | Hinson, John RN, BSN |

**Exam:**
    **General**
        **Affect**
            Yes: Pleasant, Cooperative
        **Appearance**
            Yes: Appears Well, Alert and Oriented x 3

**ASSESSMENT:**

    Other
    Inmate complains of fatigue and insomnia for 1 year. Will place on schedule.

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Follow-up insomnia/fatigue. | 06/22/2021 10:00 | MLP 01 |

Generated 06/08/2021 08:37 by Hinson, John RN, BSN          Bureau of Prisons - TEX                    Page 1 of 2

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: TEX-K-A

------------------------------------------------------------------------------------------------

FROM: Medical
TO: 45953044
SUBJECT: RE:***Inmate to Staff Message***
DATE: 07/15/2021 09:17:03 AM

It is several ahead of you, it could be 2 to 3 months.

FCI Texarkana Medical Department

>>> ~^!"BLANKS, ~^!JERRIS M" <45953044@inmatemessage.com> 7/9/2021 11:12 AM >>>
To: Dr. Garcia
Inmate Work Assignment: eve rec

About a month ago, you said you would put me in for a sleep study, to see if I have sleep apnia. When do you expect that will happen? Thank you.

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: TEX-K-A

---------------------------------------------------------------------------------

FROM: Medical
TO: 45953044
SUBJECT: RE:***Inmate to Staff Message***·
DATE: 12/01/2021 10:02:02 AM

We will get it scheduled.

FCI Texarkana Medical Department

>>> ~^!"BLANKS, ~^!JERRIS M" <45953044@inmatemessage.com> 11/30/2021 10:16 PM >>>
To: Dr. Garcia
Inmate Work Assignment: eve rec

How far down the line am I for the sleep study? Are there a few people ahead of me? Is ther anything I need to do? Thanks.

OneContent: Generated By ECHRISTUS\eml00366

CHRISTUS ST. MICHAEL

SLEEP STUDY REPORT

PATIENT NAME: BLANKS, JERRIS
DATE OF BIRTH: 12/24/1979
MEDICAL RECORD NUMBER: MB00627931
ACCOUNT NUMBER: AB0708395244
LOCATION: AB.SLEEP/
ADMIT DATE: 12/13/2021
DISCHARGE DATE:
ATTENDING PHYSICIAN: GARRY E APRN ALLEN

STUDY DATE:  12/13/2021

REFERRING PHYSICIAN:  GARRY E APRN ALLEN

TYPE OF STUDY:  Home sleep apnea test.

A 41-year-old male patient of Garry Allen, APRN, underwent unattended home sleep apnea testing 12/13/2021 to evaluate complaints of snoring, apneas, restless sleep, nocturia, night sweats, sleep paralysis, morning headache, cataplexy, nightmares, nocturnal hallucinations, excessive daytime sleepiness in a patient with hypertension, diabetes and congestive heart failure. Epworth score is 14. BMI 36.

The patient was recorded for 458 minutes. A 41 central apneas, 56 obstructive apneas, 25 mixed apneas, and 18 obstructive hypopneas were seen giving respiratory event index (REI) 15.3. For insurance purposes, REI is a surrogate for AHI. Oxygen saturation was abnormal with minimum saturation 75% and only 1 minute with saturation less than 89%. Average heart rate was increased to 115, but there was some artifact in the recording and I suspect his mean heart rate was closer to 80.

IMPRESSION:
1.  The patient's sleep complaints suggest narcolepsy.
2.  Mild mixed sleep apnea. The patient had significant central and mixed events.

RECOMMENDATIONS:
1.  Modify weight if clinically indicated.
2.  The best treatment would be nocturnal pressure therapy after a titration study. Auto titrating CPAP 5-20 cm of water could be considered.
3.  If the patient continues to have narcolepsy symptoms after treatment of sleep apnea, then multiple sleep latency testing would be indicated.
4.  Follow up with Garry Allen, APRN, as scheduled for polysomnography results and further sleep therapy.

DICTATED BY: Malcolm A. Smith, M.D.

MAS / NTS
D: 12/16/2021 07:36:23 AM
T: 12/16/2021 08:02:41 AM
DOC#: 703037632
JOB#: 390637

45953-044

12/28/2021 19:03    CHRISTUS Health    sa.entmagrel→OneContent.2344553    02/11

OneContent: Generated By ECHRISTUS\eml00366

CC: GARRY E APRN ALLEN
Malcolm A. Smith, M.D.
Electronically Authenticated by:
Malcom A. Smith, M.D. on 12/17/2021 09:10 AM CST

| Inmate Name: | BLANKS, JERRIS M | | | Reg #: | 45953-044 |
| --- | --- | --- | --- | --- | --- |
| Date of Birth: | 12/24/1979 | Sex: M | Race: BLACK | Facility: | SEA |
| Encounter Date: | 05/10/2024 08:23 | Provider: | Sterett, Justin (MOUD) MD | Unit: | A02 |

### COMPLAINT 6    Provider: Sterett, Justin (MOUD) MD

**Chief Complaint:** MENTAL HEALTH

**Subjective:** Has a history of depression and he notes since COVID this has gotten worse and would like to discuss an SSRI, has never been on one in the past. Feels mostly decreased trouble concentrating, sadness most days, trouble sleeping.

Discussed tx options. Given that he also has DM neuropathy elects for a trial of duloxetine

**Pain:** No

---

**Allergies:**

| Allergy | Reaction | Comments |
| --- | --- | --- |
| Erythromycin | Unknown | |
| Polysorbate | Anaphylaxis | |
| Polyethylene Glycol | Anaphylaxis | |
| Molds/Smuts Extract | Unknown | |
| Losartan Potassium | Nausea | |
| Monopotassium Glutamate | Unknown | Monopotassium Phosphate |
| Moderna COVID-19 Vaccine | Anaphylaxis | Hx of anaphylaxis to a key component of the COVID vaccines. |
| Pfizer-BioNTech COVID-19 Vacc | Anaphylaxis | Hx of anaphylaxis to a key component of the COVID vaccines. |
| Janssen COVID-19 Vaccine | Anaphylaxis | Hx of anaphylaxis to a key component of the COVID vaccines. |
| Influenza Vac Types A & B PF | Anaphylaxis | |

Allergies list reviewed/updated for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food and environmental factors with the patient on 05/10/2024 08:23 by Sterett, Justin (MOUD) MD

**Seen for clinic(s):** Pulmonary/Respiratory, Orthopedic/Rheumatology, Mental Health, Hypertension, Endocrine/Lipid, Diabetes

## OBJECTIVE:

### Exam Comments

Exam:

Affect
Yes: Pleasant, Cooperative

Mouth
General
Yes: Within Normal Limits

Mucosa
Yes: Within Normal Limits

Eyes
Yes: PERRL, EOMI, Fundus exam grossly normal

Neck
Thyroid
Yes: Within Normal Limits

Vascular

Exhibit U

## Bureau of Prisons
## Health Services
## Medical Duty Status

---

Reg #:  45953-044                  Inmate Name:   BLANKS, JERRIS M

### Housing Status

__ confined to the living quarters except   __meals   __pill line   __treatments   Exp. Date: _____

__ on complete bed rest:   __ bathroom privileges only   Exp. Date: _____

**X** cell:   __cell on first floor   __single cell   **X** lower bunk   __airborne infection isolation   Exp. Date: 03/31/2023

__ other: _____   Exp. Date: _____

### Physical Limitation/Restriction

__ all sports   Exp. Date: _____

__ weightlifting:   __upper body   __lower body   Exp. Date: _____

__ cardiovascular exercise:   __running   __jogging   __walking   __softball   Exp. Date: _____
__football   __basketball   __handball   __stationary equipment

__ other: _____   Exp. Date: _____

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| C-Pap | 05/25/2022 | | |
| Auto titrating CPAP 5-20 cm of water | | | |
| Glucose Meter | 01/25/2022 | | |
| Replaced Glucometer: Inmate took apart previous glucometer, informed he does it again he will not get a replacement. New Glucometer SN# S70210 2022-01-12 | | | |
| Alternate Institutional Shoes | 11/23/2021 | | |
| May be able to wear his tennis shoes | | | |
| Arch Supports | 11/23/2021 | | |
| Compression garment - leg | 11/12/2021 | | |
| Medical Shoes | 12/17/2019 | 12/07/2021 | |
| Eye Glasses | 06/27/2019 | | |

### Work Restriction / Limitation:

Cleared for Food Service:  **Yes** _____

**X**  No Restrictions

Comments:   Care level 2
Low bunk pass for Diabetic Neuropathy

_____**Moquin, Leon RN**_____   **12/15/2022**
Health Services Staff                                                    Date

Inmate Name: _____**BLANKS, JERRIS M**_____   Reg #: ___**45953-044**___   Quarters: __**A02**__

***ALL EXPIRATION DATES ARE AT 24:00***

---

Generated 12/15/2022 07:29 by Moquin, Leon RN          Bureau of Prisons - SEA          Page 1 of 1

Exhibit V

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: SEA-A-A

---------------------------------------------------------------------------------------

FROM: 45953044
TO: Warden
SUBJECT: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, SEA-A-A
DATE: 04/08/2024 07:13:33 AM

To: warden office
Inmate Work Assignment: na

I am forwarding ths message
-----BLANKS, JERRIS M on 4/8/2024 7:13 AM wrote:

>

Ms. Bowser refused to let me go to sick call, and I need medical attention. She was on the phone the first time I asked at
6:40AM and after she was off the phone around 6:50AM she said she was too busy to call medical at 6:30 to see if medical was
open for sick call, or if they are closed for the eclipse like the other departments. It is unfair that she refused to let me go to sick
call. Its 7:10AM and she still will not let me go to medical or call medical for me.

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: SEA-A-A

--------------------------------------------------------------------------------

FROM: 45953044
TO: Health Services
SUBJECT: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, SEA-A-A
DATE: 04/08/2024 07:49:41 AM

To: Medical
Inmate Work Assignment: na

I was turned down at medical today for a sick call. I am having asthma attacks and I was told that they are only seeing people
with life treatening issues, because there is an eclipse this afternoon, so its treated like a holiday, which we were not told that
the eclipse is a holiday. I tried to get Ms. Bowser to call medical before 7am to see if I could go to sick call, because she refused
to let me got to medical for my asthma attack, but she said she was too busy.

Exhibit W

TRULINCS 45953044 - BLANKS, JERRIS M - Unit: TEX-K-A

------------------------------------------------------------------------------------------

FROM: 45953044
TO: Medical
SUBJECT: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, TEX-K-A
DATE: 07/22/2020 09:41:13 AM

To: Mr. T Haskins
Inmate Work Assignment: na

Can we be tested for COVID-19, if we show symptoms? Also, Is it true that the kitchen workers that where taken down to quarantine yesterday have been exposed to COVID-19 by a guard? We have the right to know this information for our health concerns, correct? Thank you very much.
-----Medical on 7/8/2020 7:42 AM wrote:

>
No, we do not test unless a new inmate arrives or unless an inmate is releasing to the street within 14 days.

FCI Texarkana Medical Department

>>> ~^!"BLANKS, ~^!JERRIS M" <45953044@inmatemessage.com> 7/7/2020 7:21 PM >>>
To: Mr. T Haskins
Inmate Work Assignment: na

Can I be tested for COVID-19? I feel like this is the only way to know if we have it.

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: TEX-K-A

-----------------------------------------------------------------------------------------------------------

FROM: Medical
TO: 45953044
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/11/2020 07:17:03 AM

That is a HIPPA violation to tell you anyone who has tested positive. As I said we have no positive inmates, staff who have been positive is not for you to know.

FCI Texarkana Medical Department

>>> ~^!"BLANKS, ~^!JERRIS M" <45953044@inmatemessage.com> 8/8/2020 7:46 AM >>>
To: J. Dougon
Inmate Work Assignment: NA

How about staff members that tested positive? And how would we know if we have been exposed to them. I am a diabetic, and Im very scared of catching COVID-19.
-----Medical on 8/7/2020 1:52 PM wrote:


>
None have tested positive.

FCI Texarkana Medical Department

>>> ~^!"BLANKS, ~^!JERRIS M" <45953044@inmatemessage.com> 8/7/2020 1:02 PM >>>
To: J. Dougon
Inmate Work Assignment: NA

How many inmates at this prison tested positive for COVID-19? We keep hearing rumors, and are concerned.

D8

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: TEX-K-A

---------------------------------------------------------------------------------------

FROM: Medical
TO: 45953044
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/11/2020 11:32:01 AM

Again, that's not for you to know.

FCI Texarkana Medical Department

>>> ~^!"BLANKS, ~^!JERRIS M" <45953044@inmatemessage.com> 8/11/2020 9:29 AM >>>
To: J. Dougan
Inmate Work Assignment: na

I was asking how many staff members tested positive, not who they are.

D9

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BLANKS, JERRIS M | | Reg #: | 45953-044 |
| Date of Birth: | 12/24/1979 | Sex:      M      Race: BLACK | Facility: | TEX |
| Note Date: | 01/07/2021 13:25 | Provider:   He, Dandan MD | Unit: | B01 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:  He, Dandan MD
Complains of SOB, chest pain since COVID infection back to 12/08/2020

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-PA/Lateral | One Time | | 01/07/2021 | Today |

Specific reason(s) for request (Complaints and findings):

Complains of SOB, chest pain since COVID infection back to 12/08/2020

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No     .

Completed by He, Dandan MD on 01/07/2021 13:28

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | BLANKS, JERRIS M | | | Reg #: | 45953-044 |
| Date of Birth: | 12/24/1979 | Sex: M | Race: BLACK | Facility: | SEA |
| Note Date: | 01/24/2022 07:43 | Provider: | Bradfield, C. MA | Unit: | F01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE  1          Provider:  Bradfield, C. MA
    Need Covid PCR test

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 01/24/2022 00:00 | Today |

    Labs requested to be reviewed by:          Russell, Kenneth (MAT) MD
    Lab personnel verbally notified of a priority order of Today or Stat

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  No

Completed by Bradfield, C. MA on 01/24/2022 07:45
Requested to be cosigned by Momoh, Quinnet APP.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | BLANKS, JERRIS M | | Reg #: | 45953-044 |
| Date of Birth: | 12/24/1979 | Sex:    M    Race: BLACK | Facility: | SEA |
| Note Date: | 02/09/2022 07:13 | Provider:    Bradfield, C. MA | Unit: | A02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:   Bradfield, C. MA

Need Covid PCR test

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 02/15/2022 00:00 | Routine |
| Labs requested to be reviewed by: | Russell, Kenneth (MAT) MD | | |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Bradfield, C. MA on 02/09/2022 07:14

Requested to be cosigned by Momoh, Quinnet APP.

Cosign documentation will be displayed on the following page.

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: SEA-A-A

---------------------------------------------------------------------------------------------------------

FROM: Health Services
TO: 45953044
SUBJECT: RE:***Inmate to Staff Message***
DATE: 01/04/2024 10:32:01 AM

Please report to sick call during the designated times if you would like to be seen for a specific medical condition. Sick call is available on Monday/Tuesday/Thursday/Friday, excluding Federal Holidays. Note: You may be subject to a $2 copay.

---

From: ~^! BLANKS, ~^!JERRIS M <45953044@inmatemessage.com>
Sent: Wednesday, January 3, 2024 4:43 PM
Subject: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, SEA-A-A

To: Nurse
Inmate Work Assignment: NA

Everyone that lives in the tucci dayroom in 5 building (including myself) are all having covid symptoms and are very sick. Can we please be tested for covid; to prevent an outbreak?

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: SEA-A-A

---------------------------------------------------------------------------------

FROM: 45953044
TO: Health Services
SUBJECT: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, SEA-A-A
DATE: 01/05/2024 07:23:40 AM

To: Nurse
Inmate Work Assignment: NA

I came to medical this morning, because feel like I got the Flu but missed sick call by 5 minutes,and was told to come back
Monday. Do I really have to wait till Monday sick call to be seen?

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: TEX-K-A

--------------------------------------------------------------------------------

FROM: Medical
TO: 45953044
SUBJECT: RE:***Inmate to Staff Message***
DATE: 07/28/2020 12:02:03 PM

0 Inmates 4 Staff.

FCI Texarkana Medical Department

>>> ~^!"BLANKS, ~^!JERRIS M" <45953044@inmatemessage.com> 7/28/2020 9:48 AM >>>
To: Haskins
Inmate Work Assignment: NA

How many inmates and staff members tested positive for COVID-19 in the prison?

TRULINCS 45953044 - BLANKS, JERRIS M - Unit: TEX-K-A

-------------------------------------------------------------------------------------------------

FROM: Medical
TO: 45953044
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/07/2020 01:52:01 PM

None have tested positive.

FCI Texarkana Medical Department

>>> ~^!"BLANKS, ~^!JERRIS M" <45953044@inmatemessage.com> 8/7/2020 1:02 PM >>>
To: J. Dougon
Inmate Work Assignment: NA

How many inmates at this prison tested positive for COVID-19? We keep hearing rumors, and are concerned.

D7

TRULINCS  45953044 - BLANKS, JERRIS M - Unit: TEX-K-A

--------------------------------------------------------------------------------------------------------

FROM: 45953044
TO: Medical
SUBJECT: ***Request to Staff*** BLANKS, JERRIS, Reg# 45953044, TEX-K-A
DATE: 12/01/2021 01:28:38 PM

To: Nurse
Inmate Work Assignment: Eve Rec

Medical will not do sick calls on Wednesdays, so I will have to come tomorrow. Thanks.
-----Medical on 12/1/2021 10:02 AM wrote:

>
This is not sick call. You need to be coming down to medical to make sick call if you are having these types of symptoms. The
procedure has not changed. 0630-0700am.

FCI Texarkana Medical Department

>>> ~^!"BLANKS, ~^!JERRIS M" <45953044@inmatemessage.com> 11/30/2021 9:48 PM >>>
To: Nurse
Inmate Work Assignment: Eve Rec

I have been coughing, sweating, and having diarrhea for two days now, along with my cell mates and a few others in K-Unit
have the same symptoms. Can I get tested for COVID please? Also, maybe my unit should be tested, to avoid another
outbreak? Thank you.

copy
original

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| Ms. Winbush | 5.8.20 |
| FROM: Jerris Blanks | REGISTER NO.: 45953-044 |
| WORK ASSIGNMENT: N/A | UNIT: k |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

Are diabetics vulnerable to COVID-19? more so than others?
I fear the possibility of COVID-19 getting
into this prison, and my vulnerability to
it as a insulin dependent diabetic.

(Do not write below this line)

DISPOSITION: Sir everybody immune system is different.
Also, based on the program Statement 5050.50,
Compassionate Release/Reduction in Sentence/Home
Confinement under the First Step Act, you do not
meet the criteria based on your conviction. Also, you
do not have a terminal illness, incurable disease
whose life expectancy is 18 months or less.

| Signature Staff/Member | Date 5/14/20 |
|---|---|

Record Copy - File; Copy - Inmate

PDF                         Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          SECTION 6

D1

Exhibit X

Journal of Jerris Blanks



7-27-2023: I requested my pyhic, heart, pain and diabetec medication, and asthma inhaler. Also, I've been hearing things, and seeing things that might not be real. A man told me he was a lawyer, but I can't find him again. They let him come into my cell last night. Im scared and anxious.

7-27-2023: Blood sugar was 386 mg/dL did not get morning insulin.



7-31-23: I was told by Ms. Collins I have legal mail, but can't have it.

8-1-2023: I've been hearing and seeing things that my cell mate says are not there. I've gone several nights without sleep because of untreated sleep apnea being worst in the SHU, because I don't have my Fan and no CPAP machine.

8-2-2023: I mailed a letter to my mom telling her I need her to mail me power of attorney forms, so she can make all of my legal, financial, and medical decissions. I'm hearing & seeing things that might not be real, so I don't want to make these type of choices if I'm going crazy. From this point on I want my Mom to make these decisions for me. I'm getting scared.

8-2-2023: I requested a CPAP. It was prescribed in 2021 and again last year, but I never got it. My quality of sleep is poor.

8/3/2023: CO Valincia allowed inmate Sabeen to bring meth in.

8/4/2023: Requested eye glasses. They were distroyed by CO during search.

8/4/2023: I sent a copout to Warden Rivers for my legal mail.

8/4/2023: Blood Sugar is 412 and no morning insulin. I'm not getting good sleep but wired up on a lot of coffee.

[redacted]

8-5-2023: I kept seeing dark tracers and a shadow looking in my room last night. Im very scared

8-7-2023: I took a blood and urine test this morning. I peed into the Quest cup, poured it into a glass tube. I kept the urine cup to drink from, bc we only have little medicine cups.

8-7-2023: Recieved letter from Court date July 27, 2023

8/9/2023: Im still see and hear things that aren't there, but too anxious to tell medical. I can't sleep well, and Im worried about my Moms heart surgery, and trying to figure out why [redacted]

[redacted]



8-10-2023: Recieved letter from Grandma and felt good.

8-14-2023: Lieutenant Margomary gave me my large legal package. He also said the law library computer was broken again.

8-14-2023: I sent another request to medical for (1) CPAP (2) medications (3) new eye glasses

8-15-2023: I was told by the nurse that medical is really busy, and thats why I haven't recieved my medical supplies and medicine. This is neglect.

8-15-2023: My blood sugar is starting to be high more frequently, and the nurses often forget to give me insulin.

8-15-2023: Mr. Z the SHU property officer shown me my property, and the majority of my property is missing.



8-16-2023: I couldn't sleep last night, and I'm very anxious. I saw a shadow look in my room. my blood sugar is staying above 200, even after insulin. I will start keeping better record of my blood sugar. The nurse said she will tell my provider that my blood sugar is uncontroled.

8-17-2023: my blood sugar is above 200 again.

8-18-2023: my blood sugar is 224 and I've been dizzy.

8-19-2023: my blood sugar is 318. I'm fully aware that something is wrong with me mentally, and I'm hallucinating. It's very scary. Still very little sle

8-20-2023: blood sugar is 364 ml, after getting a sh the nurse asked me what was I doing wrong.

8-21-2023: blood sugar is 316, and the nurse forgot to give me insulin again.

8-21-2023: I finally got a CPAP machine, and a 250 mL bottle of sterile water.
Finally got my medications.

Aug 25, 2023: I recieved letters from my Mom, and the power of attorney forms for my legal, financial, and medical decisions, that I requested. But they need to be signed by witnesses and notorized, which I cannot do from in here. This is a night mare.

Aug 25, 2023: I will put a sick call in Monday to report my Hallusinations, and voices I hear. I'm to sccard to let it continue

Journal

8/30/2023: I recieved medical records today at 11 AM. There is a problem with my medical records, because they are not accurate. Medical staff is lying.

(1) page 9 of 10 gen 5/25/2022 states: C-PAP was issued on 5/25/2022. This is false.

page 1 of 3 gen 8/21/2023 states: inmate is asking for his cpap. inmate had a previous sleep study done and it was not sent with him when he transsferd institutions. I was issued the cpap for the first time on 8-21-2023,

(2) page 1 of 3 gen 8/21/2023 states sick call encounter Exam took place in the SHU by provider: Dillard, L. FNP-C, however, she did not come and exam me nor did anyone else. SHU camera witness.

(3) from 8-3-2022 to 8-26-2022, my blood sugar was running very high, on average of 250 to 364, but the report on page 1 of 3 gen 8-21-2023, reflects my blood sugar as normal. Ms. Staford is a witness to my blood sugar running high. Also, the medical records do not reflect the multiple times the nurses forgot to give me morning insulin.

9-1-2023: Nurse forgot to bring test strips for my glucos meter so I can check my blood sugar, then she laughed at me and said: "I should be greatful she comes at all." Ms. Staford got 3 test strips for me from another diabetic inmate in the SHU. 2:20 PM camera witness.

9-1-2023: My neuropathy nerve damage is getting worse and my ankles are starting to feel numb and then hurt sometimes.

Journal

9-6-2023: 8:20 AM Ms. T. Border FNP gave me a 3 minute consultation and medical evaluation through the wire screen and infront of my cell mate, in regards to my recent hallucinations. She concluded that they may be caused by me not taking my psych medication "FLUoxetine". However, I explained to her that it took 2 weeks for medical staff to issue my medications to me in the SHU, which makes me not at fault. I also explained in my medical records that I've complained about hallucinations since 2021, when medical performed a sleep study. She appeared surprised that a follow up was never done regarding the hallucinations, and referred me to psychology.

Note: My provider has prescribed me both FLUoxetine HCl and Ibuprofen, despite the warning label on the FLUoxetine says: Patients regularly taking NSAIDS (e.g. Ibuprofen) and this drug may be at a greater risk for stomach bleeding. Call your doctor immediately if you have mental mood changes like confussion, feelings of sadness, fear thoughts of sucide or unusual behavior.

I've mentioned feeling confussed, fear, and unusual behavior but told to continue taking medication.



9-9-2023: Still have not recieved diabetic test strips; had a vision of my dead cousin Sonja Cherry.

9-10-2023: Talked to my mother

7:15 PM

Journal

10-15-2023: I've been in the SHU now for 84 days. My blood sugar is 213 mg/dL

10-16-2023: Blood sugar 154 mg/dL. I got legal mail today,

10-17-2023: Blood sugar 212. Im still having strange visions

10-18-2023: I had my blood drawn, and urine test today. blood sugar 219 mg/dL

10-19-2023: Blood sugar 156 mg/dL. I got back my BP-9 from the Warden's office. It was rejected because it said: (1) I did not attempt informal resolution prior to submission, or did not provide evidence of my attempt. (this is false)
(2) I did not submit my request through my counselor or other authorized person. (this is also false)

10-20-2023: Blood Sugar 225 mg/dL. Got 3 letters from Grandma, one dated Oct 6, 2023.

10-21-2023: 90 days in. Blood sugar 268 mg/dL High

Exhibit Y

Jerris M. Blanks' sworn Decleration Affidavit and Complaint Against The BOP and FCI Seagoville Texas Medical Staff

The BOP and FCI Seagoville and its medical staff has shown a steady pattern of deliberate indifferance and neglect toward me, my medical needs, and health (Hypertensive Heart Disease, Hyperlipidemia, Type-2 Diabetes, Diabetic Neuropathy, Sleep Apnea, Obesity, Orthopedic Rheumatology, Anxiety Disorder, Asthma, Fatigue, Memory Loss, Frequent Headaches, and Hallusinations) (see Exhibit A). This neglect and deliberate indifferance has directly resulted into the progression of my health issues, irreversable physical and mental health damages, mental anguish, emotional distress, and unnecessary pain and suffering by doing the following, but not limited to:

1.) Frequantly failing to issue diabetic supplies necessary to check my blood sugar levels; frequantly failing to bring insulin to me in the SHU (that I'm dependant on); frequantly failing to bring my diabetic snack (which is important to save me, if my blood sugar drops too low); continuing to allow my blood sugar to run abnormolly high, without consern or attempting to discover the cause, and this long term un-regulated high blood sugar has directly caused my diabetic neuropathy nerve damage to progress and spread to my legs causing pain, discomfert, a burning sinsation and numbness.

-1-

2.) Due to the BOP's neglect and known mismanagement of COVID-19 from 2020 till the national emergency was lifted, and medical staff's failure to have a medical specialist follow up after I had been infected with COVID-19 multiple times while in custody, and COVID-19 related Pneumonia, I now suffer from Asthma, memory loss, dizziness, frequent headaches, trouble focusing, brain fog, fatigue, sleep apnea, and reduced lung volume, which these conditions are all post COVID-19. I have recently discovered that these are all symptoms releated to, and associated with Long-Haul Covid-19, according to NCBI, PubMed, CDC, and other reputable medical and government websites (see Exhibit B). These post Covid conditions have greatly affected my quality of life, state of mind, and physical/mental health and creates limitations I did not have before.

3.) I was diagnosed with Sleep Apnea, and suspected Narcolepsy, In December 2021, by Malcolm A. Smith, M.D., after complaining of symptoms, (lack of sleep, snoring, apneas, hallucinations, excessive daytime sleepiness, and sleep paralysis) for nearly a year (see Exhibit C), in which it took 6 months to have a sleep study performed, and after being diagnosed with Sleep Apnea, it continued to go

-2-

untreated from December 16, 2021 until August 22, 2023, dispite that according to repitable medical resources, untreated Sleep Apnea may cause Stroke or Sudden Death, and the chances of Sudden Death increases with patients that suffer from Heart Disease or Diabetes, which I suffer from both. Also, according to those same medical resources, there is external health damage that is unseen, and caused by untreated Sleep Apnea. However, the BOP has not sent me to an expert or specialist, so its unknown if I suffer from these external damages.

Even though I was given a CPAP machine, after a 2 year wait, medical continues to fail to bring me 250 mL bottles of sterile water to the SHU, dispite my daily request. From August 22, 2023 to the current date, September 30, 2023, medical has only supplied me with a total of 3 250 mL bottles of sterile water. It takes 1 250 mL bottle for one night of Sleep. I was told by the nurse that "there are 1800 inmates, and only one pharmacist so deal with it." I'm not sure how important it is to use sterile water, but concluded it come with sterile water for a reason. I'm also unsure if Im properly using the CPAP, as it was just dropped

-3-

off to me by Lieutenant Montgomery on 8/22/2023 about 7 or 8 P.M., without instructions or directions from medical. The untreated Sleep Apnea has caused fatigue, dizziness, falling, and hallucinations, which put my life and safety in danger and at risk, and also causes sleep deprivation (which is an old form of torture in some countries). I've gasped for air and have been deprived of effective sleep for 2 years, but medical staff ignored and disregarded my complaints and grievances (see Exhibit B). [Note: Exhibit B contains two errors (1) COVID-19 was in 2020, not 2019, and the asthma came afterwards (2) I was diagnosed with Sleep Apnea in 2021, not in 2020.]

4.) My eye sight is rapidly declining, which diabetes can contribute to this, which is why the BOP should exam my vision frequently, and not ignore my complaints about vision loss, headaches, and dizziness. I've been in BOP custody since 2019, and have only been seen by an eye doctor once, despite my request and having diabetes. My medical provider even noted this in my medical records, and said I'd be referred to the eye doctor a year ago, but still have not, and my vision continues to decline without any prevention from the BOP.

-4-

in the BOP have increased my pain level, such as worn and damaged mattresses. The pain is unbearable at times, but nothing is done for me, and it is ignored.

7.) My medical records contain multiple inconsistencies and false perjured information, which demonstrates more of the BOP's medical staff's deliberate indifference. The most obvious and undeniable examples of this medical perjury is: (1) page 1 of 3 generated 08/21/2023 13:59 by Dillard, L. FNP-C, Ms. Dillard notes in my medical records, that she encountered me at the Special Housing Unit on 8/21/2023 13:34 for a sick call, chief complaint pulmonary/respiratory, which is not true and did not occur, making this information perjury that she recorded. She even goes as far to say that: I was cooperative; I appeared well, alert and oriented x3 (which I was not, but she would not have known, because she was not there and did not really evaluate me); and said my pulmonary and cardiovasicular readings were both "within normal limits", which would be impossible for her to determine, without seeing me and evaluating me or performing a medical exam. Instead, she just simply made the information up and recorded it. This is disturbing, because it raises the risk and likely

-6-

possibility that she has made up and perjured other information related to my chronic health care and well being. I've requested the sign in sheet and SHU Row 1 camera footage from 08/21/2023 as a witness and proof of her perjury on federal medical records, concerning my health care; (2) page 1 of 3 generated 08/21/2023 13:59 by Dillard, L. FNP-C, my blood sugar levels are listed from July 31 to August 20 (except for the days the nurses forgot to bring me insulin), but the majority of the reading are false, inaccurate, and do not reflect that my blood sugar had been running abnormally high as I reported it to the nurses. Correctional Officer Staford, cameras, and the memory from my glucose meter, and my daily written journal will serve as witnesses and proof; (3) page 9 of 10 generated 05/25/2022 09:16 by Russell Kenneth MD states: the C-PAP device and equipment was issued to me on 05/25/2022, however, I did not recieve this equipment and device "CPAP", until 08/22/2023 (over a year later). There are multiple other instances of my medical records containing false information concerning my condition, state-of-being, treatment, stability, pain level and request, that are falsely recorded in my medical

-7-

records. This is fraud and further danger to my health, well being, health care, recovery, and future treatment. The BOP's medical staff has sabotaged my health care. (see Exhibit E) (subpoena camera footage from SHU Row 1, 8-21-2023 13:34; and SHU Row 1 sign-in sheet)

8.) While in the SHU (Special Housing Unit), from 07/24/2023 to the present date, 10/07/2023, its been an average of over one-hundred degrees without airconditioning or effective ventilation (which these high temperatures without AC is dangerous for my asthma), and we are not provided ice cold water, and we are not provided cups to drink from, which is inhumane and cruel. I drink luke warm water from a used Quest Diagnostics Urine Collection Cup, that I kept after using it to pour my urine sample into a glass vail tube. When I wrote a letter to my Mother, Linda Padgitt, and reported my living conditions, she called the prison, and was told I could buy a cup from commissary. However, this is not an option on the SHU commissary sheet, and was false information. (see Exhibit F).

-8-

9.) Medical staff discusses my personal and private medical and mental health information in front of my cellmate, in the SHU, from out in the hallway where other inmates can also hear my private medical information. This is clearly a HIPA violation, and also effects my medical care, because I don't want to give certain information to medical staff in front of other inmates.

10.) Medical staff recomended a particular diet that I should be eating as a diabetic, however, I can not comply with the recommended diet, because the BOP food service at FCI Seagoville does not offer these food choices, but instead, only offers a diet high in carbohydrates (bread, rice, pasta noodles, etc.), which turns into sugar, and continues to progress my diabetes and diabetic neuropathy nerve damage, and obesity, which all works together against me and worstens my other health problems. When I came into the BOP and gave blood for medical intake, I did not have diabetes. But after a long term of the high carb diet, I became diabetic. No one in my family is a diabetic, and I believe the BOP is responsible for me becoming a diabetic, and the progression of it.

-9-

11.) I've reported hallusinations since 2021, continue to complain but the BOP has not done anything to help me, which continues to put me in danger. My multiple grevances are ignored (see Exhibit G).

12.) When I came to the SHU on July 24, 2023, it took 3 weeks for medical to bring my medications and diabetic supplies which includes my rescue inhaler, heart and diabetic medicatios. I was told there are 1800 inmates and only one pharmist, and she was having problems. I've kept a journal of these events.

13.) I've filed multiple complains and grevances against medical but continued to be ignored, disregarded, and with no resolution attemps made by the BOP.

Under the penalty of perjury, I Jerris Marlon Blanks, being of sound mind, and being over the age of 18, declare that the foregoing statements are true, accurate, and not intended to mislead.

Name: Jerris M. Blanks

Date: October 17, 2023

10/17/2023

-10-

Exhibit Z

## Affidavit

I, Matthew Carlock, declare under the penalty of perjury, that the following statements are true correct and not intended to mislead, to the best of my knowledge.

Signature: _Matthew Carlock_        Date: 16 OCT 2023

I have been in the Special Housing Unit "SHU", for about 4 weeks, and I've witnessed the nurses forget to bring Jerris Blanks, my cell mate, his diabetic insulin, even on days when his blood sugar is over 300 mg/dL, which is dangerous to my understanding. Diabetic medical supplies such as lancers, blood test strips, sterile water for CPAP systems, CPAP filters, and CPAP programing instructions where also not delivered and/or given.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

## UNITED STATES DISTRICT COURT
### for the

Jerris M. Blanks  45953-044 )
_____
Plaintiff )
v. ) Civil Action No. 3:23-CV-2438-N-BH
)
FCI SEA, BOP, United States )
_____
Defendant )

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: FCI Seagoville 2113 North Hwy 175, Seagoville, TX 75159
_____
(Name of person to whom this subpoena is directed)

☐ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

Camera footage from SHU One 8/21/2023
6 AM to 4 PM

| Place: US Dist Court<br>Dallas, TX 75242 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

CLERK OF COURT

OR

_____          _____
Signature of Clerk or Deputy Clerk          Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Jerris Blanks Pro Se _____, who issues or requests this subpoena, are:
45953044   FCI SEA P.O. Box 9000, Seagoville, TX 75159

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

45953044

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____   on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____                       _____
                                                                   *Server's signature*

                                                            _____
                                                                   *Printed name and title*

                                                            _____
                                                                   *Server's address*

Additional information regarding attempted service, etc.:

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

45953044



Jerris Blanks
ID# 45953-044
PO BOX 9000
Seagoville, TX 75159
United States

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7014 2870 0002 3258 6935

Retail

U.S. POSTAGE PAID
PM
DALLAS, TX 75253
NOV 19, 2024

75242   $0.00

RDC 03   R2304H107536-01

To:

5953-044
U S Dist Court
RM 1452
1100 Commerce ST
Dallas, TX 75242
United States