IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JERRIS M. BLANKS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:23-CV-2438-N-BW |
| | § | |
| FEDERAL CORRECTIONAL | § | |
| INSTITUTION SEAGOVILLE, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's Amended Complaint, as supplemented, will be **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failure to state a claim as against Defendants FCI Seagoville, Warden C. Rivers, Warden Scarlet Grant, Tammy Winbush, Leon Moquin, Unknown Nurses, Kenneth Russell, Twyla Border, Shannon Howden, Deborah Tews, Officer Griffith, Officer Bowser and J. Salinas.

The plaintiff's claims against Justin Sterett and Dr. McDermott have been dismissed by the plaintiff pursuant to Fed. R. Civ. P. 41(a).

Remaining in the case are the plaintiff's claims against Defendant LaVonda Dillard for failing to (1) treat the plaintiff's eye condition; (2) ensure that his medical prescriptions (insulin and psychiatric medication) were maintained; and (3) ensure that the plaintiff received a diabetic-safe diet.

**SO ORDERED** this 15th day of April, 2026.

**DAVID C. GODBEY**
**SENIOR UNITED STATES SENIOR JUDGE**